**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| | : | |
| DYWANNA BROADNAX, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| THOMAS JEFFERSON UNIVERSITY | : | CIVIL ACTION NO. 21-CV-04662-JMY |
| HOSPITAL, INC., | : | |
| | : | THE HONORABLE JOHN M. YOUNGE |
| Defendant. | : | |
| | : | |

**DEFENDANT THOMAS JEFFERSON UNIVERSITY HOSPITAL, INC.'S**
**MOTION FOR SUMMARY JUDGMENT**

For the reasons stated in the accompanying brief, which is incorporated herein by this reference, defendant, Thomas Jefferson University Hospitals, Inc., hereby moves under Federal Rule of Civil Procedure 56 for summary judgment on all plaintiff's claims.

Dated: September 2, 2022          Respectfully submitted,

By: */s/ Lee D. Moylan*
    Lee D. Moylan
    Stephanie D. Wolbransky
    KLEHR HARRISON HARVEY
    BRANZBURG LLP
    1835 Market Street
    Suite 1400
    Philadelphia, Pennsylvania 19103
    Telephone: (215) 569-4140/(215) 569-1959
    lmoylan@klehr.com/swolbransky@klehr.com
    *Attorneys for Thomas Jefferson University Hospitals, Inc.*

2