**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____
                                                        :
DYWANNA BROADNAX,                     :
                                                        :
    Plaintiff,                                        :
                                                        :
    v.                                                  :
                                                        :
THOMAS JEFFERSON UNIVERSITY    :        CIVIL ACTION NO. 21-CV-04662-JMY
HOSPITAL, INC.,                             :
                                                        :        THE HONORABLE JOHN M. YOUNGE
    Defendant.                                    :
_____:


**ORDER**

**AND NOW,** this _____ day of _____, 2022, upon consideration of Defendants' Motion for Summary Judgment and any response thereto, and for the reasons in the accompanying memorandum, it is hereby ORDERED that Defendants' Motion for Summary Judgment is GRANTED. All of Plaintiff's claims are dismissed with prejudice.


                                                        _____
                                                        YOUNGE, J.