*DYWANNA BROADNAX v. THOMAS JEFFERSON UNIVERSITY HOSPITAL, INC.*
**U.S. District Court, Eastern District Of Pennsylvania**
**21-CV-04662-JMY**

# EXHIBITS

# For Statement of Material Facts

# Set 2 of 2

# Exhibits 026-050

**KLEHR HARRISON HARVEY BRANZBURG LLC**

1835 MARKET STREET  |  SUITE 1400  |  PHILADELPHIA, PA 19103  |  t 215.569.2700  |  f 215.568.6603  |  www.klehr.com

PENNSYLVANIA  |  NEW JERSEY  |  DELAWARE  |  NEW YORK

# Exhibit 26

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| DYWANNA BROADNAX, | : | |
| Plaintiff, | : | |
| v. | : | |
| THOMAS JEFFERSON UNIVERSITY HOSPITAL, INC., | : | CIVIL ACTION NO. 21-CV-04662-JMY |
| Defendant. | : | |

### AFFIDAVIT OF AARON SNIDERMAN

COMMONWEALTH OF PENNSYLVANIA

:SS

COUNTY OF PHILADELPHIA

I, Aaron Sniderman, declare the following to be true and correct under penalty of perjury and pursuant to 18 U.S.C. Sections 1623 and 1621:

1.      My name is Aaron Sniderman.  I am more than eighteen (18) years of age, am competent to testify in a court of law, and have personal knowledge of the facts stated herein.

2.      I provide this Affidavit in Support of Defendant's Motion for Summary Judgment and the accompanying Brief ("Brief").

3.      In 2012, I was hired by Thomas Jefferson University Hospitals, Inc., and, in or about May 2016, I was promoted to Human Resources Business Partner ("HRBP").

4.      In or about May 2019, I replaced Suzana Hamza as the HRBP with responsibility over, among others, the Outpatient Lab employees.  Ms. Broadnax was one of those employees. She reported to Joyce Zagacki, who was the Laboratory Outpatient Supervisor. Ms. Zagacki reported to George Marrone, who was the Laboratory Operations Director, and Mr. Marrone

10156753.v1

reported to Steven Gudowski, who was then and remains today the Administrator for the Clinical Laboratories at Thomas Jefferson University Hospitals, Inc.

5.     I learned that Ms. Broadnax and another Lab Assistant who reported to Ms. Zagacki – Crystal Taylor - were involved in a physical altercation at work.

6.     On November 19, 2019, I received Ms. Broadnax's, Ms. Taylor's and Loretta Ward's statements about the altercation.  A true and correct copy of the email sending me the statements is attached to the Statement of Facts ("SOFs") as Exhibit 49.

7.     Later that morning, Dennis Delisle – Vice President, Operations – emailed Mr. Marrone, Mr. Gudowski, Mr. Delisle, and me a copy of the Security Case Report concerning the altercation.  That email is attached to the Brief as Exhibit 48.

8.     It was my understanding at the time that Mr. Delisle did not have the authority to determine the discipline that should be given for the altercation between Ms. Taylor and Ms. Broadnax.  Nevertheless, in his email sending the Security Case Report, Mr. Delisle recommended that Ms. Taylor be terminated pursuant to the Enterprise Policy on Campus/Workplace Violence (131.03) because she was on a final written warning and there should be zero tolerance. *Id.*  Mr. Delisle asked me to confirm his recommendation about Ms. Taylor and to follow up with Security and Ms. Zagacki to investigate Ms. Broadnax's role to determine the appropriate course of action for her. *Id.*

9.     Jefferson's Campus/Workplace Violence (131.03) ("No Violence Policy") to which Mr. Delisle referred states, among other things:

> Jefferson strictly prohibits campus violence. Acts of violence and/or threats of violence, whether expressed or implied toward any individual(s) at the Jefferson campuses, are prohibited and will not be tolerated. All reports of such incidents will be taken seriously and will be addressed appropriately . . . .  Campus violence is any conduct that is severe, offensive or intimidating enough to cause an

10156753.v1

> individual to reasonably fear for his/her personal safety or the safety of others or property . . . . All Jefferson personnel . . . who commit campus violence will be subject to disciplinary action up to and including termination of employment or dismissal and will be directed to stay away from Jefferson . . . . Jefferson will decide whether its campus violence policy has been violated and whether preventative or corrective action is appropriate.

A true and correct copy of the No Violence Policy is attached to the SOFs as Exhibit 29.

10.    In addition, other policies applied to Ms. Taylor's and Ms. Broadnax's altercation. Jefferson's Code of Conduct requires employees to "[p]romote a culture of fairness, trust, and respect;" "treat all members of the Jefferson community with respect and fairness;" "[b]ehave in a manner that encourages the spirit of cooperation, respect, and dignity among all members of the community;" "promote and support an environment free from disruptive behavior and poor working relationships;" "[b]e professional and respectful in all communications," and "foster a safe and healthy environment." A true and correct copy of Jefferson's Code of Conduct is attached to the SOFs as Exhibit 25.

11.    "Violation of [the] Code may result in disciplinary action up to and including termination or dismissal." *Id.* at TJUH000647. All employees must comply with the Code. *Id.* at TJUH000644.

12.    Consistent with the foregoing, Jefferson's Employee Disruptive Conduct policy prohibits conduct that is "abusive" and "disrupts the smooth and efficient operations of Jefferson and negatively impacts the "morale and productivity of other employees." A true and correct copy of the Employee Disruptive Conduct policy is attached to the SOFs as Exhibit 27.

13.    Disruptive conduct includes, but is not limited to, "engaging in offensive, intimidating, harassing or threatening conduct," and willfully violating . . . Jefferson's Code of Conduct." *Id.* The Disruptive Conduct policy is administered pursuant to the Employee

10156753.v1

Disciplinary Procedures policy, which states, among other things, "Some violations of Jefferson's guiding principles and policies will result in termination," and an example of such a violation is a willful violation of the Code of Conduct. A true and correct copy of the Employee Disciplinary Procedures Policy is attached to the SOFs as Exhibit 28.

14.     Ultimately, Mr. Gudowski responded to Mr. Delisle's November 2019 email by stating that Mr. Gudowski did not want either Ms. Broadnax or Ms. Taylor back on the premises and asked me the next steps. *See* Exh. 34.

15.     I reviewed the Statements and the Security Case Report, which are attached to the SOFs as Exhibits 10-13.

16.     From the Security Case Report, I concluded that Ms. Taylor and Ms. Broadnax blamed each other for starting the altercation. I also saw that the witness – Ms. Loretta Ward – reported that "two employees [were] fighting in the hallway" and did not stop fighting when Ms. Ward yelled at them to do so.

17.     From Ms. Broadnax's statement, I noted that: (a) Ms. Broadnax instigated a confrontation with Ms. Taylor by cursing at her; (b) Ms. Taylor responded to Ms. Broadnax in an obviously angry fashion (by getting in Ms. Broadnax's face, asking Ms. Broadnax if she had just sworn at Ms. Taylor, telling Ms. Broadnax Ms. Taylor was "Done," and abruptly leaving the room); (c) Ms. Taylor came back into the room and Ms. Broadnax escalated the conflict between herself and Ms. Taylor by asking Ms. Taylor why she was always "sarcastic;" (d) Ms. Taylor responded to that comment by asking Ms. Broadnax if she wanted to "talk about this outside," which, certainly in this context, I understood as a commonly-used euphemism for asking someone to fight; (e) Ms. Broadnax accepted that invitation (to fight) and left the room with Ms. Taylor; (f) when Ms. Taylor "got loud" in the hallway, Ms. Broadnax responded, "I'm not doing this right

here;" and (g) although Ms. Broadnax blamed Ms. Taylor for making the first physical contact, Ms. Broadnax admitted to fighting – as Ms. Ward reported - when Ms. Broadnax wrote that she "began defending herself."

18.     In other words, to me, Ms. Broadnax's statement made it clear she escalated a verbal confrontation with Ms. Taylor and thereafter was an active participant in the physical altercation with Ms. Taylor.  As such, I felt Ms. Broadnax should be terminated along with Ms. Taylor.

19.     Following my review of the Security Incident Report and the Statements, I informed Mr. Gudowski, Mr. Marrone, Ms. Zagacki, and Mr. Delisle, "We take a zero-tolerance approach to violence in the workplace. Due to the physical evidence that is known Crystal should definitely be terminated. Based off of Dywanna's statement my initial recommendation is to terminate her as well." I asked Mr. Gudowski, Ms. Zagacki, Mr. Marrone, and Mr. Delisle if anyone had additional information or had a different view of the proposed discipline.[1] Exhibit 34 to the SOFs.

20.     None of these individuals provided more information or expressed a different view than that Ms. Broadnax should be terminated along with Ms. Taylor.

21.     I also spoke to Security and Ms. Ward who confirmed the information in the Security Case Report and Ward's statement, respectively.

22.     Further, when I spoke to Ms. Ward, she explained that she saw Ms. Broadnax and Ms. Taylor entangled with each other on the floor fighting.

23.     Finally, I consulted Jefferson's in-house counsel and thereafter informed Mr. Gudowski, Mr. Marrone and Ms. Zagacki that I intended to follow through on my recommendation

---

[1] I also made a statement that has been redacted from my email because the statement is protected by the attorney-client privilege and work product doctrine.

10156753.v1

to terminate both Ms. Broadnax and Ms. Taylor for violating Jefferson's policies for the altercation with their support. *See* Exhibit 35 to the SOFs.

24.    All three managers supported this action.

25.    On November 21, 2019, I spoke to Ms. Broadnax and told her she was terminated because she engaged in a fistfight with a coworker.

26.    I felt I already had Ms. Broadnax's side of the story in her handwritten statement.

27.    I am aware that Ms. Broadnax contends she referenced during her call with me some workplace training Jefferson requires its employees to take that Ms. Broadnax told me she was following when she accepted Ms. Taylor's invitation to "talk about this outside."

28.    I never have been aware of any employee training Jefferson provides that suggests to employees that, during a heated discussion, they should speak about the discussion "outside."

29.    In fact, although Broadnax may have taken "Workplace and De-escalation Techniques" training at Jefferson, I was not (and still am not) aware of that training instructing employees to accept an invitation from an employee during a contentious interaction to "talk about this outside."

30.    It is my understanding that Ms. Broadnax has made various contentions to try to support her claims including that Ms. Taylor "had a documented history of engaging in threats of violence, whether express or implied, which . . . violated Defendant's zero tolerance policy." Ms. Taylor, however, had never been in a fistfight before her fight with Ms. Broadnax. In fact, no employee about whom I am aware other than Ms. Taylor and Ms. Broadnax had been in a physical altercation.

10156753.v1

31.     I affirm under the penalties of perjury that I have read the foregoing and the facts and representations contained therein are true.

Dated: 08/31/22

Aaron Sniderman

10156753.v1

# Exhibit 27



Policy No:             **200.13**
Original Issue Date: 1/21/2009
Review Date:          3/5/2021
Revision Date:        01/24/2015

## HUMAN RESOURCES POLICIES

| | |
|---|---|
| Category: | Human Resources |
| Title: | **EMPLOYEE DISRUPTIVE CONDUCT** |
| Applicability: | TJUH Systems, Thomas Jefferson University (TJU), Jefferson University Physicians (JUP) (TJUH Systems, TJU, and JUP are referred to collectively in this policy as Jefferson) |
| Contributors/Contributing Departments: | Human Resources, Hospital and University Counsel |

## PURPOSE

It is the purpose of Jefferson to promote a culture of safety and to comply with applicable Joint Commission and other regulatory standards by identifying Disruptive Conduct and including such behavior as part of the Employee Disciplinary Procedures, Policy No. 200.27.

## POLICY

It is the policy of Jefferson that employees are required to act towards all individuals in a manner that is courteous, respectful, dignified, ethical, professional, consistent with the Jefferson's mission and values, and in a manner that contributes to the smooth and efficient functioning of its health care operations. Disruptive Conduct can lower morale, and undermine both administrative and clinical processes, thereby inhibiting Jefferson's ability to provide quality health care. Jefferson expects its employees to conduct all activities with dignity, decorum, integrity and in a lawful and ethical manner. This policy will be implemented in such a way as to achieve consistency with Jefferson's existing Code of Conduct and all applicable policies.

## DEFINITIONS

I.    I.    **Disruptive Conduct** is defined as any abusive or offensive behavior, or willful misconduct, which disrupts the smooth and efficient operations of Jefferson, undermines the integrity of Jefferson's environment and/or negatively impacts upon the morale and productivity of other employees, patients, practitioners, or visitors.

TJUH003283

II.    II.    Specific behaviors which constitute Disruptive Conduct include, but are not limited, to the following:

A.    willfully failing or refusing to comply with Jefferson's practice standards, rules, regulations and policies;

B.    belittling or embarrassing Jefferson staff, ancillary personnel or colleagues alone or in the presence of others;

C.    using foul, offensive or abusive language;

D.    engaging in offensive, intimidating, harassing or threatening conduct;

E.    casting inappropriate blame on others for negative outcomes;

F.    demonstrating disrespectful and/or discourteous behavior toward others;

G.    failing to comply with applicable federal, state and local laws and regulations, and/or otherwise engaging in unethical or unlawful conduct;

H.    failing to provide continuous care for patients; and

I.    willfully violating Joint Commission standards, Jefferson's Code of Conduct or policies, including without limitation Jefferson's No Smoking Policy;

J.    insubordination;

K.    willful failure to perform assigned duties;

L.    willfully damaging, defacing or mishandling equipment or property of a patient, visitor, another employee or student;

M.    willful or careless violation of safety, fire prevention and security regulations.

## PROCEDURE

I. Any employee who engages in Disruptive Conduct shall be subject to disciplinary procedures set forth in Policy No. 200.27 Employee Disciplinary Procedures.

II. Any disruptive conduct by a licensed independent practitioner should be handled in accordance with Policy No. 120.08 Practitioner Disruptive Conduct.

**Original Issue Date:** 1/21/2009
**Revision Date(s):**    01/24/2013, 01/24/2015
**Review Date(s):**    01/24/2013, 11/24/2014, 03/07/2018, 3/22/19, 3/9/2020, 3/5/2021

**Responsibility for maintenance of policy:** Vice President, Human Resources

(Signature on File)

**Approved by:**
CHRO
EVP and CHRO

TJUH003284

# Exhibit 27



Policy No:            **200.13**
Original Issue Date: 1/21/2009
Review Date:         3/5/2021
Revision Date:       01/24/2015

## HUMAN RESOURCES POLICIES

| | |
|---|---|
| Category: | Human Resources |
| Title: | **EMPLOYEE DISRUPTIVE CONDUCT** |
| Applicability: | TJUH Systems, Thomas Jefferson University (TJU), Jefferson University Physicians (JUP) (TJUH Systems, TJU, and JUP are referred to collectively in this policy as Jefferson) |
| Contributors/Contributing Departments: | Human Resources, Hospital and University Counsel |

### PURPOSE

It is the purpose of Jefferson to promote a culture of safety and to comply with applicable Joint Commission and other regulatory standards by identifying Disruptive Conduct and including such behavior as part of the Employee Disciplinary Procedures, Policy No. 200.27.

### POLICY

It is the policy of Jefferson that employees are required to act towards all individuals in a manner that is courteous, respectful, dignified, ethical, professional, consistent with the Jefferson's mission and values, and in a manner that contributes to the smooth and efficient functioning of its health care operations. Disruptive Conduct can lower morale, and undermine both administrative and clinical processes, thereby inhibiting Jefferson's ability to provide quality health care. Jefferson expects its employees to conduct all activities with dignity, decorum, integrity and in a lawful and ethical manner. This policy will be implemented in such a way as to achieve consistency with Jefferson's existing Code of Conduct and all applicable policies.

### DEFINITIONS

I.  I.   **Disruptive Conduct** is defined as any abusive or offensive behavior, or willful misconduct, which disrupts the smooth and efficient operations of Jefferson, undermines the integrity of Jefferson's environment and/or negatively impacts upon the morale and productivity of other employees, patients, practitioners, or visitors.

TJUH003283

II.  II.  Specific behaviors which constitute Disruptive Conduct include, but are not limited, to the following:

A.  willfully failing or refusing to comply with Jefferson's practice standards, rules, regulations and policies;

B.  belittling or embarrassing Jefferson staff, ancillary personnel or colleagues alone or in the presence of others;

C.  using foul, offensive or abusive language;

D.  engaging in offensive, intimidating, harassing or threatening conduct;

E.  casting inappropriate blame on others for negative outcomes;

F.  demonstrating disrespectful and/or discourteous behavior toward others;

G.  failing to comply with applicable federal, state and local laws and regulations, and/or otherwise engaging in unethical or unlawful conduct;

H.  failing to provide continuous care for patients; and

I.  willfully violating Joint Commission standards, Jefferson's Code of Conduct or policies, including without limitation Jefferson's No Smoking Policy;

J.  insubordination;

K.  willful failure to perform assigned duties;

L.  willfully damaging, defacing or mishandling equipment or property of a patient, visitor, another employee or student;

M.  willful or careless violation of safety, fire prevention and security regulations.

## PROCEDURE

I. Any employee who engages in Disruptive Conduct shall be subject to disciplinary procedures set forth in Policy No. 200.27 Employee Disciplinary Procedures.

II. Any disruptive conduct by a licensed independent practitioner should be handled in accordance with Policy No. 120.08 Practitioner Disruptive Conduct.

