**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**DYWANNA BROADNAX** ,

    Plaintiff,

     Civil Action No. 21-CV-04662-JMY

  v.

**THOMAS JEFFERSON UNIVERSITY
HOSPITAL**, INC.,

    Defendant.

**PLAINTIFF'S RESPONSE TO DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT**

   Plaintiff, Dywanna Broadnax, by her counsel, respectfully requests that the Court deny summary judgment for the reasons explained more fully in the accompanying Memorandum of Law.

        Respectfully submitted,

        /s/ Faye Riva Cohen, Esq.
        *FAYE RIVA COHEN, ESQUIRE*
        *LAW OFFICE OF FAYE RIVA COHEN, P.C.*
        *2047 Locust Street*
        *Philadelphia, PA 19103*
        *215-563-7776*

Dated:  10/3/22