**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| **DYWANNA BROADNAX**, <br><br> Plaintiff, <br><br> v. <br><br> **THOMAS JEFFERSON UNIVERSITY HOSPITAL**, INC., <br><br> Defendant. | Civil Action No. 21-CV-04662-JMY |

## <u>ORDER</u>

AND NOW, this _____ day of _____, 2022, upon consideration of Defendant's Motion for Summary Judgment, and Plaintiff's response thereto, it is hereby ORDERED that Defendant's motion is DENIED.

BY THE COURT:


Honorable John Milton Younge
United States District Judge