**Original Issue Date:** 1/21/2009
**Revision Date(s):**    01/24/2013, 01/24/2015
**Review Date(s):**    01/24/2013, 11/24/2014, 03/07/2018, 3/22/19, 3/9/2020,
                                     3/5/2021

**Responsibility for maintenance of policy:** Vice President, Human Resources

(Signature on File)

**Approved by:**
CHRO
EVP and CHRO

TJUH003284

# Exhibit 28

 **Jefferson.**

Policy No:          **200.27**
Original Issue Date: 6/1/1999
Review Date:        3/5/2021
Revision Date:      12/28/2015

## HUMAN RESOURCES POLICIES

| | |
|---|---|
| Category: | Human Resources |
| Title: | **EMPLOYEE DISCIPLINARY PROCEDURES** |
| Applicability: | Thomas Jefferson University Hospitals, Inc. (TJUH), Thomas Jefferson University (TJU), Magee Rehabilitation Hospital |
| Contributors/Contributing Departments: | General Counsel, Human Resources, University Counsel |

Each employee is responsible as an employee to know Jefferson's Code of Conduct, policies and performance standards for his/her job, and to consistently meet or exceed those standards. In the event that the employee's performance does not measure up to Jefferson's expectations, his/her manager will work with the employee to identify the problem and outline steps to correct it.

## DISCIPLINARY ACTION

Jefferson uses progressive discipline, when deemed appropriate, as a means of facilitating appropriate behaviors and satisfactory performance for employees, which normally progresses through four steps of discipline. For those employees whose performance does not respond to regular coaching and counseling, the following steps advise them that continued performance problems have serious consequences, ultimately leading to termination.

### First Written Warning (Documented Discussion/Verbal Warning)

A First Written Warning is a discussion between the employee and the supervisor concerning the employee's infraction or rules or failure to meet performance standards. Employees with unsatisfactory performance or conduct will be promptly advised of the nature of the unsatisfactory performance or conduct so that they may correct it.

### Second Written Warning

TJUH003278

A Second Written Warning is a formal notice to the employee that rules, policies or procedures have been violated or that standards of performance are not being met. The supervisor will issue a notification of warning to the employee and discuss the reasons for the issuance.

**<u>Suspension/Final Warning</u>**
An employee may be suspended from work for a serious infraction of Jefferson's rules, for failure to do assigned work properly or after written disciplinary warnings. Suspension means that the employee is not permitted to work and will not be paid for the days suspended, unless applicable laws and regulations require otherwise. **<u>An employee may be issued a final warning in lieu of suspension without pay, under certain circumstances. The final warning is intended to provide the employee a clear and definitive understanding that the next violation will result in termination of employment.</u>**

**<u>Discharge</u>**
The conditions for termination depend on the individual circumstances and the seriousness of the offense, overall record of service, and the number of warnings. The department should not discharge an employee until after consulting with the Department of Human Resources.
An employee may be suspended indefinitely if necessary to allow time for a complete review of the situation prior to discharge. If the review substantiates a discharge, then the indefinite suspension would be amended to reflect a discharge.
An employee who has completed the probationary period may be discharged and will be paid only for all hours actually worked and any accrued vacation time.
In all cases, the supervisor must follow the Human Resources process for terminating the employee, including, but not limited to, the use Manager Self Service. The employee's supervisor is responsible for all Jefferson property.

**<u>Serious or Repeated Violations of Policy and/or Procedures</u>**
Depending upon the particular circumstances, progressive disciplinary steps may be skipped in instances of serious violations of policy and/or procedures, or where there are repeated violations of policy and/or procedures. Factors that may be considered for skipping steps in progressive discipline include:

- The nature of behavior and the ramification of the violation for patient care and safety;
- The nature of the behavior and the ramification for the University or Hospital;
- Whether the employee was directly or indirectly participated in violation of policies, procedures or applicable laws;

TJUH003279

- Whether the employee reported the behavior if it was a violation of policies, procedure or applicable laws;
- Whether the behavior was an isolated occurrence or a pattern of conduct;
- The extent to which the circumstances reflect that the employee provided inadequate supervision or lack of due diligence;
- The employee's past discipline, whether related to the same or similar behavior or not.

Any employee discharged, suspended, or in receipt of a warning shall be informed, in writing of the reasons for the action.

**Immediate Dismissal without need for Progressive Discipline**
Some violations of Jefferson's guiding principles and policies will result in immediate termination. In cases where immediate termination is appropriate, the employee may be placed on indefinite suspension while an investigation is conducted. Types of violations for which immediate dismissal may be appropriate are:

- Insubordination
- Willfully accessing or divulging confidential and/or controlled information, including but not limited to medical and personal information without authorization
- Falsifying or providing false records, reports or information of any nature
- Theft, misappropriation of monies, unauthorized possession or use of property belonging to the institution or to any patient, visitor, employee or student
- Unauthorized use or possession of drugs and/or intoxicating beverages on the premises or reporting to work under the influence of either
- Drug diversion or any effort to sell or profit from the institution's inventories
- Failure to notify supervisor of a reason for absence within forty-eight hours, except as excused under the FMLA
- Multiple violations of mandatory job requirements and applicable policies (i.e. Healthstream, Influenza Vaccination, Verification of Licensures/Certifications/Registrations and/ or PPD and Tuberculosis Screening)
- Willfully violating applicable Code of Conduct/SCOR Values

**MANAGER/SUPERVISOR RESPONSIBILITIES**

- Teach, coach and counsel the employees who report to the manager/supervisor.
- Recognize and correct minor problems before they become major ones.

TJUH003280

- Handle minor or occasional substandard performance by verbal counseling. For example, if an employee's patient contact is substandard today, but his or her past record is good, an oral reminder is adequate.
- Maintain a performance record for each employee. This record should include commendations, violations of Jefferson policy, disregard of instructions or procedures, and unacceptable job performance or conduct.
- Fully investigate the more serious infractions and immediately determine all the facts and document his/her findings.
- Before deciding on any action, review the employee's performance history to get a complete picture of previous job performance and behavior history.
- Consult with their HR Business Partner when questions arise involving the application of this policy. An HR Business Partner must be consulted prior to the issuance of any discipline above the 1st written warning level.

**The department must provide signed copies of all employee disciplinary action forms to:**

1. Appropriate Management Designate
2. Department File
3. Human Resources
4. Employee

## Grievances
Employees who have completed probation and who feel that the discipline was not appropriate may grieve the discipline, consistent with Policy No. 200.28 Grievance Procedures.

## Eligibility for Rehire
Employees terminated for misconduct, poor work performance, policy/procedure violations, job abandonment or resignation without proper notice may not be considered for rehire.

## PROBATIONARY EMPLOYEES
Jefferson may terminate a probationary employee at any time during probation without progressive discipline or giving notice, and the probationary employee will be paid only for hours actually worked.  Discharge during the probationary period shall not be subject to the grievance procedure.

**Attachment:** Employee Disciplinary Action Form (PDF)

TJUH003281

**Original Issue Date:** 6/1/1999
**Revision Date(s):**    09/30/2003, 02/20/2012, 06/01/2013, 12/28/2015
**Review Date(s):**    02/20/2012, 12/28/2015, 03/07/2018, 03/22/2019, 3/9/2020, 3/5/2021

**Responsibility for maintenance of policy:** Vice President, Human Resources

(Signature on File)

**Approved by:**
CHRO
EVP and CHRO

TJUH003282

# Exhibit 29



Policy No:　　　**131.03**
Effective Date:　5/21/2018
Also Applies To: **TJUH**

## UNIVERSITY POLICIES & PROCEDURES

| | |
|---|---|
| Category: | ENTERPRISE - CAMPUS SAFETY |
| Title: | **CAMPUS/WORKPLACE VIOLENCE POLICY** |
| Contributors/Contributing Departments: | Human Resources, Security, Office of Legal Counsel, Hospital Administration |

## **PURPOSE**

Thomas Jefferson University and its controlled affiliates (Jefferson) are dedicated to the well-being and personal safety of students, faculty, employees, patients, and visitors. Jefferson has adopted this zero-tolerance policy, which strictly prohibits campus violence. Acts of violence and/or threats of violence, whether expressed or implied toward any individual(s) at the Jefferson campuses, are prohibited and will not be tolerated. All reports of such incidents will be taken seriously and will be addressed appropriately. This policy defines prohibited conduct, as well as general procedures and potential responsive steps in the event that campus violence occurs. Education related to violence prevention will begin at orientation and will also be provided as needed.

## **DEFINITIONS**

Campus violence is any conduct that is severe, offensive or intimidating enough to cause an individual to reasonably fear for his/her personal safety or the safety of others or property. Examples of campus violence include, but are not limited to, threats or acts of violence or behavior that causes reasonable fear or intimidation.

## **POLICY**

This prohibition against implied or express threats and acts of violence (including domestic violence) applies to all Jefferson personnel, contract and temporary workers, students, and anyone else on Jefferson property. Certain departments have implemented policies or procedures related to violence prevention and response. Those policies or procedures must be consistent with this policy.

All Jefferson personnel, contract and temporary workers, and students who commit campus violence will be subject to disciplinary action up to and including termination of employment or dismissal and will be directed to stay away from Jefferson. Violators

TJUH000331

may also be subject to criminal prosecution. Jefferson will decide whether its campus violence policy has been violated and whether preventive or corrective action is appropriate.

Additionally, if Jefferson personnel, contract and temporary workers, or students are arrested for a crime of violence or threat of violence under any criminal code provision, Jefferson reserves the right to determine whether the conduct involved may adversely affect the legitimate business interests of Jefferson, or is inconsistent with Jefferson values, and as a result may implement corrective action up to and including discharge or dismissal. Jefferson personnel, contract and temporary workers, and students arrested for such a crime must report the arrest immediately to Jefferson. Failure to do so is a violation of this policy and subjects such persons to disciplinary action, including termination from employment or dismissal.

## PROCEDURE

a)     On Jefferson campuses, no matter what the relationship is between Jefferson and the perpetrator or victim of the behavior; or

b)     On any off-campus premises, where the perpetrator is someone who is acting as an employee or representative of Jefferson at the time, or is a Jefferson student, or where the victim is a Jefferson employee or student who is exposed to the conduct because of their affiliation with Jefferson, or where there is a reasonable basis for believing that violence may occur against the targeted employee, student or others at the Jefferson campuses.

c)     All reported incidents of violence or threats of violence will be taken seriously and investigated. Jefferson will decide whether its campus violence policy has been violated and whether preventive or corrective action is appropriate, up to and including termination or dismissal. Jefferson may consult with law enforcement authorities or other resources, as it deems appropriate, and may require a fitness for duty examination or other professional assessment through providers chosen by Jefferson to determine whether a perpetrator presents a threat to himself, herself, or others at the campus.

d)     Jefferson has created a Threat Response Team (TRT) that is described in Attachment A of this policy. If warranted, Legal, Human Resources, Student Affairs, or Security will notify members of the TRT concerning any given situation. In such circumstances, the TRT will evaluate the incident or situation for assessment and planning purposes.

## Reporting

TJUH000332

a)      In the event that an employee believes that a threat or act of violence has been made against that employee or others, the employee must report the details immediately to his/her supervisor, manager, Human Resources and/or Security Department anytime. For reporting concerns anonymously, call the Jefferson confidential hotline (215-955-5678). Hospital personnel are responsible for completing an event report anytime an incident of workplace violence occurs which is associated with a patient or family member.

b)      In the event that a student believes that a threat or act of violence has been made against that student or others, the student must report the details immediately to his/her dean's office, and/or the VP for Academic Affairs and/or Security.

c)      For an immediate on-campus response to any direct threat, contact security. A 9-1-1 call to police may be appropriate first, in the good judgment of the employees or managers involved or if in a location not serviced by security. Nothing in this policy is intended to prevent quick action to stop or reduce the risk of harm to anyone, including requesting immediate assistance from law enforcement or emergency response resources.

d)      Failure to report any threats or acts of violence in violation of this policy is itself a violation of this policy, and may subject Jefferson personnel, contract and temporary workers, students, and anyone else subject to this policy to discipline, up to and including discharge or dismissal.

e)      Retaliation against anyone for reporting in good faith an actual or suspected violation of this policy will not be tolerated and will subject the individual engaging in the retaliation to discipline, including termination from employment or dismissal from an academic program. Any complaints about retaliation may be reported in the same manner as violations of this policy are to be reported.

## Stay Away Orders

Jefferson reserves the right to seek stay away orders against any person who violates this policy to the fullest extent allowed by law. In such situations, Jefferson has an interest in assisting any student or employee who reports incidents of actual or threatened campus violence to obtain a stay away order, including one that may apply to the campus. Jefferson personnel, contract and temporary workers, and students who are targeted by the perpetrator may be asked to work with Jefferson to obtain such an order against that perpetrator. Likewise, Jefferson personnel, contract and temporary workers, and students who have previously sought a stay away order against a perpetrator and/or are protected by an existing stay away order must immediately:

1.      Notify Security of the existence of any such order and provide a copy of the

TJUH000333

https://tjuh.jeffersonhospital.org/policy/index.cfm/universitypnp/view/id/254014

order.

2.    Notify Security of any violations or attempted violations of the order.
3.    Notify Security of any changes to the order.
4.    Notify Security of the order being lifted.

## Confidentiality and Safety

These provisions on campus violence are intended to protect the safety of all students and employees, and are in no way intended to infringe on a student's or an employee's privacy. The primary goal of this policy is to encourage an open, ongoing dialogue with the affected student or employee, and those within the Jefferson community who need to know, so that Jefferson can take reasonable steps to protect campus safety. Jefferson's goal is to handle all situations with the utmost sensitivity while meeting the goal of campus safety and security.

## Avoiding Endangerment

Jefferson personnel shall always be observant of the surroundings, including individuals who may exhibit behaviors which are warning signs of potential workplace violence. Examples of some behaviors include: a new/obsessive fascination with weapons, expressing an obsession with one person, withdrawing or becoming isolated, holding a grudge, sudden demonstration of performance or attendance problems, expression of extreme desperation over financial, legal, or relationship issues, or association with hate or extremist groups, to name a few. Jefferson employees shall immediately contact Security, Human Resources, or their immediate supervisor if such behaviors are identified.

## Search Policy

Jefferson reserves the right to conduct inspections anytime, with or without notice, upon reasonable suspicion, for purposes of enforcing this policy.

## Examples

Examples of conduct that may be considered threats or acts of violence under this policy include, but are not limited to, the following:

1.    Threatening physical or aggressive contact directed toward another individual or engaging in behavior that causes a reasonable fear of such contact.
2.    Threatening an individual or his/her family, friends, associates or property with physical harm or behavior that causes a reasonable fear of such harm.
3.    Intentional destruction or threat of destruction of Jefferson's or another's property.

TJUH000334

4.    Harassing or threatening physical, verbal, written, or electronic communications, including, phone calls, emails, letters, faxes, website materials, diagrams or drawings, gestures and any other form of communication that causes a reasonable fear or intimidation response in others.

5.    Stalking.

6.    Veiled threats of physical harm or intimidation or like statements, in any form, that lead to a reasonable fear of harm or an intimidation response.

7.    Communicating an endorsement of the inappropriate use of firearms or weapons of any kind.

8.    Possessing weapons of any type, whether licensed or not, and particularly firearms, while on campus. The only exception is local, state, and federal law enforcement officers acting in the line of duty.

9.    Domestic violence, which is a pattern of coercive tactics carried out by an abuser against an intimate partner (the victim). These coercive tactics can be physical, psychological, sexual, economic, and/or emotional. Where the abuser's tactics include any of the above-described conduct on Jefferson's campus, this policy applies. Where such tactics include any of the above-described behaviors off of Jefferson's campus, this policy applies where the abuser is someone who is acting as an employee or representative of Jefferson at the time, where the victim is an employee, contract or temporary worker, or student who is exposed to the conduct because of their affiliation with Jefferson, or where there is a reasonable basis for believing that violence may occur against the victim or others at the campus. The term "intimate partner" includes people who are legally married to each other, people who were once married to each other, people who have had a child together, people who live together or who have lived together, and people who have or have had a dating or sexual relationship, including same sex couples.

This policy replaces University Policy 200.86 which is hereby decommissioned and archived on 5/20/18.

**Attachment:** Appendix A - Threat Response Team (TRT) (PDF)
**Attachment:** Campus Violence Reporting Phone Numbers (PDF)

**Revision Date(s):**
**Review Date(s):**

**Responsibility for maintenance of policy:** Safety and Security Department SVP, Facilities and Campus Planning

(Signature on File)

TJUH000335

Case 2:21-cv-04662-JMY Document 14-5 Filed 09/03/22 Page 28 of 189

**Approved by:**
Ronald Bowlan
SVP Facilities and Campus Planning

TJUH000336

# Exhibit 30

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| DYWANNA BROADNAX, | : | |
| Plaintiff, | : | |
| v. | : | |
| THOMAS JEFFERSON UNIVERSITY HOSPITAL, INC., | : | CIVIL ACTION NO. 21-CV-04662-JMY |
| Defendant. | : | |

**AFFIDAVIT OF DENNIS DELISLE**

COMMONWEALTH OF PENNSYLVANIA

:SS

COUNTY OF PHILADELPHIA

I, Dennis Delisle, declare the following to be true and correct under penalty of perjury and pursuant to 18 U.S.C. Sections 1623 and 1621:

1.     My name is Dennis Delisle. I am more than eighteen (18) years of age, am competent to testify in a court of law, and have personal knowledge of the facts stated herein.

2.     I provide this Affidavit in Support of Defendant's Motion for Summary Judgment and the accompanying Brief ("Brief").

3.     From 2018 to 2020, I was the Vice President of Operations with oversight responsibilities for Thomas Jefferson University Hospitals, Inc.'s Methodist Hospital campus ("MHD").

4.     Generally, given my position, Security would inform me of more serious events involving the Security office.

10157158.v1

5.     For example, I received a Security Case Report about a physical altercation that occurred in a hospital hallway on November 18, 2019, between Dywanna Broadnax and Crystal Taylor, two Lab Assistants at MHD.

6.     The Security Case Report is attached to the Statement of Facts ("SOFs") as Exhibit 10.

7.     I emailed the Security Case Report to Ms. Broadnax's and Ms. Taylor's supervisors – Steven Gudowski, George Marrone and Joyce Zagacki – as well as to Aaron Sniderman, who was the Human Resources Business Partner with responsibility for Ms. Broadnax's and Ms. Taylor's department.  A true and correct copy of that email is attached to the SOFs as Exhibit 48.

8.     Even though I did not have the authority to determine the discipline that should be imposed for the altercation, I, after reading the Security Case Report, shared my opinion on that discipline, as this incident implicated the safety of the workplace.  I informed Mr. Gudowski, Mr. Marrone, Ms. Zagacki, and Mr. Sniderman that I recommended Ms. Taylor be terminated pursuant to the Campus/Workplace Violence Policy ("No Violence Policy") because I knew that Ms. Taylor already was on a final written warning and that Jefferson has a zero tolerance for violations of that policy. *Id.*

9.     In recommending Ms. Taylor's termination, I understood the Security Case Report to include Ms. Taylor's admission that she was involved in a verbal dispute that resulted in a physical fight in a hospital hallway during work hours.  Because Ms. Taylor already was on a final written warning, I felt she should be terminated for her involvement in this dispute if Mr. Sniderman verified the incident occurred and Ms. Taylor had any culpability for the incident. Therefore, I asked Mr. Sniderman to confirm that my recommendation was the right course of action for Ms. Taylor.  I also asked Mr. Sniderman to follow-up with Security and Ms. Zagacki

10157158.v1

about Ms. Broadnax's role to determine her culpability so the appropriate action could be taken against her as well.

10.     Shortly after my email forwarding the Security Case Report, I received an email from Ms. Zagacki informing me about what a witness to the fistfight reported. Ms. Zagacki said the witness reported in a statement that Ms. Taylor and Ms. Broadnax were "fist fighting." Ms. Zagacki wrote that, based on that, she planned to recommend that Ms. Broadnax be terminated along with Ms. Taylor. I replied by telling Ms. Zagacki that I would fully support such a recommendation based on that witness' statement. A true and correct copy of Ms. Zagacki's email is attached to the SOFs as Exhibit 33.

11.     The next day, Mr. Sniderman emailed Mr. Gudowski, Mr. Marrone, Ms. Zagacki, and me that Jefferson indeed takes a zero-tolerance approach to violence in the workplace and that he agreed Ms. Taylor should be terminated. Mr. Sniderman also stated that, based on Ms. Broadnax's statement, Mr. Sniderman recommended Ms. Broadnax's termination as well. A true and correct copy of this email is attached to the SOFs as Exhibit 34.

12.     Mr. Sniderman asked Mr. Gudowski, Mr. Marrone, Ms. Zagacki, and me if we needed or had any further information or had a different view of the proposed discipline. I did not request or provide any further information or express any different view of the discipline.

13.     I affirm under the penalties of perjury that I have read the foregoing and the facts and representations contained therein are true.

Dated: __8/31/2022__                    _____
                                                        Dennis Delisle

10157158.v1

# Exhibit 31

 **Jefferson.**

Print Form

## EMPLOYEE DISCIPLINARY ACTION

**DIRECTIONS:**  1. The manager/supervisor must complete the form, listing pertinent facts about the incident and provide copies to Employee and Human Resources.

2. All terminations must be reviewed with Human Resources prior to issuance.

3. Attach additional sheets as necessary.

**EMPLOYEE:**    Crystal Hunter Taylor

**DEPARTMENT:** Clinical Lab

**EMPLOYEE NUMBER:**

☐ **BARGAINING UNIT EMPLOYEE**

### REASON FOR ACTION:

☐ Attendance

☐ Unsatisfactory Work Performance

☐ Safety Violation

☒ Violation of Service Standards/Code of Conduct/Core Values

☐ Other Misconduct

**DATE OF INCIDENT:**  01/30/2019

### SPECIFICS PERTINENT TO INCIDENT:

Our data shows that while rounding on a patient on B6 the patient stated that after a brief conversation felt uneasy when Crystal stated that she was the patient that got her in trouble for wearing perfume. The patient was upset enough to mention this to the person rounding.

List Witnesses:    Joyce Zagacki

### STATEMENT OF HOW BEHAVIOR/PERFORMANCE DEVIATES FROM EXPECTATIONS:

When entering a patients room it is our responsibility to make them feel at ease. Our service excellence training outlined best practices when with a patient. The conversation needs to be with the patient's comfort in mind. We are never to engage in a conversation that makes the patient feel uneasy. This behavior is not in compliance with our Jefferson Values and our Code of Conduct.

### HISTORY OF PRIOR DISCIPLINARY ACTION TAKEN:

☒ First Written Warning (Verbal Warning/Documented Discussion)    Date:    12/18/2018

☐ Second Written Warning    Date:

☐ Suspension/Final Warning    Dates from:    to:

☐ Indefinite Suspension Pending Investigation

☐ Action Plan on Employee Appraisal

TJUH000351

| **ACTION TAKEN:** | **DATE ACTION TAKEN:** 02/06/2019 |
|---|---|

☐ First Written Warning (Verbal Warning/Documented Discussion)

☐ Second Written Warning

☒ Suspension/Final Warning        Dates from: 02/07/2019     to: 2/11/2019

☐ Indefinite Suspension Pending Investigation

☐ Termination (with the approval of Human Resources)

---

**STATEMENT OF FUTURE EXPECTATIONS FOR EMPLOYEE AND SUPERVISOR:**

☒ Adherence to Policy

Practice Service Excellence in every encounter with patients.
Jefferson Values
Jefferson Code of Conduct

---

If an incident occurs again, Employee will receive:

☒ Further discipline, as appropriate

☐ Written Warning

☐ Suspension

☐ Termination

---

Issued by:

Name: Joyce Zagacki        Signature _Joyce Zagacki_      Date: 02/13/2019

Title: Lab supervisor

Witness (if applicable):      Signature _____     Date:

Director Approval (if required):      Signature _____ 2/13/19     Date:

---

Acknowledgment of Receipt:     _Employee refused to sign_

Name: Crystal Hunter Taylor      Signature _____     Date:

---

**PLEASE FORWARD TO HUMAN RESOURCES INFORMATION SYSTEMS, SUITE 900, 833 CHESTNUT STREET, WITHIN SEVENTY-TWO (72) HOURS.**

**EMPLOYEES MAY CONTEST THIS ACTION UTILIZING JEFFERSON GRIEVANCE POLICY # 200.27.**

TJUH000352

# Exhibit 32

**From:** James J Kerrigan <James.Kerrigan@jefferson.edu>
**Sent:** Mon, 18 Nov 2019 16:40:58 -0500 (EST)
**To:** Joyce Zagacki <Joyce.Zagacki@jefferson.edu>
**Cc:** Aaron Sniderman <Aaron.Sniderman@jefferson.edu>; George Marrone<George.Marrone@jefferson.edu>
**Subject:** Re: Statement

Ok

Sent from my iPhone

> On Nov 18, 2019, at 3:31 PM, Joyce Zagacki <Joyce.Zagacki@jefferson.edu> wrote:

HI Jim,
   Can you please have security forward any statement that was received today in regards to Crystal Taylor and Dywanna Broadnax.  I will forward this to HR.

Thank you
Joyce

TJUH000093

# Exhibit 33

| | |
|---|---|
| **From:** | "Dennis R. Delisle" <Dennis.Delisle@jefferson.edu> |
| **Sent:** | Tue, 19 Nov 2019 12:40:49 -0500 (EST) |
| **To:** | Joyce Zagacki <Joyce.Zagacki@jefferson.edu> |
| **Subject:** | RE: Security Incident Report: Outpatient Lab Employees |

Thanks, I fully support that.

Dennis R. Delisle, Sc.D, FACHE
Vice President, Operations- South Philadelphia
President & CEO, Methodist Hospital Foundation
Assistant Program Director, Operational Excellence | TJU College of Population Health
dennis.delisle@jefferson.edu



**From:** Joyce Zagacki <Joyce.Zagacki@jefferson.edu>
**Sent:** Tuesday, November 19, 2019 12:26 PM
**To:** Dennis R. Delisle <Dennis.Delisle@jefferson.edu>
**Subject:** RE: Security Incident Report: Outpatient Lab Employees

Dennis,
After reading the witness statement that I received from security that states that Dywanna and Crystal were "fist fighting" I am going to recommend that Dywanna is also terminated.  This incident was wrong on so many levels. They both need to be terminated.  I am just waiting to touch base with Aaron.  Just wanted to keep you informed. Thanks for your support.

Joyce

**From:** Dennis R. Delisle <Dennis.Delisle@jefferson.edu>
**Sent:** Tuesday, November 19, 2019 11:56 AM
**To:** Joyce Zagacki <Joyce.Zagacki@jefferson.edu>; George Marrone <George.Marrone@jefferson.edu>; Steven Gudowski <Steven.Gudowski@jefferson.edu>; Aaron Sniderman <Aaron.Sniderman@jefferson.edu>
**Subject:** Security Incident Report: Outpatient Lab Employees
**Importance:** High

Attached is a Security Case Report outlining a physical altercation between two Lab employees, Dywanna Broadnax and Crystal Hunter.  Per the Enterprise Policy on Campus/ Workplace Violence (131.03), Crystal should be immediately terminated.  She was on a final written warning and there should be zero tolerance.

Aaron- Can you please follow-up with Security and Joyce to investigate Dywanna's role and determine the appropriate course of action?  Also, can you please confirm my recommendation above.

Dennis R. Delisle, Sc.D, FACHE
Vice President, Operations- South Philadelphia
President & CEO, Methodist Hospital Foundation
Assistant Program Director, Operational Excellence | TJU College of Population Health

TJUH000545

dennis.delisle@jefferson.edu



TJUH000546

# Exhibit 34

**From:** u=Aaron Sniderman/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=9048F23A4097425D9A614C60E1448867-AJS019

**Sent:** Wed, 20 Nov 2019 00:38:40 -0500 (EST)

**To:** "Steven Gudowski" <Steven.Gudowski@jefferson.edu>

**Cc:** "George Marrone" <George.Marrone@jefferson.edu>; "Joyce Zagacki" <Joyce.Zagacki@jefferson.edu>; "Dennis R. Delisle" <Dennis.Delisle@jefferson.edu>

**Subject:** RE: Security Incident Report: Outpatient Lab Employees

---

Hi All,

We take a zero tolerance approach to violence in the workplace. Due to the physical evidence that is known Crystal should definitely be terminated. Based off of Dywanna's statement my initial recommendation is to terminate her as well. **Redacted**

**Redacted**

Let me know if anyone additional information or different opinions.

Thanks,

**AARON SNIDERMAN, MS**
HR Business Partner
Thomas Jefferson University and Jefferson Health
215-503-5588 (Office)
267-496-3022 (Cell)
aaron.sniderman@jefferson.edu

**JEFFERSON EMPLOYEES: Connect with colleagues & access information at myJeffHub**

**HAVE HR QUESTIONS?**

**Click here** to submit your request.

**Jefferson.edu | JeffersonHealth.org**

http://creative.jefferson.edu/wp-content/uploads/2017/08/jeff-email-signature.jpg

---

**From:** Steven Gudowski <Steven.Gudowski@jefferson.edu>
**Sent:** Tuesday, November 19, 2019 5:00 PM
**To:** Aaron Sniderman <Aaron.Sniderman@jefferson.edu>
**Cc:** Dennis R. Delisle <Dennis.Delisle@jefferson.edu>; Joyce Zagacki <Joyce.Zagacki@jefferson.edu>; George Marrone <George.Marrone@jefferson.edu>
**Subject:** RE: Security Incident Report: Outpatient Lab Employees

What are next steps?

*Steven Gudowski, MBA, C-PM(APF), MT(ASCP)*
*Administrator*
*Department of Pathology, Anatomy & Cell Biology*
*Thomas Jefferson University*
*Jefferson Alumni Hall*

TJUH003039

*1020 Locust Street*
*Suite 212*
*Philadelphia, PA   19107*
*Office:  215 955 5807*
*Fax:  215 503 0785*
*e-Mail:  steven.gudowski@jefferson.edu*

---

**From:** George Marrone <George.Marrone@jefferson.edu>
**Sent:** Tuesday, November 19, 2019 1:47 PM
**To:** Steven Gudowski <Steven.Gudowski@jefferson.edu>; Aaron Sniderman <Aaron.Sniderman@jefferson.edu>
**Cc:** Dennis R. Delisle <Dennis.Delisle@jefferson.edu>; Joyce Zagacki <Joyce.Zagacki@jefferson.edu>
**Subject:** Re: Security Incident Report: Outpatient Lab Employees

Yes we have both their badges.
Thank you

George A. Marrone
Laboratory Operations Director
111 South 11 St, 204 Pavillion
(CC) 215-955-6371
(MHD) 215-952-9057

---

**From:** Steven Gudowski <Steven.Gudowski@jefferson.edu>
**Sent:** Tuesday, November 19, 2019 1:14:49 PM
**To:** Aaron Sniderman <Aaron.Sniderman@jefferson.edu>
**Cc:** Dennis R. Delisle <Dennis.Delisle@jefferson.edu>; Joyce Zagacki <Joyce.Zagacki@jefferson.edu>; George Marrone <George.Marrone@jefferson.edu>
**Subject:** RE: Security Incident Report: Outpatient Lab Employees

Hi Aaron,
What is the protocol/rubrics we need to follow for termination?  I'd like not to have them back on the campus.  Can HR  inactivate campus keys?

George and Joyce,
Any chance we obtained their badges?

Thanks all,
Steve

---

**From:** Dennis R. Delisle <Dennis.Delisle@jefferson.edu>
**Sent:** Tuesday, November 19, 2019 11:56 AM
**To:** Joyce Zagacki <Joyce.Zagacki@jefferson.edu>; George Marrone <George.Marrone@jefferson.edu>; Steven Gudowski <Steven.Gudowski@jefferson.edu>; Aaron Sniderman <Aaron.Sniderman@jefferson.edu>
**Subject:** Security Incident Report: Outpatient Lab Employees
**Importance:** High

Attached is a Security Case Report outlining a physical altercation between two Lab employees, Dywanna Broadnax and Crystal Hunter.  Per the Enterprise Policy on Campus/ Workplace Violence (131.03), Crystal should be immediately terminated.  She was on a final written warning and there should be zero tolerance.

Aaron- Can you please follow-up with Security and Joyce to investigate Dywanna's role and determine the appropriate course of action?  Also, can you please confirm my recommendation above.

**Dennis R. Delisle, Sc.D, FACHE**
Vice President, Operations- South Philadelphia
President & CEO, Methodist Hospital Foundation
Assistant Program Director, Operational Excellence | TJU College of Population Health
dennis.delisle@jefferson.edu

TJUH003040

http://creative.jefferson.edu/wp-content/uploads/2017/11/JH-email-ft.jpg

http://creative.jefferson.edu/wp-content/uploads/2017/11/JH-email-ft.jpg

TJUH003041

# Exhibit 35

**From:** Joyce Zagacki <Joyce.Zagacki@jefferson.edu>
**Sent:** Thu, 21 Nov 2019 09:16:32 -0500 (EST)
**To:** Aaron Sniderman <Aaron.Sniderman@jefferson.edu>; George Marrone<George.Marrone@jefferson.edu>
**Cc:** Steven Gudowski <Steven.Gudowski@jefferson.edu>
**Subject:** RE: Payroll

---

I will do terminate in people soft.    They still have belongings in their locker.  I will notify security to see how to handle this.

Thank you
Joyce

---

**From:** Aaron Sniderman <Aaron.Sniderman@jefferson.edu>
**Sent:** Thursday, November 21, 2019 9:10 AM
**To:** George Marrone <George.Marrone@jefferson.edu>; Joyce Zagacki <Joyce.Zagacki@jefferson.edu>
**Cc:** Steven Gudowski <Steven.Gudowski@jefferson.edu>
**Subject:** RE: Payroll

Ok, can either of you enter the termination using Tuesday as the effective date? I will call both of them to let them know that they have been terminated.

Thanks for both of your help with all of this!

**AARON SNIDERMAN, MS**
HR Business Partner
Thomas Jefferson University and Jefferson Health
215-503-5588 (Office)
267-496-3022 (Cell)
aaron.sniderman@jefferson.edu

**JEFFERSON EMPLOYEES: Connect with colleagues & access information at myJeffHub**

**HAVE HR QUESTIONS?**
Click here to submit your request.

**Jefferson.edu | JeffersonHealth.org**



---

**From:** George Marrone <George.Marrone@jefferson.edu>
**Sent:** Thursday, November 21, 2019 9:01 AM
**To:** Aaron Sniderman <Aaron.Sniderman@jefferson.edu>; Joyce Zagacki <Joyce.Zagacki@jefferson.edu>
**Cc:** Steven Gudowski <Steven.Gudowski@jefferson.edu>
**Subject:** Re: Payroll

Joyce and I support this also.
thanks

**George A. Marrone**

**Laboratory Operations Director**
**111 South 11 St, 204 Pavillion**
**(CC) 215-955-6371**
**(MHD) 215-952-9057**

---

**From:** Aaron Sniderman <Aaron.Sniderman@jefferson.edu>
**Sent:** Thursday, November 21, 2019 8:56 AM
**To:** Joyce Zagacki <Joyce.Zagacki@jefferson.edu>
**Cc:** George Marrone <George.Marrone@jefferson.edu>; Steven Gudowski <Steven.Gudowski@jefferson.edu>
**Subject:** RE: Payroll

Hi Joyce,

My thought would be to just pay them for the time they were here prior to the fight.

| **Redacted** |
| --- |

Thanks,

**AARON SNIDERMAN, MS**
HR Business Partner
Thomas Jefferson University and Jefferson Health
215-503-5588 (Office)
267-496-3022 (Cell)
aaron.sniderman@jefferson.edu

**JEFFERSON EMPLOYEES: Connect with colleagues & access information at myJeffHub**

**HAVE HR QUESTIONS?**
 **Click here** to submit your request.

**Jefferson.edu | JeffersonHealth.org**



---

**From:** Joyce Zagacki <Joyce.Zagacki@jefferson.edu>
**Sent:** Thursday, November 21, 2019 8:52 AM
**To:** Aaron Sniderman <Aaron.Sniderman@jefferson.edu>
**Cc:** George Marrone <George.Marrone@jefferson.edu>
**Subject:** Payroll

Good morning Aaron,
    Since payroll must be done by Saturday at 12 could you please let me know how to proceed.  Are we paying Dywanna her shift for that day since the incident happened after she clocked in?  Crystal was 1 hour before her shift ended.

Thank you
Joyce

TJUH000109

# Exhibit 36

# Workplace Violence: De-escalation Techniques

## 1. Opening

### 1.1 Course Opening



**Notes:**

### 1.2 Navigation



**Notes:**

Published by Articulate® Storyline www.articulate.com

TJUH003042

### *1.3 Why Workplace Violence Matters*



### *1.4 Objectives*



## 2. Introduction

### *2.1 What is Workplace Violence?*

*(Pick One, 10 points, 1 attempt permitted)*

---

Published by Articulate® Storyline www.articulate.com

TJUH003043



| Correct | Choice |
|---------|--------|
| X | True |
|  | False |

Notes:

## Correct (Slide Layer)



Published by Articulate® Storyline www.articulate.com

TJUH003044

**Incorrect (Slide Layer)**



## 2.2 Violence Takes Many Forms



**Notes:**

Published by Articulate® Storyline www.articulate.com

TJUH003045

## 2.3 How Jefferson Keeps You Safe



**Notes:**

## 2.4 Who's at Risk?

*(Multiple Response, 10 points, 1 attempt permitted)*



| Correct | Choice |
|---------|--------|
| X | Taxi drivers |
| X | Police officers |

Published by Articulate® Storyline www.articulate.com

TJUH003046

| X | Cashiers |
|---|----------|
| X | Educators |
| X | Retail workers |
| X | Healthcare workers |

## Incorrect (Slide Layer)



## Correct (Slide Layer)



Published by Articulate® Storyline www.articulate.com

TJUH003047

## 2.5 Recall an Event



Notes:

## Feedback (Slide Layer)



Published by Articulate® Storyline www.articulate.com

TJUH003048

## 2.6 Don't Ignore the Warning Signs



Notes:

## 3. Branching

## 3.1 Where Do You Work?



Published by Articulate® Storyline www.articulate.com

TJUH003049

# 4. Academic Branch

## 4.1 Anyone Can Become Violent



Notes:

## 4.2 Levels of Violence



Notes:

Published by Articulate® Storyline www.articulate.com

TJUH003050

## 4.3 Level 2: Disruption



Notes:

## 4.4 Level 1: Tension

*(Multiple Response, 10 points, 1 attempt permitted)*



| Correct | Choice |
|---------|--------|
| X | Observable changes in behavior |
| X | Depression, withdrawal or irritability |

Published by Articulate® Storyline www.articulate.com

TJUH003051

| X | Increased or excessive altercations with others |
|---|---|
| X | Accident-prone behavior |
| X | Being argumentative – feeling persecuted |
| X | Degraded personal appearance |

## Correct (Slide Layer)



## Incorrect (Slide Layer)



Published by Articulate® Storyline www.articulate.com

TJUH003052

## 4.5 Level 3: Violence

*(Multiple Response, 10 points, 1 attempt permitted)*



| Correct | Choice |
|---|---|
| X | Suicidal threats |
| X | Physical fights |
| X | Continual destruction of property |
| X | Express empathy or align with publicized violent acts |
| X | Utilization of weapons to harm others |
| X | Display of extreme rage |

TJUH003053

## Correct (Slide Layer)



## Incorrect (Slide Layer)



## 4.6 Non-Verbal Cues



Published by Articulate® Storyline www.articulate.com

TJUH003054

**Notes:**

## 2-Facial Expressions (Slide Layer)



## 3-Body Gestures (Slide Layer)



Published by Articulate® Storyline www.articulate.com

TJUH003055

## 4-Posture (Slide Layer)



## 5-Stance (Slide Layer)



## Instructions (Slide Layer)



Published by Articulate® Storyline www.articulate.com

TJUH003056

## 4.7 Body Movement Examples



**Notes:**

## 2-Facial Expressions (Slide Layer)



Published by Articulate® Storyline www.articulate.com

TJUH003057

### 3-Body Gestures (Slide Layer)



### 4-Posture (Slide Layer)



### 5-Stance (Slide Layer)



Published by Articulate® Storyline www.articulate.com

TJUH003058

## Instructions (Slide Layer)



## 4.8 What is De-escalation?



## 4.9 Scenario Menu



Published by Articulate® Storyline www.articulate.com

TJUH003059

## 4.10 Scenario 1

*(Pick Many, 10 points, 1 attempt permitted)*



| Correct | Choice |
| --- | --- |

**Notes:**

## 4.11 Scenario 2

*(Pick Many, 10 points, 1 attempt permitted)*



Published by Articulate® Storyline www.articulate.com

TJUH003060

| Correct | Choice |
|---------|--------|
|         |        |

Notes:

## 4.12 Scenario 1 Question

*(Pick Many, 10 points, 1 attempt permitted)*



| Correct | Choice |
|---------|--------|
| X | Do not confront the aggressor. |
| X | Do not try to stop the person physically. |
| X | Get yourself and others to safety. |
| X | Call campus security and dial 911. |
|   | Attack the assailant. |

Published by Articulate® Storyline www.articulate.com

TJUH003061

**Notes:**

**Correct (Slide Layer)**



**Incorrect (Slide Layer)**



### 4.13 Scenario 3

*(Pick Many, 10 points, 1 attempt permitted)*

---

Published by Articulate® Storyline www.articulate.com

TJUH003062



| Correct | Choice |
|---------|--------|
|         |        |

**Notes:**

## 4.14 Scenario 3 Question

*(Pick Many, 10 points, 1 attempt permitted)*



Published by Articulate® Storyline www.articulate.com

TJUH003063

| Correct | Choice |
|---------|--------|
| X | Remain calm, rational and listen. |
| X | Do not engage in other activities while listening. |
| X | Maintain eye contact. |
| X | Use non-confrontational gestures such as head nodding or tilting, and/or saying "ok". |
| X | Act professional and ask questions. |
| X | Restate & validate the concern. |
| X | Be empathetic and apologize. |
| X | Call security (or 911). |
|   | Do nothing. Stay out of it. |

**Notes:**

## Correct (Slide Layer)



Published by Articulate® Storyline www.articulate.com

TJUH003064

**Incorrect (Slide Layer)**



## 4.15 Scenario 2 Question

*(Pick Many, 10 points, 1 attempt permitted)*



| Correct | Choice |
|---------|--------|
| X | Remain calm, rational and listen. |
| X | Choose your words carefully. |
| X | Provide clear, direct instructions. |
| X | Set clear, enforceable limits. |
| X | Use slow, deliberate movements. |

Published by Articulate® Storyline www.articulate.com

TJUH003065

| X | Continue to show that you want to help. |
|---|---|
| X | Avoid physical contact. |
| X | Signal for help & call security (or 911). |
|   | Physically restrain the aggressor. |

**Notes:**

## Correct (Slide Layer)



Published by Articulate® Storyline www.articulate.com

TJUH003066

**Incorrect (Slide Layer)**



## 4.16 Scenario 3 Debrief



**Notes:**

Published by Articulate® Storyline www.articulate.com

TJUH003067

## 4.17 Scenario 2 Debrief



Notes:

## 4.18 Scenario 1 Debrief



Notes:

TJUH003068

# 5. Administrative Branch

## 5.1 Anyone Can Become Violent



Notes:

## 5.2 Levels of Violence



Notes:

Published by Articulate® Storyline www.articulate.com

TJUH003069

## *5.3 Level 2: Disruption*



Notes:

## *5.4 Level 1: Tension*

*(Multiple Response, 10 points, 1 attempt permitted)*



| Correct | Choice |
|---------|--------|
| X | Observable changes in behavior |
| X | Depression, withdrawal or irritability |

Published by Articulate® Storyline www.articulate.com

TJUH003070

| X | Increased or excessive altercations with others |
|---|---|
| X | Accident-prone behavior |
| X | Being argumentative – feeling persecuted |
| X | Degraded personal appearance |

## Correct (Slide Layer)



## Incorrect (Slide Layer)



Published by Articulate® Storyline www.articulate.com

TJUH003071

## 5.5 Level 3: Violence

*(Multiple Response, 10 points, 1 attempt permitted)*



| Correct | Choice |
|---------|--------|
| X | Suicidal threats |
| X | Physical fights |
| X | Continual destruction of property |
| X | Express empathy or align with publicized violent acts |
| X | Utilization of weapons to harm others |
| X | Display of extreme rage |

Published by Articulate® Storyline www.articulate.com

TJUH003072

## Correct (Slide Layer)



## Incorrect (Slide Layer)



## 5.6 Non-Verbal Cues



Published by Articulate® Storyline www.articulate.com

TJUH003073

**Notes:**

## 2-Facial Expressions (Slide Layer)



## 3-Body Gestures (Slide Layer)



Published by Articulate® Storyline www.articulate.com

TJUH003074

## 4-Posture (Slide Layer)



## 5-Stance (Slide Layer)



## Instructions (Slide Layer)



Published by Articulate® Storyline www.articulate.com

TJUH003075

## *5.7 Body Movement Examples*



**Notes:**

## 2-Facial Expressions (Slide Layer)



Published by Articulate® Storyline www.articulate.com

TJUH003076

## 3-Body Gestures (Slide Layer)



## 4-Posture (Slide Layer)



## 5-Stance (Slide Layer)



Published by Articulate® Storyline www.articulate.com

TJUH003077

## Instructions (Slide Layer)



## 5.8 What is De-escalation?



## 5.9 Scenario Menu



TJUH003078

## 5.10 Scenario 1

*(Pick Many, 10 points, 1 attempt permitted)*



| Correct | Choice |
| --- | --- |

**Notes:**

## 5.11 Scenario 2

*(Pick Many, 10 points, 1 attempt permitted)*



Published by Articulate® Storyline www.articulate.com

TJUH003079

| Correct | Choice |
|---------|--------|

**Notes:**

## 5.12 Scenario 3

*(Pick Many, 10 points, 1 attempt permitted)*



| Correct | Choice |
|---------|--------|

**Notes:**

## 5.13 Scenario 3 Question

*(Pick Many, 10 points, 1 attempt permitted)*

Published by Articulate® Storyline www.articulate.com

TJUH003080



| Correct | Choice |
|---|---|
| X | Remain calm, rational and listen. |
| X | Do not engage in other activities while listening. |
| X | Maintain eye contact. |
| X | Use non-confrontational gestures such as head nodding or tilting, and/or saying "ok". |
| X | Act professional and ask questions. |
| X | Restate & validate the concern. |
| X | Be empathetic and apologize. |
| X | Call security (or 911). |
|   | Do nothing. Stay out of it. |

**Notes:**

Published by Articulate® Storyline www.articulate.com

TJUH003081

## Correct (Slide Layer)



## Incorrect (Slide Layer)



## 5.14 Scenario 2 Question

*(Pick Many, 10 points, 1 attempt permitted)*

Published by Articulate® Storyline www.articulate.com

TJUH003082



| Correct | Choice |
|---|---|
| X | Remain calm, rational and listen. |
| X | Choose your words carefully. |
| X | Provide clear, direct instructions. |
| X | Use slow, deliberate movements. |
| X | Continue to show that you want to help. |
| X | Set clear, enforceable limits. |
| X | Avoid physical contact. |
| X | Signal for help & call security (or 911). |
|  | Physically restrain the aggressor. |

**Notes:**

---

Published by Articulate® Storyline www.articulate.com

TJUH003083

## Correct (Slide Layer)



## Incorrect (Slide Layer)



## 5.15 Scenario 1 Question

*(Pick Many, 10 points, 1 attempt permitted)*

Published by Articulate® Storyline www.articulate.com

TJUH003084



| Correct | Choice |
|---------|--------|
| X | Do not confront the aggressor. |
| X | Do not try to stop the person physically. |
| X | Get yourself and others to safety. |
| X | Call campus security and dial 911. |
|   | Attack the assailant. |

**Notes:**

Published by Articulate® Storyline www.articulate.com

TJUH003085

## Correct (Slide Layer)



## Incorrect (Slide Layer)



## 5.16 Scenario 3 Debrief



Published by Articulate® Storyline www.articulate.com

TJUH003086

**Notes:**

## 5.17 Scenario 2 Debrief



**Notes:**

## 5.18 Scenario 1 Debrief



**Notes:**

Published by Articulate® Storyline www.articulate.com

## 6. Clnical Branch

### 6.1 Anyone Can Become Violent



Notes:

### 6.2 Levels of Violence



Notes:

Published by Articulate® Storyline www.articulate.com

TJUH003088

## 6.3 Level 2: Disruption



Notes:

## 6.4 Level 1: Tension

*(Multiple Response, 10 points, 1 attempt permitted)*



| Correct | Choice |
|---------|--------|
| X | Observable changes in behavior |
| X | Depression, withdrawal or irritability |

Published by Articulate® Storyline www.articulate.com

TJUH003089

| X | Increased or excessive altercations with others |
|---|---|
| X | Accident-prone behavior |
| X | Being argumentative – feeling persecuted |
| X | Degraded personal appearance |

## Correct (Slide Layer)



## Incorrect (Slide Layer)



Published by Articulate® Storyline www.articulate.com

TJUH003090

## 6.5 Level 3: Violence

*(Multiple Response, 10 points, 1 attempt permitted)*



| Correct | Choice |
|---------|--------|
| X | Suicidal threats |
| X | Physical fights |
| X | Continual destruction of property |
| X | Express empathy or align with publicized violent acts |
| X | Utilization of weapons to harm others |
| X | Display of extreme rage |

Published by Articulate® Storyline www.articulate.com

TJUH003091

## Correct (Slide Layer)



## Incorrect (Slide Layer)



## 6.6 Non-Verbal Cues



Published by Articulate® Storyline www.articulate.com

TJUH003092

**Notes:**

## 2-Facial Expressions (Slide Layer)



## 3-Body Gestures (Slide Layer)



Published by Articulate® Storyline www.articulate.com

TJUH003093

## 4-Posture (Slide Layer)



## 5-Stance (Slide Layer)



## Instructions (Slide Layer)



Published by Articulate® Storyline www.articulate.com

TJUH003094

## *6.7 Body Movement Examples*



**Notes:**

## 2-Facial Expressions (Slide Layer)



TJUH003095

### 3-Body Gestures (Slide Layer)



### 4-Posture (Slide Layer)



### 5-Stance (Slide Layer)



Published by Articulate® Storyline www.articulate.com

## Instructions (Slide Layer)



## 6.8 What is De-escalation?



## 6.9 Scenario Menu



Published by Articulate® Storyline www.articulate.com

### 6.10 Scenario 1

*(Pick Many, 10 points, 1 attempt permitted)*



| Correct | Choice |
|---------|--------|
| | |

**Notes:**

### 6.11 Scenario 2

*(Pick Many, 10 points, 1 attempt permitted)*



Published by Articulate® Storyline www.articulate.com

TJUH003098

| Correct | Choice |
|---------|--------|
|         |        |

Notes:

## 6.12 Scenario 1 Question

*(Pick Many, 10 points, 1 attempt permitted)*



| Correct | Choice |
|---------|--------|
| X | Do not confront the aggressor. |
| X | Do not try to stop the person physically. |
| X | Get yourself and others to safety. |
| X | Call campus security and dial 911. |
|   | Attack the assailant. |

Published by Articulate® Storyline www.articulate.com

TJUH003099

**Notes:**

## Correct (Slide Layer)



## Incorrect (Slide Layer)



### *6.13 Scenario 3*

*(Pick Many, 10 points, 1 attempt permitted)*

Published by Articulate® Storyline www.articulate.com

TJUH003100



| Correct | Choice |
|---------|--------|
|         |        |

**Notes:**

## 6.14 Scenario 3 Question

*(Pick Many, 10 points, 1 attempt permitted)*



TJUH003101

| Correct | Choice |
|---------|--------|
| X | Remain calm, rational and listen. |
| X | Do not engage in other activities while listening. |
| X | Maintain eye contact. |
| X | Use non-confrontational gestures such as head nodding or tilting, and/or saying "ok". |
| X | Act professional and ask questions. |
| X | Restate & validate the concern. |
| X | Be empathetic and apologize. |
| X | Call security (or 911). |
|   | Do nothing. Stay out of it. |

**Notes:**

## Correct (Slide Layer)



Published by Articulate® Storyline www.articulate.com

TJUH003102

## Incorrect (Slide Layer)



## 6.15 Scenario 2 Question

*(Pick Many, 10 points, 1 attempt permitted)*



| Correct | Choice |
|---------|--------|
| X | Remain calm, rational and listen. |
| X | Choose your words carefully. |
| X | Provide clear, direct instructions. |
| X | Set clear, enforceable limits. |
| X | Use slow, deliberate movements. |

Published by Articulate® Storyline www.articulate.com

TJUH003103

| X | Continue to show that you want to help. |
|---|---|
| X | Avoid physical contact. |
| X | Signal for help & call security (or 911). |
|   | Physically restrain the aggressor. |

**Notes:**

## Correct (Slide Layer)



TJUH003104

**Incorrect (Slide Layer)**



## 6.16 Scenario 3 Debrief



**Notes:**

Published by Articulate® Storyline www.articulate.com

TJUH003105

## 6.17 Scenario 2 Debrief



Notes:

## 6.18 Scenario 1 Debrief



Notes:

Published by Articulate® Storyline www.articulate.com

TJUH003106

# 7. Conclusion

## 7.1 Empathetic Listening

*(Pick One, 10 points, 1 attempt permitted)*



| Correct | Choice |
|---------|--------|
| X | True |
| | False |

**Notes:**

Published by Articulate® Storyline www.articulate.com

TJUH003107

## Correct (Slide Layer)



## Incorrect (Slide Layer)



## 7.2 Call for Help



Published by Articulate® Storyline www.articulate.com

TJUH003108

## Abington (Slide Layer)



## Aria (Slide Layer)



## CC (Slide Layer)



Published by Articulate® Storyline www.articulate.com

TJUH003109

### EF (Slide Layer)



### Methodist (Slide Layer)



### NJ (Slide Layer)



Published by Articulate® Storyline www.articulate.com

TJUH003110

## 7.3 Summary



Notes:

## 7.4 End



Notes:

Published by Articulate® Storyline www.articulate.com

TJUH003111

# Exhibit 37

 **Jefferson**

**Human Resources**

1101 Market Street, 23rd Floor
Philadelphia, PA 19107

November 21, 2019

Dywanna Broadnax
P.O BOX 5335
Philadelphia, PA 19153

Dear Ms. Broadnax,

On November 18, 2019, you were placed on indefinite suspension pending investigation for fighting. We have conducted an investigation and based on the information we gathered, it has been determined that you violated Jefferson's Code of Conduct Policy and Jefferson's Employee Disruptive Conduct Policy.

Please be advised, therefore, that your indefinite suspension has been modified to termination from your position as Lab Assistant in the Department of Outpatient Laboratory at Thomas Jefferson University Hospitals effective immediately.

As a terminated employee, you will receive information in the mail in the next few weeks on continuation under COBRA of any health or dental benefits in which you are enrolled. Your health benefits will end effective November 30, 2019 unless you choose to avail yourself of the COBRA benefits.

In addition, you will be entitled to a payout of your ETO hours as outlined in the ETO policy. Any payment for a balance of ETO hours owed to you will be processed in the form of a live check, which will be mailed to you within 1-2 pay periods. Any monies owed you will be sent to this address above.

Sincerely,

Aaron Sniderman
HR Business Partner

Cc: Employee File

HOME OF SIDNEY KIMMEL MEDICAL COLLEGE

TJUH000353

 Jefferson

Human Resources

1101 Market Street, 23rd Floor
Philadelphia, PA 19107

November 21, 2019

Crystal Hunter

**Redacted**

Dear Ms. Hunter,

On November 18, 2019, you were placed on indefinite suspension pending investigation for fighting. We have conducted an investigation and based on the information we gathered, it has been determined that you violated Jefferson's Code of Conduct Policy and Jefferson's Employee Disruptive Conduct Policy.

Please be advised, therefore, that your indefinite suspension has been modified to termination from your position as Lab Assistant in the Department of Outpatient Laboratory at Thomas Jefferson University Hospitals effective immediately.

As a terminated employee, you will receive information in the mail in the next few weeks on continuation under COBRA of any health or dental benefits in which you are enrolled. Your health benefits will end effective November 30, 2019 unless you choose to avail yourself of the COBRA benefits.

In addition, you will be entitled to a payout of your ETO hours as outlined in the ETO policy. Any payment for a balance of ETO hours owed to you will be processed in the form of a live check, which will be mailed to you within 1-2 pay periods. Any monies owed you will be sent to this address above.

Sincerely,

Aaron Sniderman
HR Business Partner

Cc: Employee File

HOME OF SIDNEY KIMMEL MEDICAL COLLEGE

TJUH000354

# Exhibit 38

## AFFIDAVIT OF SUZANA HAMZA

I, Suzana Hamza, am a Human Resources Business Partner at Thomas Jefferson University. I am aware that Dywanna Broadnax filed a Complaint of Discrimination against Thomas Jefferson University Hospitals, Inc. with respect to her employment at the Methodist Hospital Division ("MHD"). I can affirm the veracity of the facts set forth in the numbered paragraphs that follow.

1. One of the Department for which I have responsibility in my position is Clinical Laboratories.

2. I have been assigned to the labs since 2017.

3. On August 9, 2017, I received the first of a string of emails from Dywanna Broadnax regarding multiple questions that she had regarding various benefits. Her first inquiry was whether she was going to receive recognition for five years of service. She had been communicating prior to that with Jennifer Cusato, Payroll Coordinator at MHD. Specifically, Ms. Broadnax requested information regarding the same inquiry she made to Ms. Cusato. *See* Emails attached herewith as Exhibit A and incorporated as though fully stated herein[1].

4. During these exchanges, we also discussed her pay rate as Lab Assistant working per diem. *Id.* at p. 2.

5. The last communication that I had with Ms. Broadnax was on September 12, 2017 in which she stated, "Can you tell me if I have money invested in my 401K? I always thought I had it, however I don't see any deductions in my pay check. If I don't have it, can you tell me why and how I can get one?" *Id.* at p. 1.

---

[1] The most recent email in this string of emails is on the first page and the earliest email in this string is on the last page.

TJUH001332

6. On September 14, 2017, I responded to Ms. Broadnax asking her if she recalls signing up for deductions when she was rehired.  In addition, I gave her information regarding how to sign up to have deductions taken from her pay. Specifically, I said, "In order to sign up you can either visit our TIAA page or www.tiaa.org/Jefferson or call them at 1-800-842-2888. You may also want to consider contacting our financial advisor at TIAA, George Christiani who can help with your investment selections." *Id.* at p. 1.

7. The information that I provided to Ms. Broadnax is the same information all per diem employees are provided regarding how to commence deducting money from their paychecks to make voluntary contributions to the portion of 403(b) plan for which per diem employees are eligible. The same information is available on the Human Resources website and is referenced in the Employee Handbook that is on the same website.

8. I did not work for Jefferson when Ms. Broadnax first resigned or when she was rehired. Nor did I have any information regarding her disabilities except for what she voluntarily told me in this string of email. *Id.* at p. 2.

9. At no time did I discriminate against Ms. Broadnax on account of her disability.

10. The foregoing is the only conversations, either electronic or oral, that I had with Ms. Broadnax before she filed her complaint.

The foregoing is true and correct to the best of my knowledge, information and belief and is made pursuant to 42 Pa.C.S., Section 4209 relating to statements made to governmental agencies.

Suzana Hamza

Date: 3/1/2018

2

# Exhibit 39

**From:** "Suzana Hamza" <Suzana.Hamza@jefferson.edu>
**Sent:** Thu, 14 Sep 2017 15:39:31 -0400 (EDT)
**To:** "Dywanna Broadnax" <Dywanna.Broadnax@jefferson.edu>
**Subject:** RE: Dywanna Broadnax, #000021635

Hello Dywanna,

Do you recall signing up for your retirement plan when you were hired the second time?

In order to sign up you can either visit our TIAA page at www.tiaa.org/Jefferson  or  call them at 1-800- 842-2888.  You may also want to consider contacting our financial advisor at TIAA, George Christiani who can help with your investment selections.

George Christiani
215-587-8511
gchristiani@tiaa.org

Thank you,
Suzana


**Suzana Hamza, MS, SHRM-CP**
Human Resources Business Partner
Thomas Jefferson University & Jefferson Health
Office phone: 215-955-7686
Suzana.Hamza@jefferson.edu


**HAVE HR QUESTIONS?**
Visit our website at **hr.jefferson.edu**
Click here with your **benefits** questions
Learn about **development opportunities**



**From:** Dywanna Broadnax

TJUH001143

**Sent:** Tuesday, September 12, 2017 3:50 PM
**To:** Suzana Hamza <Suzana.Hamza@jefferson.edu>
**Subject:** Re: Dywanna Broadnax, #000021635

Hello. Can you tell me if I have money invested in my 401K? I always thought I had it, however I don't see any deductions in my pay check. If I don't have it, can you tell me why, and how I can get one?

---

**From:** Suzana Hamza
**Sent:** Friday, August 18, 2017 4:12:49 PM
**To:** Dywanna Broadnax
**Subject:** RE: Dywanna Broadnax, #000021635

Hello Dywanna,

Can you please elaborate what are you fine with, and what would you like me to do? or us to?

Thank you,
Suzana

**From:** Dywanna Broadnax
**Sent:** Friday, August 18, 2017 3:58 PM
**To:** Suzana Hamza <Suzana.Hamza@jefferson.edu>
**Subject:** Re: Dywanna Broadnax, #000021635

Yes I am fine with that. I come to work at 3:00 so I can be reached by phone before then. 267-325-7876

---

**From:** Suzana Hamza
**Sent:** Wednesday, August 16, 2017 4:43:25 PM
**To:** Dywanna Broadnax
**Subject:** RE: Dywanna Broadnax, #000021635

Hello Dywanna,

Thank you for your email and for sharing this information with me. I wonder if you would be interested in scheduling a time to connect over the phone in the next few days to discuss some of your concerns.

Meanwhile, please know that I have looked into all the things you had mentioned and I can confirm that the $18.5/h is the top rate for the Lab Assistants working per diem (as you are) at the Methodist hospital.
Regarding your service certificate, please know that per diem employees are not eligible for this award. The employee celebrations that take place in your department in observance to employees' birthdays, showers etc, are voluntarily organized by the employees themselves. They are not departmental celebrations done by the Jefferson's management.

TJUH001144

Like I said above, please feel free to let me know if you would like to speak or meet with me in person and discuss further.

I thank you for your efforts in providing great service to our patients.

Best regards,
Suzana


**Suzana Hamza, MS, SHRM-CP**
Human Resources Business Partner
Thomas Jefferson University & Jefferson Health
Office phone: 215-955-7686
Suzana.Hamza@jefferson.edu


**HAVE HR QUESTIONS?**
Visit our website at **hr.jefferson.edu**
Click here with your **benefits** questions
Learn about **development opportunities**



**From:** Dywanna Broadnax
**Sent:** Friday, August 11, 2017 4:19 PM
**To:** Suzana Hamza <Suzana.Hamza@jefferson.edu>
**Cc:** Jennifer Cusato <Jennifer.Cusato@jefferson.edu>
**Subject:** Re: Dywanna Broadnax, #000021635

Hi, thanks for responding.  I first started as a full time temp on 03/15/2005.  In September of 2005, I was offered a part time position with the potential to become full time.  I agreed, took a pay cut from the agency that sent me here.  A short time later , I was offered full time with a small raise.  I was the model Phlebotomist during my full time years.  The service excellent awards that hang in the Out Patient lab for years 2007-2008, were from my professional demeanor, and great phlebotomy skills.  I always welcomed patients & make sure their visit to Methodist Out Patient Lab is good memorable one.

TJUH001145

In June 2006, I was diagnosed with LUPUS.  I still stayed full time.  I became pregnant in May 2008, the LUPUS and pregnancy didn't agree with each other.  On 10/2/2008 I was admitted to Jefferson Center City for Hypertension & Pre-Eclampsia.  I was placed in a medically induced coma for 16 days, my 23wk pregnancy was induced, my daughter didn't survive.  Two days I delivered her, the lupus began attacking my heart.  I then had open heart surgery on 10/15/08.

At this point I'm running out of FMLA because I started it early to attend my prenatal appointments.  I was contacted by my job, I was told I had to return by 11/15/08.  I wasn't cleared by my doctor, so I had to resign.  I stayed out of work until July 2009, I became to come to Methodist regularly to inquire about my job.  I was told it was a hiring freeze.  It wasn't until December 2010, I decided to go to Employee Rights to see what my rights were, because I knew other Phlebotomist were being hired while I was trying to come back.  At this point I felt discriminated against because of my LUPUS.

I was offered my job back in August of 2011, I started in October 2011.  Since then I have had only one raise.  I was told that since I am Per-Diem, I'm capped @18.50 a hour.  Its very upsetting, I am still the same outstanding employee, however, I don't feel apart of the team.  Everyone else gets a cake for their birthday, even new employees, since I have been back, I have never got a cake.  I lost my mom 8/30/16, lets just say....

I have mentioned the certificate many times to my supervisor, she says unsure things.  like, "HR will email you", or "I think you get it the 6th year, not the 5th year".   It means a lot to me, after being here so long I have nothing to show for it. I don't get benefits, raises, attend any employee meetings, I miss all special events, and my certificate.

---

**From:** Suzana Hamza
**Sent:** Wednesday, August 9, 2017 4:22:32 PM
**To:** Dywanna Broadnax
**Cc:** Jennifer Cusato
**Subject:** RE: Dywanna Broadnax, #000021635

And one more question: Have you already checked with your manager or supervisor if they have your certificate?


**From:** Suzana Hamza
**Sent:** Wednesday, August 09, 2017 3:34 PM
**To:** Dywanna Broadnax <Dywanna.Broadnax@jefferson.edu>
**Cc:** Jennifer Cusato (Jennifer.Cusato@jefferson.edu) <Jennifer.Cusato@jefferson.edu>
**Subject:** RE: Dywanna Broadnax, #000021635

Hello Dywana,

I will look into this and get back to you with my findings.

TJUH001146

I do see that you worked with Jefferson years prior, and your more recent hire date is in 2011. Can you tell me about your dates of service with Jefferson prior to 2011?
Also, have you ever received a service certificate from Jefferson?

Thank you,
Suzana

**Suzana Hamza, MS, SHRM-CP**
Human Resources Business Partner
Thomas Jefferson University & Jefferson Health
Office phone: 215-955-7686
Suzana.Hamza@jefferson.edu

**HAVE HR QUESTIONS?**

 Visit our website at **hr.jefferson.edu**

 Click here with your **benefits** questions

Learn about **development opportunities**


Jefferson
Philadelphia University +
Thomas Jefferson University
HOME OF SIDNEY KIMMEL MEDICAL COLLEGE

**From:** Dywanna Broadnax
**Sent:** Wednesday, August 09, 2017 2:56 PM
**To:** Suzana Hamza <Suzana.Hamza@jefferson.edu>
**Subject:** Fw: Dywanna Broadnax, #000021635

Hi Suzana, can you please provide me with information regarding this request?

**From:** Jennifer Cusato
**Sent:** Wednesday, August 9, 2017 2:38 PM
**To:** Dywanna Broadnax
**Subject:** FW: Dywanna Broadnax, #000021635

**From:** hrquestions svc
**Sent:** Thursday, August 03, 2017 9:17 AM

TJUH001147

**To:** Jennifer Cusato
**Subject:** RE: Dywanna Broadnax, #000021635

Good Morning Jennifer,

The employee should receive an email letting her know when she will receive her gift. The employee will receive her certificate from her manager,

Thanks,
Laurie
**From:** Jennifer Cusato [mailto:Jennifer.Cusato@jefferson.edu]
**Sent:** Wednesday, August 2, 2017 04:31 PM
**To:** hrquestions svc
**Subject:** Dywanna Broadnax, #000021635

Good afternoon,

Above stopped today re 5 year recognition certificate.  Do you have any information if she is on the list or if she will be receiving any info regarding this?  She was employed 5 years as of 10/24/16.

Please let me know.

Thank you.

*Jennifer Cusato*
*Payroll Coordinator*
*Methodist Hospital Division, TJUH, Inc.*
*Phone:  215-952-1278*
*Fax:  215-952-1478*

The information contained in this transmission contains privileged and confidential information. It is intended only for the use of the person named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

**CAUTION**: Intended recipients should NOT use email communication for emergent or urgent health care matters.

TJUH001148

# Exhibit 40

| | |
|---|---|
| **From:** | "George Marrone" <George.Marrone@jefferson.edu> |
| **Sent:** | Thu, 10 Aug 2017 07:48:33 -0400 (EDT) |
| **To:** | "Joyce Zagacki" <Joyce.Zagacki@jefferson.edu> |
| **Subject:** | Re: Dywanna Broadnax, #000021635 |

Okay thanks just let her know you are looking into and see what HR says.

On Aug 10, 2017, at 7:15 AM, Joyce Zagacki <Joyce.Zagacki@jefferson.edu> wrote:

> I did look into this and have not gotten back to Dywanna since I wanted to check with HR first.  Dywanna is per diem and I do not think it applies however I will check with HR.

**From:** George Marrone
**Sent:** Thursday, August 10, 2017 7:02 AM
**To:** Joyce Zagacki <Joyce.Zagacki@jefferson.edu>
**Subject:** Fwd: Dywanna Broadnax, #000021635

Joyce,
   Can you check with Suzanna on the status of this?
Thanks

Begin forwarded message:

**From:** Dywanna Broadnax <Dywanna.Broadnax@jefferson.edu>
**Date:** August 9, 2017 at 3:01:28 PM EDT
**To:** George Marrone <George.Marrone@jefferson.edu>
**Cc:** Joyce Zagacki <Joyce.Zagacki@jefferson.edu>
**Subject: Fw: Dywanna Broadnax, #000021635**

Hello, can I have some information regarding this request? have been asking since last year. I was hired here in 2005, left December 2008, I was close to receiving my 5 year certificate then.  But due to medical issues, I took time off and started again in October 2011.  This certificate may not mean anything to you, but I would like it, it means something to me. Also, my gift.

**From:** Jennifer Cusato
**Sent:** Wednesday, August 9, 2017 2:38 PM
**To:** Dywanna Broadnax
**Subject:** FW: Dywanna Broadnax, #000021635

**From:** hrquestions svc
**Sent:** Thursday, August 03, 2017 9:17 AM
**To:** Jennifer Cusato
**Subject:** RE: Dywanna Broadnax, #000021635

Good Morning Jennifer,

The employee should receive an email letting her know when she will receive her gift.The employee will receive her certificate from her manager,

Thanks,

Laurie

**From:** Jennifer Cusato [mailto:Jennifer.Cusato@jefferson.edu]
**Sent:** Wednesday, August 2, 2017 04:31 PM
**To:** hrquestions svc
**Subject:** Dywanna Broadnax, #000021635

Good afternoon,

Above stopped today re 5 year recognition certificate.  Do you have any information if she is on the list or if she will be receiving any info regarding this?  She was employed 5 years as of 10/24/16.

Please let me know.

Thank you.

*Jennifer Cusato*
*Payroll Coordinator*
*Methodist Hospital Division, TJUH, Inc.*
*Phone:  215-952-1278*
*Fax:  215-952-1478*

The information contained in this transmission contains privileged and confidential information. It is intended only for the use of the person named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or

**CAUTION:** Intended recipients should NOT use email communication for emergent or urgent health care matters.

TJUH000100

# Exhibit 41

**From:**    Dywanna Broadnax <Dywanna.Broadnax@jefferson.edu>
**Sent:**    Thu, 20 Jun 2019 15:50:58 -0400 (EDT)
**To:**    Suzana Hamza <Suzana.Hamza@jefferson.edu>; George Marrone<George.Marrone@jefferson.edu>
**Subject:**    Fw: Out patient

---

Email about order entry

**From:** Joyce Zagacki
**Sent:** Sunday, June 9, 2019 11:07 AM
**To:** Alma Wilson; Alonda Saunders; Crystal Taylor; Denise D'Ilario; Dywanna Broadnax; Erica Perry; Janet Bruno; Lauren Mcgraw; Naeemah Gadson; Ron Addes; Tracy Shavers; Victoria Martino
**Cc:** Tynesha Jenkins; Tracy Shavers
**Subject:** Out patient

Hi all,

　　When ordering outpatient labs from a script or if the orders are already in Epic it is ok to collect and receive to save time if you are the person sticking the patient.  If someone else is drawing the blood you must go back in and change the collector to that person.  The collection time in most cases can remain the same since it is within minutes that the blood is being drawn.  If you want to wait until the blood is drawn to his collect and receive that is fine.  If in a rare case we are unable to obtain the blood you must scan the label or labels and hit redraw and document the reason so the order goes back in.  Please be mindful that when doing a glucose tolerance you should only hit collect and receive for each hour so the times are accurate.  If you have any questions please let me know so we can go over this together.

Thanks

Joyce

# Exhibit 42

**From:**    Dywanna Broadnax <Dywanna.Broadnax@jefferson.edu>
**Sent:**    Sat, 8 Nov 2014 13:59:40 -0500 (EST)
**To:**    George Marrone <George.Marrone@jefferson.edu>
**Subject:**    Saturday 11/8/14

---

Hello George, I am sending this email because on Saturday 11/814, in my eyes Lisa Hall threatened me. This is deriven from the incident in reference to, my CCP cup being thrown away. On Monday 10/27/14 I left my tall Blue CCP water bottle in the OP lab. When I came to work on Friday 10/31/14, my water bottle was no where to be found. I wrote a note for the AM staff the was coming in on Saturday 11/1/14. The note politeley asked had anyone seen my CCP cup, and I also said it would be very up setting to know that it was thrown away, because noone has that right to do that besides Mrs. Joyce. So I alos texted Mrs. Joyce to ask her if she had seen it, and she replied no. But she will check it out on 11/1/14. So when I came to work on Monday 11/3/14, Mrs. Joyce said that she now remembered that she threw it away because she didnt know who it belonged to. Chrysendra and I are the only 2 CCP students taht are Phlebotomist. And she even apologized and said she would replace it with a "better one". (I was extremely insulted by that comment, because I graduated from CCP this past May with my Associates in Science, so what better cup can she replace for me other than my school?) She then gave me $4.00 to purchase a hot cup of tea.

So as I came to work yesterday on Friday 11/7/14, I saw Lisa and I asked Lisa had she seen my cup. And her instant response was defensive. She told me to go talk to the Nursing Supervisor from B4 by the name of Michelle. I said why should I talk to her? She said, "because thats who threw your cup away". I said, "wow why would she do that"? Lisa said, "becasue she was doing Mock inspections". I then said, "thats funny because Mrs. Joyce admitted to doing it, and she didnt tell me anything about a nursing supervisor"... Now this is the 3rd story, the 1st was Crystal was seen throwing things away that she thought belonged to Chrysendra, then Mrs. Joyce admitted to throwing it away, and lastly now Lisa is saying Michelle from Nursing did it. Its evident that someone is being covered up for.

Well after I came down from doing 9am rounds today, I remained in OP lab, Lisa continued to utter subliminal insults to herself and Crystal which I continued to ignore. But, then I said to Lisa, "Oh yeah Lisa, yesterday(11/7/14) you told me that the new hire "Shannon" was going to take my holiday because she is full time and I'm Per Diem, thats not correct information". Lisa said, "shut up!, I dont care!, all you do is talk!, your all talk!, because outside of here (Methodist) you wont do blank!!!. I immediatley asked her, "was that a threat"? and she walked out. I never said anything else to her for the duration of the day.

Following the argument, she reached for something out of the cabinet above my head and slammed them close with out excusing herself. She came back a second time to reach over my head and reach into the cabinet, this time I got up and said "please let me get of your way". Prior to my cup going missing, Lisa and I were in a okay place as coworkers. However, since the cup became missing, her attitude has shifted to a negative direction towards me. I do now feel threatned, since she made reference to "outside of Methodist", which my family said its best to have security escort me to my car going forward.

I have been working here since March 15, 2005 and I have never felt threatend by a patient or employee. I hope this can be resolved considering the precautionary measures Im taking by emailing you, thank you.
The information contained in this transmission contains privileged and confidential information. It is intended only for the use of the person named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

CAUTION: Intended recipients should NOT use email communication for emergent or urgent health care matters.

TJUH000065

| From: | Joyce Zagacki <Joyce.Zagacki@jefferson.edu> |
|---|---|
| Sent: | Tue, 11 Nov 2014 16:03:02 -0500 (EST) |
| To: | Zene Colt <Zene.Colt@jefferson.edu> |
| Cc: | George Marrone <George.Marrone@jefferson.edu> |
| Subject: | Dywanna Broadnax |
| Attachments: | November 11, 2014.docx |

Zene,

Please see attached.

Thank you for your help, Joyce

**Joyce Zagacki MT**
**Clinical Lab Supervisor**
**Methodist Division, TJUH**
**2301 South Broad Street**
**Philadelphia, Penna 19148**
**Office: (215)952-9115**
Joyce.Zagacki@jefferson.edu

The information contained in this transmission contains privileged and confidential information. It is intended only for the use of the person named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or

**CAUTION**: Intended recipients should NOT use email communication for emergent or urgent health care matters.

TJUH000066

11/11/2014

After reading Dywanna's email I discussed follow up with George Marrone.  Tuesday November 11, 2014 George and I met with staff members Lisa Hall, Janet Bruno, Crystal Taylor, and Alonda Saunders.  All complained of Dywanna going to each employee in a confrontational manner about her lost CCP cup.  This escalated on Saturday when Dywanna again confronted Lisa about the cup.  Alonda Saunders came to me on Sunday to complain also about Dywanna's behavior.  Crystal Taylor was present during the interchange between Lisa Hall and Dywanna.  Crystal stated "there was no threat made by Lisa Hall.  Lisa left the room at one point to avoid any further confrontation".  All of the lab assistants who were present Friday or Saturday came to me complaining about Dywanna's behavior including a new staff member who unfortunately witnessed this.  After I spoke to you Dywanna called me and kept insisting that when she reports to work tomorrow she would be separated from Lisa Hall.  She stated she would be coming in to a hostile environment.  I advised her that I was following the appropriate steps and we were looking into the incident however that would not be possible.   It was difficult to get her off the phone, she was very persistent.  I have never had a problem with Lisa Hall's behavior.  The only other time was with Dywanna and it involved another employee and Lisa.

TJUH000067

**From:**    Zene Colt <Zene.Colt@jefferson.edu>
**Sent:**    Tue, 11 Nov 2014 23:28:44 -0500 (EST)
**To:**    Joyce Zagacki <Joyce.Zagacki@jefferson.edu>
**Cc:**    George Marrone <George.Marrone@jefferson.edu>
**Subject:** RE: Dywanna Broadnax

---

Thanks, Joyce.  I'll call you tomorrow to discuss further.

 Thanks,

Zene Colt, MBA, SPHR
Manager, Human Resources
 Thomas Jefferson University Hospitals
Office:  (215)952-9591
Cell:  (215)554-4525
 Fax:  (215)952-9014
 E-mail:  zene.colt@jefferson.edu

 *HR Service Center - We're here to help!*
*Call 3-HRSC or e-mail HRquestions@jefferson.edu*
*www.jeffersonhr.org*



 **From:** Joyce Zagacki
**Sent:** Tuesday, November 11, 2014 4:03 PM
**To:** Zene Colt
**Cc:** George Marrone
**Subject:** Dywanna Broadnax

Zene,

Please see attached.

Thank you for your help, Joyce

**Joyce Zagacki MT**
**Clinical Lab Supervisor**
**Methodist Division, TJUH**

TJUH000068

**2301 South Broad Street**
**Philadelphia, Penna 19148**
**Office: (215)952-9115**
**Joyce.Zagacki@jefferson.edu**

The information contained in this transmission contains privileged and confidential information. It is intended only for the use of the person named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

**CAUTION**: Intended recipients should NOT use email communication for emergent or urgent health care matters.

TJUH000069

# Exhibit 43

**From:** u=Joyce Zagacki/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=8FB949D2867840269639E4241FC558D4-JXZ199_D1EA

**Sent:** Tue, 20 Jan 2015 15:44:42 -0500 (EST)

**To:** "Victoria Martino" <Victoria.Martino@jefferson.edu>; "Shannon Torelli" <Shannon.Torelli@jefferson.edu>; "Ron Addes" <Ron.Addes@jefferson.edu>; "Naeemah Gadson" <Naeemah.Gadson@jefferson.edu>; "Lisa Hall" <Lisa.Hall@jefferson.edu>; "Lauren Mcgraw" <Lauren.McGraw@jefferson.edu>; "Janet Bruno" <Janet.Bruno@jefferson.edu>; "Erica Perry" <Erica.Perry@jefferson.edu>; "Dywanna Broadnax" <Dywanna.Broadnax@jefferson.edu>; "Denise D'Ilario" <Denise.D'Ilario@jefferson.edu>; "Crystal Taylor" <Crystal.A.Taylor@jefferson.edu>; "Alonda Saunders" <Alonda.Saunders@jefferson.edu>

**Subject:** Phlebotomy meeting

---

I would like to have a short phlebotomy meeting on Wednesday, Jan 21 at 10:30 AM.  If someone cannot be there I will speak to them on their next shift.  Thank you

**Joyce Zagacki MT**
**Clinical Lab Supervisor**
**Methodist Division, TJUH**
**2301 South Broad Street**
**Philadelphia, Penna 19148**
**Office: (215)952-9115**
Joyce.Zagacki@jefferson.edu

TJUH001037

**From:** u=Joyce Zagacki/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=8FB949D2867840269639E4241FC558D4-JXZ199_D1EA

**Sent:** Sat, 21 Sep 2019 11:37:15 -0400 (EDT)

**To:** Victoria.Martino@jeffersonhospital.org; "Tynesha Jenkins" <Tynesha.Jenkins@jefferson.edu>; "Tricia Betson" <Tricia.Betson@jefferson.edu>; "Tracy Shavers" <Tracy.Shavers@jefferson.edu>; "Sherin Price" <Sherin.Price@jefferson.edu>; Ron.Addes@jeffersonhospital.org; Naeemah.Gadson@jeffersonhospital.org; Lauren.McGraw@jeffersonhospital.org; Erica.Perry@jeffersonhospital.org; Dywanna.Broadnax@jeffersonhospital.org; Denise.D'Ilario@jeffersonhospital.org; Crystal.A.Taylor@jeffersonhospital.org; "Alma Wilson" <Alma.Wilson@jefferson.edu>

**Subject:** lab meeting

---

Hi all,

  On Thursday, Sept 26,2019 I am going to have a short lab meeting  at 9AM.  If you are off I will go over the agenda with you individually.  We have not had one since the new hires.


Thanks
Joyce

TJUH000561

# Exhibit 44

**From:** u=Joyce Zagacki/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=8FB949D2867840269639E4241FC558D4-JXZ199_D1EA

**Sent:** Tue, 24 Jul 2018 14:18:53 -0400 (EDT)

**To:** "Alma Wilson" <Alma.Wilson@jefferson.edu>; "Crystal Taylor" <Crystal.A.Taylor@jefferson.edu>; "Victoria Martino" <Victoria.Martino@jefferson.edu>; "Naeemah Gadson" <Naeemah.Gadson@jefferson.edu>; "Denise D'Ilario" <Denise.D'Ilario@jefferson.edu>; "Dywanna Broadnax" <Dywanna.Broadnax@jefferson.edu>; "Ron Addes" <Ron.Addes@jefferson.edu>; "Erica Perry" <Erica.Perry@jefferson.edu>; "Alonda Saunders" <Alonda.Saunders@jefferson.edu>; "Lauren Mcgraw" <Lauren.McGraw@jefferson.edu>; "Janet Bruno" <Janet.Bruno@jefferson.edu>

**Subject:** Sue Gallo retirement

---

I am collecting for a gift and small celebration for Sue Gallo's retirement.  If you would like to participate please give to Linda, Donna or myself.

Regards
Joyce

TJUH000557

**From:** u=Joyce Zagacki/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=8FB949D2867840269639E4241FC558D4-JXZ199_D1EA

**Sent:** Mon, 24 Jun 2019 11:49:57 -0400 (EDT)

**To:** Victoria.Martino@jeffersonhospital.org; "Tracy Shavers" <Tracy.Shavers@jefferson.edu>; Ron.Addes@jeffersonhospital.org; Naeemah.Gadson@jeffersonhospital.org; Lauren.McGraw@jeffersonhospital.org; Janet.Bruno@jeffersonhospital.org; Erica.Perry@jeffersonhospital.org; Dywanna.Broadnax@jeffersonhospital.org; Denise.D'Ilario@jeffersonhospital.org; Crystal.A.Taylor@jeffersonhospital.org; Alonda.Saunders@jeffersonhospital.org; "Alma Wilson" <Alma.Wilson@jefferson.edu>

**Subject:** FW: Retirement

---

Please see below.

Thanks
Joyce

---

**From:** Linda Dutch <Linda.Dutch@jefferson.edu>
**Sent:** Monday, June 24, 2019 11:47 AM
**To:** Nhi Dang <Nhi.Dang@jefferson.edu>; Thomas Tat <Thomas.Tat@jefferson.edu>; Stacy Ligato <Stacy.Ligato@jefferson.edu>; Michele Piacentino <Michele.Piacentino@jefferson.edu>; Lindsay Root <Lindsay.Root@jefferson.edu>; Robin Zweighaft <Robin.Zweighaft@jefferson.edu>; Sonia Gonzalez <Sonia.Gonzalez@jefferson.edu>; Lemuel Gumbs <Lemuel.Gumbs@jefferson.edu>; Eui J Choi <EuiJung.Choi@jefferson.edu>; Danny G Ricci <Danny.G.Ricci@jefferson.edu>; Susan Inniss <Susan.Inniss@jefferson.edu>
**Cc:** Joyce Zagacki <Joyce.Zagacki@jefferson.edu>; Joy Gould <Joy.Gould@jefferson.edu>; Brian O'Hara <Brian.O'Hara@jefferson.edu>; George Marrone <George.Marrone@jefferson.edu>
**Subject:** Retirement

Hi All,

Joyce and I would like to start collecting for Donna's retirement gift as her last day is August 30th. We were hoping to collect $20.00 from each for a gift as well as a luncheon.

Thank you,
Linda

*Linda Dutch MLT (ASCP) MT (HEW)*
*Clinical Chemistry Supervisor*
*Jefferson Methodist Hospital*
*2301 South Broad Street*
*Philadelphia, Pa. 19148*
*Office: (215) 952-9058*
Linda.dutch@jefferson.edu

TJUH000560

**From:** u=Joyce Zagacki/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=8FB949D2867840269639E4241FC558D4-JXZ199_D1EA

**Sent:** Thu, 17 Oct 2013 09:47:00 -0400 (EDT)

**To:** "Margarita Robles" <margarita.robles@jeffersonhospital.org>; "Chryshenda Bradley" <Chryshenda.Bradley@jefferson.edu>; "Victoria Martino" <Victoria.Martino@jefferson.edu>; "Crystal A Taylor" <Crystal.A.Taylor@jefferson.edu>; "Dywanna Broadnax" <Dywanna.Broadnax@jefferson.edu>; Geniece Carroll/TJUH; "Blondzell Skinner" <Blondzell.Skinner@jefferson.edu>; "Lisa Hall" <Lisa.Hall@jefferson.edu>; "Lauren McGraw" <lauren.mcgraw@jeffersonhospital.org>; "Alonda Saunders" <Alonda.Saunders@jefferson.edu>; "Erica Perry" <Erica.Perry@jefferson.edu>; "Naeemah Gadson" <Naeemah.Gadson@jefferson.edu>; "Ron Addes" <Ron.Addes@jefferson.edu>; "Janet Bruno" <Janet.Bruno@jefferson.edu>; "Denise D'Ilario" <denise.d'ilario@jeffersonhospital.org>

**Cc:** "Lindsey D'Elia" <lindsey.d'elia@jeffersonhospital.org>

---

Hi all,
 We are submitting a decorated pumpkin from the lab, if everyone would donate $1.00 for material it would help and be much appreciated.  Also do not forget healthstream.  There are 5 mandatories due by Oct 30,2013.  Flu shots are also due by Nov, 2013.
Thanks

Joyce Zagacki
Outpatient and Histology Supervisor
Methodist Division, Thomas Jefferson University Hospital
2301 South Broad Street
Philadelphia, PA 19148
215 952 9115 (office)
215 952 1298 (fax)

 Jefferson University

**From:** u=Joyce Zagacki/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=8FB949D2867840269639E4241FC558D4-JXZ199_D1EA

**Sent:** Thu, 24 Oct 2013 11:47:00 -0400 (EDT)

**To:** Margarita.Robles@jeffersonhospital.org; "Chryshenda Bradley" <Chryshenda.Bradley@jefferson.edu>; "Victoria Martino" <Victoria.Martino@jefferson.edu>; "Crystal A Taylor" <Crystal.A.Taylor@jefferson.edu>; "Dywanna Broadnax" <Dywanna.Broadnax@jefferson.edu>; Geniece Carroll/TJUH; "Blondzell Skinner" <Blondzell.Skinner@jefferson.edu>; "Lisa Hall" <Lisa.Hall@jefferson.edu>; "Lauren McGraw" <lauren.mcgraw@jeffersonhospital.org>; "Alonda Saunders" <Alonda.Saunders@jefferson.edu>; "Erica Perry" <Erica.Perry@jefferson.edu>; "Naeemah Gadson" <Naeemah.Gadson@jefferson.edu>; "Ron Addes" <Ron.Addes@jefferson.edu>; "Janet Bruno" <Janet.Bruno@jefferson.edu>; "Denise D'Ilario" <denise.d'ilario@jeffersonhospital.org>

**Cc:** "Dana Comer" <Dana.Comer@jefferson.edu>

**Subject:** Celebration

---

Hi all,

 I am having a small celebration on Wednesday, Oct 30, 2013 around 11:30 AM for Lindsey's upcoming wedding in the break room of the  lab.  If you would like to bring something in please let me know.  I am going to do cake and pizza.  Please join me in wishing Lindsey well.  Thanks

Joyce Zagacki

Outpatient and Histology Supervisor

Methodist Division, Thomas Jefferson University Hospital

2301 South Broad Street

Philadelphia, PA 19148

215 952 9115 (office)

215 952 1298 (fax)

 Jefferson University

TJUH001028

**From:** u=Joyce Zagacki/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=8FB949D2867840269639E4241FC558D4-JXZ199_D1EA

**Sent:** Fri, 22 Apr 2016 15:36:52 -0400 (EDT)

**To:** Victoria.Martino@jeffersonhospital.org; Ron.Addes@jeffersonhospital.org; Naeemah.Gadson@jeffersonhospital.org; Lisa.Hall@jeffersonhospital.org; Lauren.McGraw@jeffersonhospital.org; "Laura Bane" <Laura.Bane@jefferson.edu>; "Julia Laramore" <Julia.Laramore@jefferson.edu>; Janet.Bruno@jeffersonhospital.org; Erica.Perry@jeffersonhospital.org; Dywanna.Broadnax@jeffersonhospital.org; Denise.D'Ilario@jeffersonhospital.org; Crystal.A.Taylor@jeffersonhospital.org; Alonda.Saunders@jeffersonhospital.org; "Alma Wilson" <Alma.Wilson@jefferson.edu>

**Cc:** "Shannon Torelli" <Shannon.Torelli@jefferson.edu>

**Subject:** Lab week

---

In celebration of lab week we are holding a parent picture contest.  Please bring in a picture of one or both of your parents and we will try to guess whose parents they are.  The person with the most correct answers will win a prize. It should be fun.

*Joyce Zagacki MT*
*Clinical Lab Supervisor*
*Methodist Division, TJUH*
*2301 South Broad Street*
*Philadelphia, Penna 19148*
*Office: (215)952-9115*
*Joyce.Zagacki@jefferson.edu*

TJUH001038

**From:**  Dywanna Broadnax <Dywanna.Broadnax@jefferson.edu>
**Sent:**  Wed, 29 May 2019 14:38:02 -0400 (EDT)
**To:**  Joyce Zagacki <Joyce.Zagacki@jefferson.edu>; Alma Wilson<Alma.Wilson@jefferson.edu>; Alonda Saunders <Alonda.Saunders@jefferson.edu>; Crystal Taylor <Crystal.A.Taylor@jefferson.edu>; Denise D'Ilario<Denise.D'Ilario@jefferson.edu>; Erica Perry <Erica.Perry@jefferson.edu>; Lauren Mcgraw <Lauren.McGraw@jefferson.edu>; Naeemah Gadson<Naeemah.Gadson@jefferson.edu>; Ron Addes <Ron.Addes@jefferson.edu>; "Tracy Shavers" <Tracy.Shavers@jefferson.edu>; Victoria Martino<Victoria.Martino@jefferson.edu>
**Cc:**  Donna M Tavella <Donna.M.Tavella@jefferson.edu>; Linda Dutch<Linda.Dutch@jefferson.edu>; Thomas Tat <Thomas.Tat@jefferson.edu>; "Robin Zweighaft" <Robin.Zweighaft@jefferson.edu>; Stacy Ligato<Stacy.Ligato@jefferson.edu>; Michele Piacentino<Michele.Piacentino@jefferson.edu>; Alexis Lindsey<Alexis.Lindsey@jefferson.edu>
**Subject:** Re: Janet's retirement

---

I would love to come. I will leave the money under your office door Friday.


**From:** Joyce Zagacki
**Sent:** Monday, May 6, 2019 10:18:33 AM
**To:** Alma Wilson; Alonda Saunders; Crystal Taylor; Denise D'Ilario; Dywanna Broadnax; Erica Perry; Lauren Mcgraw; Naeemah Gadson; Ron Addes; Tracy Shavers; Victoria Martino
**Cc:** Donna M Tavella; Linda Dutch; Thomas Tat; Robin Zweighaft; Stacy Ligato; Michele Piacentino; Alexis Lindsey
**Subject:** Janet's retirement

Hi all,
  I am collecting for a party for Janet's retirement.  I am asking $20.00 so we can do lunch, cake and a gift.  If you would like to take part let me know.  I would like to have a final count by Thursday, May 30th.  Thanks

Joyce

TJUH000541

**From:** u=Joyce Zagacki/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=8FB949D2867840269639E4241FC558D4-JXZ199_D1EA

**Sent:** Tue, 10 Dec 2013 06:57:00 -0500 (EST)

**To:** "Dywanna Broadnax" <Dywanna.Broadnax@jefferson.edu>

**Subject:** Re: Thursday 12/12/13

---

Dywanna,

The Christmas party is a hospital event given by administration. I have nothing to do with that. Our lab party is Wednesday which you will be here for. I do not do my schedule to accommodate parties. There is a hospital invitation hanging up for everyone. There are numerous people off that day. You are welcome to come in for the party like everyone else. The reason I did not bring you in on Thursday is because that would have been your 6th day in one week. I am sorry you felt upset by this. It is not personal. I do not go around and personally invite my employees to the hospital Christmas party however I am glad you will be here on Wednesday for the lab party which is hosted by the pathologists and supervisors. As far as the part time position there is a hiring freeze and Geniece's position is not being filled right now. As soon as it is approved I will let you know for the part time position. Thanks

Joyce Zagacki
Outpatient and Histology Supervisor
Methodist Division, Thomas Jefferson University Hospital
2301 South Broad Street
Philadelphia, PA 19148
215 952 9115 (office)
215 952 1298 (fax)



----Dywanna Broadnax/TJUH wrote: ----
To: Joyce Zagacki/TJUH@TJUH
From: Dywanna Broadnax/TJUH
Date: 12/09/2013 08:51PM
Subject: Thursday 12/12/13

Hi Mrs. Joyce, I am writing this email to ask you can I attend the Christmas dinner on Thursday. Mrs. Janice and I had made arrangements last week to switch on Thursday. I told you on Friday that I picked up hours for next Wed & Thursday and you said ok. Lindsay was also aware of the arrangement but she had to confirm it with you. As she was leaving Friday she said she will ask you to change it on Monday. I know that you have the final say in schedule changes, so far as the hours I am ok with not having.

However, I feel upset that again the 3rd year in a row I was not invited to our Christmas dinner. I dont get invited to any events that are given. It feels like a slap in the face when I see your new employees being crossed trained and participating in events that I'm not invited to or crossed trained in learning. I feel extremely left out as a lab coworker, and I feel I work harder than some of your employees that were invited and crossed trained. In the past if I was off you would still invite me, this year that didn't happen. From invitations amongst coworker events that are given here at work that I'm not invited to, I'm not learning any new areas, and I cant have benefits. I'm trying to be strong, but I really dont feel like I'm apart of your team. I hope you understand me, sorry for being sensitive.



TJUH001030

# Exhibit 45

| From: | Joyce Zagacki <Joyce.Zagacki@jefferson.edu> |
| --- | --- |
| Sent: | Tue, 11 Nov 2014 16:03:02 -0500 (EST) |
| To: | Zene Colt <Zene.Colt@jefferson.edu> |
| Cc: | George Marrone <George.Marrone@jefferson.edu> |
| Subject: | Dywanna Broadnax |
| Attachments: | November 11, 2014.docx |

Zene,

Please see attached.

Thank you for your help, Joyce

**Joyce Zagacki MT**
**Clinical Lab Supervisor**
**Methodist Division, TJUH**
**2301 South Broad Street**
**Philadelphia, Penna 19148**
**Office: (215)952-9115**
**Joyce.Zagacki@jefferson.edu**

The information contained in this transmission contains privileged and confidential information. It is intended only for the use of the person named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or

CAUTION: intended recipients should NOT use email communication for emergent or urgent health care matters.

TJUH000066

11/11/2014

After reading Dywanna's email I discussed follow up with George Marrone.  Tuesday November 11, 2014 George and I met with staff members Lisa Hall, Janet Bruno, Crystal Taylor, and Alonda Saunders.  All complained of Dywanna going to each employee in a confrontational manner about her lost CCP cup. This escalated on Saturday when Dywanna again confronted Lisa about the cup.  Alonda Saunders came to me on Sunday to complain also about Dywanna's behavior.  Crystal Taylor was present during the interchange between Lisa Hall and Dywanna.  Crystal stated "there was no threat made by Lisa Hall.  Lisa left the room at one point to avoid any further confrontation".  All of the lab assistants who were present Friday or Saturday came to me complaining about Dywanna's behavior including a new staff member who unfortunately witnessed this.  After I spoke to you Dywanna called me and kept insisting that when she reports to work tomorrow she would be separated from Lisa Hall.  She stated she would be coming in to a hostile environment.  I advised her that I was following the appropriate steps and we were looking into the incident however that would not be possible.   It was difficult to get her off the phone, she was very persistent.  I have never had a problem with Lisa Hall's behavior.  The only other time was with Dywanna and it involved another employee and Lisa.

TJUH000067

**From:** u=Dywanna Broadnax/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=83B4B4CF3A05476F9709341829BE0D7C-DXB017_8A15

**Sent:** Sun, 1 Sep 2013 14:49:00 -0400 (EDT)

**To:** "Joyce Zagacki" <Joyce.Zagacki@jefferson.edu>

**Subject:** Re:

---

Mrs. Joyce I apologize for being the cause & creating the altercation on Saturday we/Lisa, Geneice, & the new lady. Although, I had no idea after asking a question referencing the undeceived list could cause such a disruption.  Going forward I will not offer any of my knowledge referring to Phlebotomy, I will direct any questions asked to me by coworkers to you & Lindsay. I will also abide by the revised collection times, as well as be mindful of my verbal deliveries to my coworkers. I want to remain an employee here as well as keeping my professional demeanor @ all times. My professional reputation to me means alot.
In addition, can you please check my evaluation to make sure I did my self appraisal correct? thank you.

——Joyce Zagacki/TJUH wrote: ——

To: Dywanna Broadnax/TJUH@TJUH
From: Joyce Zagacki/TJUH
Date: 09/01/2013 07:07AM
Cc: Lindsey D'Elia/TJUH@TJUH
Subject: (Untitled)

Dywanna,
  If possible on Friday I would like to meet with you at 2:30PM to discuss what took place on Saturday, August 31,2013 as well as the lengthy note that you left me.  If you cannot be in by 2:30 we will meet at 3PM.  Thank you
Joyce Zagacki
Outpatient and Histology Supervisor
Methodist Division, Thomas Jefferson University Hospital
2301 South Broad Street
Philadelphia, PA 19148
215 952 9115 (office)
215 952 1298 (fax)

TJUH000567

| | |
|---|---|
| **From:** | u=Dywanna Broadnax/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=83B4B4CF3A05476F9709341829BE0D7C-DXB017_8A15 |
| **Sent:** | Mon, 2 Sep 2013 15:35:00 -0400 (EDT) |
| **To:** | "Joyce Zagacki" <Joyce.Zagacki@jefferson.edu> |

**Subject:** Hard stick

---

Hi Mrs. Joyce, I just wanted to share with you that today I was able to get blood from a patient in rm#327 [Redacted]. Before I did the noon round both Janet & Chrysendra each tried him, Chrysendra said she stuck him 4 times. After I got him on the 1st stick, both RN's Trisha & Corey were very appreciative and happy. They said I'm a amazing phlebotomist. In addition the patient is very verbally combative.

Again I want to apologize for the note that I left under your door Saturday. That was a outline that I was writing for myself on things that I wanted to discuss in the up coming meeting with you, Lindsay & the other Phlebs. By no means was I intentionally trying offend you or to change your policies & procedures for Lab Assistants, I was only documented the things that I do while I work 2nd shift. Please forgive me if you think I was insubordinate.

TJUH000568

**From:** u=Dywanna Broadnax/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=83B4B4CF3A05476F9709341829BE0D7C-DXB017_8A15

**Sent:** Sat, 7 Sep 2013 18:11:00 -0400 (EDT)

**To:** "Joyce Zagacki" <Joyce.Zagacki@jefferson.edu>

**Subject:** Re:

---

Ok thanks again Mrs.Joyce. Oh yea today is Saturday I stopped in the office to get my ear phones I left lastnite, that's why I'm replying on Saturday.

——Joyce Zagacki/TJUH wrote: ——
To: Dywanna Broadnax/TJUH@TJUH
From: Joyce Zagacki/TJUH
Date: 09/05/2013 06:57AM
Subject: (Untitled)

Dywanna,
    Thank you so much for the apology. It means alot. I am glad we had the chance to speak. All is well. Lets forget and move forward. Thank you for all of your hard work.

Joyce Zagacki
Outpatient and Histology Supervisor
Methodist Division, Thomas Jefferson University Hospital
2301 South Broad Street
Philadelphia, PA 19148
215 952 9115 (office)
215 952 1298 (fax)

TJUH000569

**From:** u=Joyce Zagacki/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=8FB949D2867840269639E4241FC558D4-JXZ199_D1EA

**Sent:** Sun, 1 Sep 2013 07:07:00 -0400 (EDT)

**To:** "Dywanna Broadnax" <Dywanna.Broadnax@jefferson.edu>

**Cc:** "Lindsey D'Elia" <lindsey.d'elia@jeffersonhospital.org>

---

Dywanna,
 If possible on Friday I would like to meet with you at 2:30PM to discuss what took place on Saturday, August 31,2013 as well as the lengthy note that you left me.  If you cannot be in by 2:30 we will meet at 3PM.  Thank you
Joyce Zagacki
Outpatient and Histology Supervisor
Methodist Division, Thomas Jefferson University Hospital
2301 South Broad Street
Philadelphia, PA 19148
215 952 9115 (office)
215 952 1298 (fax)

TJUH001022

**From:** u=Zene Colt/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=1815C7D9E8A94905A8294D4F5A93F520-ZCC001_8826

**Sent:** Fri, 13 Feb 2015 11:27:06 -0500 (EST)

**To:** "Lisa Hall" <Lisa.Hall@jefferson.edu>

**Subject:** Follow Up

---

Hi Lisa,

I wanted to get back to you following our meeting. I spoke with Joyce and I wanted to let you know that the issue you raised with Dywanna has been addressed by Joyce at this point. Joyce will be following up with you further to discuss a plan to help ensure more positive interactions going forward. Thanks again and please feel free to let Joyce or myself know if you have any further questions or concerns.

Thanks,

Zene Colt, MBA, SPHR
Manager, Human Resources
Thomas Jefferson University Hospitals
Office: (215)952-9591
Cell: (215)554-4525
Fax: (215)952-9014
E-mail: zene.colt@jefferson.edu

*HR Service Center - We're here to help!*
*Call 3-HRSC or e-mail HRquestions@jefferson.edu*
*www.jeffersonhr.org*



TJUH000530

6-7-19
   Please see note from Linda
I followed up today with Dywanna
and I explained to her about how
to approach people. She agreed to
an extent however when I questioned
the dynamic between her and
Tyvesha she said that Tyvesha told
her she does not like her offered
to go outside with her.
Dywanna did make a few valid points
of things that were happening in OP
as far as the student sticking
without labels, the total volume not
being accurate for urines, I told
her I would address these issues
I also told her to come directly
to me with any issues


6-11-19
   Spoke to Kyla and Tracey about
some of the concerns Dywanna
had, volume of urine-denied
    went over collection process
    + labeling in front of patient


Spoke to Tanesha about accusations
that Dywanna made, she denied
ever saying we can go outside
She said Dywanna followed he into

TJUH000638

back room + would not move

Kyla, Tynesha do not want to work with Dywanna, feel like she is constantly questioning them.

6-26-19
Had one on one with Dywanna and did clarify some of her concerns
   1- notes not legal document

7-16-19
   Had meeting with Tanesha and Dywanna Linda was present, ended well
Tanesha was had a negative body language
Purpose to resolve differences - mutual respect
she addressed may/Phos issue + Bld Cultur

7-17-19  Kyla was upset that Dywanna came in and said that it was "retarded" that one spec. was still in bucket, spoke to staff about working as a team..

TJUH000639

# Exhibit 46

| | |
|---|---|
| **From:** | Linda Dutch <Linda.Dutch@jefferson.edu> |
| **Sent:** | Fri, 7 Jun 2019 14:53:53 -0400 (EDT) |
| **To:** | Joyce Zagacki <Joyce.Zagacki@jefferson.edu> |
| **Subject:** | Conversation |
| **Attachments:** | Confrontation between Dywanna and Crystal June 2019.docx |

Hi,

Just wanted to let you know Crystal and Dywanna had "words" Friday afternoon. It started in the hallway and ended up in the office.

I told Crystal to tell you about it this weekend but she said she wasn't going to. I did tell her we were going to tell you anyway. LOL

They were both upset but it did not get out of hand. No one was screaming. I wrote some notes about the conversation and attached them to this email… just in case☺

Have a good weekend,
Linda

*Linda Dutch MLT (ASCP) MT (HEW)*
*Clinical Chemistry Supervisor*
*Jefferson Methodist Hospital*
*2301 South Broad Street*
*Philadelphia, Pa. 19148*
*Office: (215) 952-9058*
Linda.dutch@jefferson.edu

TJUH000542

Confrontation between Dywanna and Crystal                    June 7,2019

 Dywanna approached Crystal in the hallway and asked her why she is the way she is towards her since she has returned from being out with the stroke. Dywanna felt they were friends when she left and Crystal is ignoring her now. The conversation started in the hallway and when Donna and I realized they were arguing, they were brought into the office to continue the conversation.

 Crystal denied she was treating her any differently. She has no reason to treat her differently, she rarely sees her. Dywanna brought up the incident with Naeemah. Crystal repeatedly said to leave her alone, leave her out of all the gossip. Dywanna repeatedly said she just wanted to know why Crystal isn't talking to her like she did before she left. Crystal was upset and just wants to do her job. She said she showed pics of Janet's party to Dywanna, what more does she want. Both were upset but not out of control. After saying what she wanted to say, Crystal said goodbye and left the room as she was leaving for the day. Dywanna said now that she saw the way Crystal acted, she would just forget about it.

I reminded Dywanna that the expectation is that you communicate with your co-workers about work related issues and you act professionally. We are not asking them to share their personal lives with each other. She seemed to agree that was what she was going to do in the future. After Dywanna left the room, a few minutes later Crystal came back into the room. She as visibly upset, saying she wants nothing to do with the gossip and stories that are going around about several things. She has way too much to deal with than to get involved in childish things. We reminded Crystal the same things we told Dywanna about acting professional and communicating about work related issues.

TJUH000543

# Exhibit 47



**10:01**

**Dywanna New** ›

New name and
photo available
Dee Michelle                    Update    ✕

Aug 14, 2019, 1:17 PM

Hey you are coming in
today it was next
Wednesday that you are off

Aug 22, 2019, 11:40 AM

Will you be in at 1 today just
checking

Aug 22, 2019, 1:08 PM

Oops sorry I just saw this
lol

Np

Sep 4, 2019, 1:56 PM



Text Message

TJUH003176



Sep 4, 2019, 1:56 PM

Hey are you coming in today

Yes 6 min away

Ok thanks just remembered you said you would be late

Ok it's ok I'm here

Sep 6, 2019, 9:29 AM

Hi good morning Mrs. Joyce. Sorry, I'm calling out for today. Woke up not feeling too good. I'll be in tomorrow to open.



TJUH003177



Dywanna New

**New name and photo available**
Dee Michelle
Update

Sep 13, 2019, 12:50 PM

Hi, running late will b in before 1:30

K no problem

Sep 16, 2019, 12:39 PM

Running late. Landlord came @8am to replace the flange on the toilet. He's still not done but I told him I have to get ready for work.



K

Sep 25, 2019, 1:01 PM



TJUH003178



Sep 25, 2019, 1:01 PM

Hi Mrs Joyce I'll b there by 1:20

Oct 2, 2019, 10:29 AM



TJUH003179



Hi Mrs.Joyce. Last night I got a blow out. I can't afford a new tire until tomorrow, so I'm not going to make it in. All the traveling back and forth every day is wearing my tires out.



Do you need me to take you off of next Wed since you are here this Sat coming up

Oct 2, 2019, 4:56 PM

No you can keep me on. I



TJUH003180



Do you need me to take you off of next Wed since you are here this Sat coming up

Oct 2, 2019, 4:56 PM

No you can keep me on. I wish I could come in today,

Omg I thought I been hit send I'm so sorry.

That's ok good i wanted to keep you on see ya Friday

Okay. Thank you.

Oct 4, 2019, 1:46 PM



TJUH003181



10:02

**Dywanna New** >

**New name and photo available**
Dee Michelle
Update ✕

Okay. Thank you.

Oct 4, 2019, 1:46 PM

Are you on your way

Oct 14, 2019, 8:25 AM

Good morning. I'm calling out today. Today is my little brothers Jamie's 25th death anniversary. I'm a emotional mess. He went missing Columbus Day 94 & was found @the bottom of the Schuylkill 2 days later under the Grey's Ferry bridge w/his 3 friends. I was one month away from my



TJUH003182



bridge w/his 3 friends. I was one month away from my sweet 16, & was the last to see them ride off on their bikes that day, so this day kills me Mrs.Joyce. My mom, brother and daughter r buried feet away from each other. I think taking the day off & going there will bring me peace. I'm sorry, I normally schedule this day off.

K I understand

Thank you

Oct 16, 2019, 6:23 PM



TJUH003183



**10:02**

Dywanna New ›

New name and photo available
Dee Michelle    Update    ✕

Hi Gm Mrs.Joyce. Last Tuesday I cut my finger on my this chipped piece of tile in my bedroom. It's swollen & looks infected & very painful now. My PCP gave me a appointment for today @4. Can't even bend my left fingers.



Nov 15, 2019, 1:28 PM

Running late, be there @2:30 or before.





TJUH003184



**Dywanna New** ›

**New name and photo available**
Dee Michelle
Update ✕

Running late, be there @2:30 or before.



Nov 21, 2019, 10:49 AM

Tap to Download
IMG_0586.png
1.1 MB

I spoke with HR and I'm terminated. You know this is so wrong, Crystal should have been fired. Jefferson will hearing from my attorney.



TJUH003185

# Exhibit 48

| **From:** | "Dennis R. Delisle" <Dennis.Delisle@jefferson.edu> |
|---|---|
| **Sent:** | Tue, 19 Nov 2019 11:56:14 -0500 (EST) |
| **To:** | Joyce Zagacki <Joyce.Zagacki@jefferson.edu>; George Marrone<George.Marrone@jefferson.edu>; Steven Gudowski<Steven.Gudowski@jefferson.edu>; Aaron Sniderman<Aaron.Sniderman@jefferson.edu> |
| **Subject:** | Security Incident Report: Outpatient Lab Employees |
| **Attachments:** | 2415_001.pdf |

Attached is a Security Case Report outlining a physical altercation between two Lab employees, Dywanna Broadnax and Crystal Hunter.  Per the Enterprise Policy on Campus/ Workplace Violence (131.03), Crystal should be immediately terminated.  She was on a final written warning and there should be zero tolerance.

Aaron- Can you please follow-up with Security and Joyce to investigate Dywanna's role and determine the appropriate course of action?  Also, can you please confirm my recommendation above.

**Dennis R. Delisle, Sc.D, FACHE**
Vice President, Operations- South Philadelphia
President & CEO, Methodist Hospital Foundation
Assistant Program Director, Operational Excellence | TJU College of Population Health
dennis.delisle@jefferson.edu



Case Number          **2019-11-002767**

**Thomas Jefferson University**
**METHODIST CAMPUS**

Case Report
Reported by:    **WHITE, WILLIAM**

| Incident Types Label | | Offender | Incident Disposition |
|---|---|---|---|
| **CALLS FOR SERVICE : INVESTIGATION : PERSON** | | | |
| **CALLS FOR SERVICE : DISTURBANCE : DISORDERLY PERSON** | | | |

| Report Disposition | Method of Reporting | |
|---|---|---|
| **CLOSED** | | |

| Report Recorder | Manager/Supervisor On Duty | Manager/Supervisor Notified |
|---|---|---|
| **WHITE, WILLIAM** | **WHITE, WILLIAM** | **YES** |

| Incident Occurred Date | Incident Occurred End Date | Incident Discovered / Called In |
|---|---|---|
| **11/18/2019 at 1:49 PM** | **11/18/2019 at 1:54 PM** | **11/18/2019 at 1:51 PM** |

| Location | Specific Location |
|---|---|
| **METHODIST : MAIN : 1 : HALLWAY** | **EAST WEST HALLWAY BETWEEN OUTPATIENT LAB AND OLD SURGICAL WAITING AREA** |

Report Synopsis/Overview

**Reported to Outpatient lab due to report of staff fighting**

### Contact # 1    (PERSON OF INTEREST)

Full Name

**CRYSTAL HUNTER**

| Age | Date of Birth | Gender | Race | |
|---|---|---|---|---|
| | | **FEMALE** | | |

| Approx. Age | Demeanor | Build | Clothing | |
|---|---|---|---|---|
| **50-60** | | | | |

Notes

**OUTPATIENT LAB EMPLOYEE**

### Addresses

| Street Number | Street Direction | Street Name | | | Street Type | Apt./Suite |
|---|---|---|---|---|---|---|
| **2301** | **SOUTH** | **BROAD** | | | **STREET** | |

| City | State | Zip | Country | Address Type |
|---|---|---|---|---|
| **PHILA.** | **PA** | **19148** | | **WORK** |

### Contact # 2    (PERSON OF INTEREST)

Full Name

**DYWANNA MICHELLE BROADNAX**

| Age | Date of Birth | Gender | Race | |
|---|---|---|---|---|
| | | **FEMALE** | | |

| Approx. Age | Demeanor | Build | Clothing | |
|---|---|---|---|---|
| **30-40** | | | | |

| Prepared By: | | Submitted Date |
|---|---|---|
| WHITE, WILLIAM(wiw001) | | 11/18/2019 5:47 PM |
| **Signature** | | **Reviewed By/Date** |

TJUH001371

Case Number     2019-11-002767

Notes

OUTPATIENT LAB STAFF

## Contact # 3 (WITNESS)

Full Name

LORETTA WARD

| Age | Date of Birth | Gender | Race |
|-----|---------------|--------|------|
| | | MALE | |

| Approx. Age | Demeanor | Build | Clothing |
|-------------|----------|-------|----------|
| 30-40 | | | |

| Department | Title |
|------------|-------|
| NURSING | NURSING ASSISTANT |

Notes

NURSING ASSISTANT

## Contact # 4 (WITNESS)

Full Name

MARQUAN TRIPPETT

| Age | Date of Birth | Gender | Race |
|-----|---------------|--------|------|
| | | MALE | |

| Approx. Age | Demeanor | Build | Clothing |
|-------------|----------|-------|----------|
| 18-25 | | | |

Notes

EVS STAFF MEMBER

### Addresses

| Street Number | Street Direction | Street Name | | Street Type | Apt./Suite |
|---------------|------------------|-------------|---|-------------|------------|
| 2301 | SOUTH | BROAD | | STREET | |
| City | State | Zip | Country | | Address Type |
| PHILA. | PA | 19148 | | | WORK |

## Contact # 5 (OTHER RESPONDER)

Full Name

BENJIMAN SEABREEZE

| Age | Date of Birth | Gender | Race |
|-----|---------------|--------|------|
| | | MALE | |

| Department | Title |
|------------|-------|
| SECURITY | SECURITY OFFICER |

### Addresses

| Street Number | Street Direction | Street Name | | Street Type | Apt./Suite |
|---------------|------------------|-------------|---|-------------|------------|
| 2301 | SOUTH | BROAD | | | |
| City | State | Zip | Country | | Address Type |
| PHILA | PA | 19148 | USA | | WORK |

| Prepared By: | Submitted Date |
|--------------|----------------|
| WHITE, WILLIAM(wiw001) | 11/18/2019 5:47 PM |

| Signature | Reviewed By/Date |
|-----------|------------------|
| | |

TJUH001372

Case Number          2019-11-002767

## Contact # 6  (OTHER RESPONDER)

**Full Name**

JODIE MOFFITT

| Age | Date of Birth | Gender | Race |
|-----|---------------|--------|------|
| | | FEMALE | |

| Approx. Age | Demeanor | Build | Clothing |
|-------------|----------|-------|----------|
| 40-50 | | | |

| Department | Title |
|------------|-------|
| SECURITY | SECURITY OFFICER |

## Contact # 7  (REPORTING PERSON)

**Full Name**

WILLIAM L WHITE SR.

| Age | Date of Birth | Gender | Race |
|-----|---------------|--------|------|
| | | MALE | BLACK |

| Approx. Age | Demeanor | Build | Clothing |
|-------------|----------|-------|----------|
| 50-60 | | | |

| Department | Title |
|------------|-------|
| CAMPUS POLICE | SERGENT |

**Notes**

RESPONDING OFFICER

### Addresses

| Street Number | Street Direction | Street Name | Street Type | Apt./Suite |
|---------------|------------------|-------------|-------------|------------|
| 2301 | SOUTH | BROAD | STREET | |
| City | State | Zip | Country | Address Type |
| PHILA | PA | 19148 | | |

### Phones :

(WORK) 2159529238

**Narrative text**

Sgt white responded to radio call from post 102 for assistance in B-1 hallway .
I arrived on scene to find multiple staff members including S/O J. Moffitt , S/O B. Seabreeze and nursing assistant Loretta Ward in hallway outside Outpatient lab. Ms. Dywanna Broadnax was in hallway outside outpatient lab I asked S/O Seabreeze to escort her to seating area outside Pharmacy and remain with her. I entered lab area and spoke to Ms. Hunter: Ms. hunter stated that this was a verbal dispute that turned physical after Ms. Broadnax invaded her Personal space. Ms. Hunter stated that Ms. Broadnax Pushed her twice. I then took Ms. Hunter to inpatient physical therapy to write a statement. I then
spoke to Ms. Broadnax in Main lab and she Stated that Ms. Hunter started a verbal confrontation in lab and then asked her to come out in hallway where she became physical
by bumping her, Punching her ,pulling her hair and pulled her to the ground. Ms. Ward stated that she saw two employees fighting in hallway and tried to break them up by yelling at them to stop before calling for Security. I took both staff members ID's and gave them to their manager. along with their keys. I also had statements written By Ms. Hunter Ms. Broadnax, Ms. Ward and Mr.Trippett . Ms. Broadnax wanted to press charges against Ms. Hunter and I informed her that she would need to file a private criminal complaint with Phila. Police Dept. 3rd District she was given address to police station while She was escorted to ED to be checked out for possible injury.

| Prepared By: | Submitted Date |
|--------------|----------------|
| WHITE, WILLIAM(wiw001) | 11/18/2019 5:47 PM |
| Signature | Reviewed By/Date |

TJUH001373

# Exhibit 49

| | |
|---|---|
| **From:** | Joyce Zagacki <Joyce.Zagacki@jefferson.edu> |
| **Sent:** | Tue, 19 Nov 2019 09:14:06 -0500 (EST) |
| **To:** | Aaron Sniderman <Aaron.Sniderman@jefferson.edu> |
| **Cc:** | George Marrone <George.Marrone@jefferson.edu> |
| **Subject:** | FW: Attached Image |
| **Attachments:** | 2595_001.pdf |

Below are the three statements given to me by security.  The last one is from a witness.

Joyce

**From:** PRTM396@jeffersonhospital.org <PRTM396@jeffersonhospital.org>
**Sent:** Tuesday, November 19, 2019 9:40 AM
**To:** Joyce Zagacki <Joyce.Zagacki@jefferson.edu>
**Subject:** Attached Image

The information contained in this transmission contains privileged and confidential information. It is intended only for the use of the person named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or d

**CAUTION**: Intended recipients should NOT use email communication for emergent or urgent health care matters.

TJUH001374

I clocked in and walked in the O.P Lab. After I put my things in my locker, I came near the other Phlebotomist. Crystal said to Tynesha "Don't forget to add your mag & phos" a subliminal comment, So I said "Crystal I'm not for ya stuff today, You too f'ing old for that". She got up and got in my face and said "didyou just curse @ me"? Then she said "Your Done!". She left O.P lab, and when she came back I said why are you always so sarastic, she said do you wanna talk about this outside, I said yes because we had students & pt's, She got infront of the lab door and proceeded to get loud, I said I'm not doing this right here infront of the Dr's office's and administration. So she come on then turned the hall near the time clock, She said "because I'm going to hurt you", I said your not going to put your hands on me, she said "Then why you come outside", I said to talk, you not going to touch me, she then started bumping my chest, all in my face ~~opecadeo~~ I said, I'm going to tell Joyce this is crazy, as I turned around she grabbed my hair on the right side, hit me, and pulled me to the floor. At that point I began defending myself.

Dejuan Brown

on the Day of Nov 12 2018. About 245 Pm. Me and coworker Putting In Pt. I simply told my coworker. that if your Putting In Chem 7 Make sure you add MAG. Phos. Dwanna Imied said to me out loud infront of Pt. that I always Doing this and Crusing infront of Pt so to take the excitement out of our pt I said to hee if she want to spek to me Privatly. So we went In the hallway where she became cursing and fighting.

Christopher Jasper

TJUH001376

I Loretta Ward, was walking down Toward Inpatient Lab, before getting to the lab I heard Noise like punching and breathing heaving and I Look to the Corner by the Time clock and There are Two ~~girls~~ girls fist fighting and I said Stop Twice Then I yelled Security and When Security tore Them apart from each other, The short girl said out loud She put me in this corner to fight with me cause there No camera, The short girl has Long hair. Tall girl with very short hair.

Loretta Ward
CNA
ACE Unit.

Loretta Ward

TJUH001377

# Exhibit 50

# Social Security Administration
# Retirement, Survivors and Disability Insurance
Notice of Disability Cessation

Office of Central Operations
1500 Woodlawn Drive
Baltimore, Maryland 21241-1500
Date:  July 3, 2016
Claim Number:   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HA

145 2 MB 0.419  T1 MAAD296 PL1 S296 M9 PC7 160629



145    DYWANNA M BROADNAX
7305 SANDERLING PL
PHILADELPHIA PA 19153

1, 4

We restarted your disability payments in the past because you were no longer doing substantial work.  We told you then that your payments would continue as long as your health problems met our rules and your work was not substantial.

More recently, we wrote to tell you that we have new information about your work and earnings that could affect your payments.  We also told you that we planned to stop your payments because you returned to substantial work.  We are now writing to tell you our decision.

We have decided that you are no longer entitled to Social Security payments beginning January 2015 because of substantial work.

In addition, you are no longer eligible for Social Security disability payments as of June 2015 because of substantial work.

7/27/16

Mrs. Joyce, According to Social Security, In months that I am paid 2x a month, I can work 13 hours a week.

In months that I'm paid 3x a month, I can only work 10 hours a week. If I go over, I will loose my disabelity completely. If you have any questions, please let me know. (can we keep this private?)   Thanks So much
Dywanna Broadnax



Mrs. Joyce, the
new schedule.
you gave me
to help my
mom from 3-7
mon, wed, Friday
will also
accomaddate the
rules I have
to abide by
for Social Security.
My mom was
admitted 6/12/16.
She is still there. She
has been having surgical
Procedures weekly.

TJUH001787