**DYWANNA BROADNAX v. THOMAS JEFFERSON UNIVERSITY HOPSTIAL, INC.**
**U.S. District Court, Eastern District of Pennsylvania 21-CV-04662-JMY**

# PLAINTIFF

# DYWANNA BROADNAX′S

# EXHIBITS

# For Statement of Material Facts

# Set 1 of 2

# Exhibits 001-007

# Broadnax Exhibit 1

**From:** u=Joyce Zagacki/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=8FB949D2867840269639E4241FC558D4-JXZ199_D1EA

**Sent:** Mon, 21 Oct 2019 10:18:17 -0400 (EDT)

**To:** "Dywanna Broadnax" <Dywanna.Broadnax@jefferson.edu>

**Subject:** Missing labs

---

Dywanna,

　　Thank you for following up on the outpatient errors from Friday.  I also did a follow up on the MMR quantitative. Linda told me she spoke to someone at TJU however I call virology to make sure it was being sent to quest and not have the same test done again that were done in August.  They are sending the blood back to me and I will go ahead and order the MMR quantitative to send to quest.  It is being done under a miscellaneous code since there is no code for this in Epic.  Thank you for the follow up.

Joyce

TJUH001065

# Broadnax Exhibit 2



## PERFORMANCE EVALUATION
### Employees of Thomas Jefferson University Hospitals

## Employee Identification

**Name:** Dywanna Broadnax

**Job Title:** Lab Assistant

**Department:** OUTPATIENT LABORATORY

**Salary Grade:** 05

**Job Number:** 005985

**Employer:** TJH

**Division:** OUTPATIENT LABORATORY

**Status:** Non-Exempt

## Evaluation Period

**From:** July 1, 2011
**To:** June 30, 2012

## SECTION A: PERFORMANCE EVALUATION

## Annual Requirements

**M** - Meets
**NM** - Does Not Meet
**N/A** - Not Applicable

| | M | NM | N/A |
|---|---|---|---|
| Health Stream Training | ◉ | ○ | ○ |
| PPD | ◉ | ○ | ○ |
| FIT Testing (if required by position) | ◉ | ○ | ○ |
| Licenses/Certifications (ongoing compliance) | ◉ | ○ | ○ |
| Flu Shot or Declination | ◉ | ○ | ○ |

## Attendance &Punctuality

TJUH001213

| Number of occurrences of unscheduled absences during review period (exclude FMLA) | 2 |
|---|---|
| Number of occurrences of lateness during review period | 1 |

## Disciplinary Action

**Any disciplinary action taken during review period?**
If yes, describe below:

○ Yes
◉ No

**Is disciplinary action resolved?**
If yes, describe below:

○ Yes
○ No

## Safety Goals

**Performance Rating**

**M** - Met
**NM** - Not Met
**N/A** - Not Applicable

| | Performance Rating | | | |
|---|---|---|---|---|
| | M | NM | N/A | Comments: |
| NATIONAL PATIENT SAFETY GOALS - Ensures departmental compliance with applicable goals | ◉ | ○ | ○ | |

## SECTION B: VALUES

TJUH has its SCOR values which guide our day-to-day behaviors. To further promote a consistent interpretation of the values and the expected behaviors, TJUH has defined specific behavioral anchors for each of the SCOR values.

**Instructions**

**EMPLOYEE:**
Self Evaluation- Click on the blue hyperlink to view the Behavioral Anchors associated with the Value. Choose an anchor and provide a specific example of how you demonstrated the Value. Select a rating (Exceeds, Achieves, Opportunity for Improvement) as an Overall Values Rating.

**MANAGER:**
Click on the blue hyperlink to view the Behavioral Anchors associated with the Value. Choose an anchor and provide a specific example of how the employee demonstrated the Value. Select a rating (Exceeds, Achieves, Opportunity for Improvement) as an Overall Values Rating. The Comment

TJUH001214

Helper is available to assist in writing your comments.

## Values

### Service Excellence

We provide an exceptional experience to every customer (patient or colleague) in every encounter.

| Self: N/A |
|---|
| **Provide specific example tied to Behavorial Anchor:** Behavioral Anchor: Patient/Customer Relations<br><br>Exceeds: Takes extra measures to ensure patients/customers are responded to quickly for an exceptional experience; models focus on safety of patients, co-workers and self.<br><br>Dywanna always puts the needs of patients above all. Dywanna is always polite to pateints and strives to give them a pain free experience. |

### Collaboration

Engages all members of the TJUH community by promoting opportunities to work together.

| Self: N/A |
|---|
| **Provide specific example tied to Behavorial Anchor:** Behavioral Anchor:Team Communication<br><br>Achieves: Addresses matters by going directly to person(s) involved in a professional manner providing direct and constructive feedback |

### Ownership

Evaluates the work environment and develops and implements achievable recommendations to improve delivery of services

| Self: N/A |
|---|
| **Provide specific example tied to Behavorial Anchor:** Behavioral Anchor: Accountability<br><br>Achieves: Accepts personal responsibility for completion of job duties/goals in expected timeframe |

### Respect

Professionally interacts with others (i.e., staff, patients, visitors) as demonstrated by a consistently open-minded and compassionate approach; understands and appreciates others.

| Self: N/A |
|---|
| **Provide specific example** Behavioral Anchor: Professionalism<br><br>Achieves: Consistently demonstrates competence, good judgment and polite behavior in |

TJUH001215

**tied to** alignment with TJUH values, policies and procedures

**Behavorial**
**Anchor:**

## Values Rating

### Overall Evaluation

○ **Exceeds**
Performance consistently achieves and frequently exceeds expectations. Makes exceptional contributions to the hospital by demonstrating initiative in addressing issues and developing solutions for greater efficiencies and effectiveness.

◉ **Achieves**
Achieves – Performance consistently meets the expectation. Makes important contributions to the overall functioning of the hospital by demonstrating solid performance.

○ **Opportunity for Improvement**
Performance falls below expectations.

## SECTION C: PERFORMANCE

## JOB DUTIES/PERFORMANCE EXPECTATIONS

**Performance Rating**

**M** - Met
**NM** - Not Met
**N/A** - Not Applicable

**Validation Method**

**OW** - Observation of Work
**EW** - Evidence of Work
**N/A** - Not Applicable

| | Performance Rating | | | |
|---|---|---|---|---|
| | M | NM | N/A | Validation Method |
| Answers phones in a prompt and courteous manner, determining nature of business, directing calls to appropriate personnel, or taking messages. | ◉ | ○ | ○ | ☑ OW<br>☑ EW<br>☐ N/A |
| Attaches draft surgical pathology to requisitions for review. | ○ | ○ | ◉ | ☐ OW<br>☐ EW<br>☑ N/A |
| Checks incomplete work reports to coincide with Reference lab lists. | ○ | ○ | ◉ | ☐ OW<br>☐ EW<br>☑ N/A |

TJUH001216

| | | | |
|---|:---:|:---:|:---:|
| Checks lab request from patient's doctor, collecting appropriate specimen in proper container. | ◉ | ○ | ○ | ☑ OW ☑ EW ☐ N/A |
| Collects specimens for Glucose Tolerance tests on outpatients. | ◉ | ○ | ○ | ☑ OW ☑ EW ☐ N/A |
| Completes mandatory inservices on an annual basis. | ◉ | ○ | ○ | ☑ OW ☑ EW ☐ N/A |
| Conducts in-service education programs of assigned personnel. | ○ | ○ | ◉ | ☐ OW ☐ EW ☑ N/A |
| Cooperates with laboratory divisions and nursing personnel to ensure proper collection of adequate and appropriate specimens for testing. Communicates essential information to laboratory sections regarding specimens, ordering information and priorities. | ◉ | ○ | ○ | ☑ OW ☑ EW ☐ N/A |
| Files and organizes slides and blocks. | ○ | ○ | ◉ | ☐ OW ☐ EW ☑ N/A |
| Follows standard precautions when there is a likelihood of an exposure to blood or bodily fluids. | ◉ | ○ | ○ | ☑ OW ☑ EW ☐ N/A |
| Handles preparation of specimens for Reference Laboratory. | ○ | ○ | ◉ | ☐ OW ☐ EW ☑ N/A |
| Informs supervisor immediately if an untoward reaction occurs with a patient. | ◉ | ○ | ○ | ☑ OW ☑ EW ☐ N/A |
| Keeps abreast of new trends and developments in field by participating in continuing education programs such as seminars, workshops, and conferences. | ◉ | ○ | ○ | ☑ OW ☑ EW ☐ N/A |
| Labels all specimens, delivering them to proper laboratory for testing. Communicates essential information to laboratory sections. | ◉ | ○ | ○ | ☑ OW ☑ EW ☐ N/A |
| Maintains all files in department, ensuring confidentiality of all patient information. | ◉ | ○ | ○ | ☑ OW ☑ EW ☐ N/A |
| Maintains cytology and histology correlation as requested by pathologists. | ○ | ○ | ◉ | ☐ OW ☐ EW ☑ N/A |
| Orders appropriate tests for the following specimen sources: private physician offices, Home Health, and Bove Center. | ◉ | ○ | ○ | ☑ OW |

TJUH001217

| Duty | ① | ② | ③ | Status |
|---|---|---|---|---|
| | | | | ☑ EW<br>☐ N/A |
| Other duties as assigned by supervisor. | ⦿ | ○ | ○ | ☑ OW<br>☑ EW<br>☐ N/A |
| Participates in Laboratory Safety Program. | ⦿ | ○ | ○ | ☑ OW<br>☑ EW<br>☐ N/A |
| Participates in the department's performance improvement program. | ⦿ | ○ | ○ | ☑ OW<br>☑ EW<br>☐ N/A |
| Performs IV bleeding as directed. | ○ | ○ | ⦿ | ☐ OW<br>☐ EW<br>☑ N/A |
| Performs capillary punctures on children under age two or when a suitable vein is not located on a patient over the age of two; checks puncture site before leaving patient. | ○ | ○ | ⦿ | ☐ OW<br>☐ EW<br>☑ N/A |
| Performs contract registration for Wyeth and orders appropriate tests. | ○ | ○ | ⦿ | ☐ OW<br>☐ EW<br>☑ N/A |
| Performs duties in a professional and courteous manner, being sensitive to patient's concerns and apprehensions about procedures. | ⦿ | ○ | ○ | ☐ OW<br>☐ EW<br>☑ N/A |
| Performs venipuncture when requested, using proper techniques, and checking venipuncture site before leaving patient. Always confirms patient identification prior to performing venipuncture. | ⦿ | ○ | ○ | ☑ OW<br>☑ EW<br>☐ N/A |
| Prints and files. | ○ | ○ | ⦿ | ☐ OW<br>☐ EW<br>☑ N/A |
| Prints physician and contract summaries daily. | ○ | ○ | ⦿ | ☐ OW<br>☐ EW<br>☑ N/A |
| Pulls slides and blocks from files or storage for slide send out consults. Prints reports for slide send outs. | ○ | ○ | ⦿ | ☐ OW<br>☐ EW<br>☑ N/A |
| Pulls slides, sending them to appropriate physician, hospital, or lab for review. Documents the process for sending and receiving slides and tissue blocks. | ○ | ○ | ⦿ | ☐ OW<br>☐ EW<br>☑ N/A |
| Receives outpatients, orders appropriate tests as prescribed by the physician's notes. Demonstrates professional demeanor when dealing with patients, medical staff and other personnel. Maintains patient confidentiality and demonstrates | ⦿ | ○ | ○ | ☐ OW<br>☐ EW<br>☑ N/A |

TJUH001218

professional behavior at all times.

| | | | | |
|---|---|---|---|---|
| Researches previous cases for Pathologist. | ○ | ○ | ◉ | ☐ OW<br>☐ EW<br>☑ N/A |
| Responsible for daily maintenance and trouble shooting of printers including changing paper, ribbons, toner, routine cleaning and other duties related to daily operation. | ○ | ○ | ◉ | ☐ OW<br>☐ EW<br>☑ N/A |
| Retrieves, numbers and tabulates specimens from Operating Room as designated by the Pathologist or a Histology Supervisor. Independently prepares specimens, frozen sections, fine needle aspirations and gross specimens. | ○ | ○ | ◉ | ☐ OW<br>☐ EW<br>☑ N/A |
| Sorts, distributes, and mails all outpatient results to appropriate referring/ordering physician. | ◉ | ○ | ○ | ☑ OW<br>☑ EW<br>☐ N/A |
| Stains and coverslips slides. | ○ | ○ | ◉ | ☐ OW<br>☐ EW<br>☑ N/A |
| Trains other personnel in proper phlebotomy techniques. | ◉ | ○ | ○ | ☑ OW<br>☑ EW<br>☐ N/A |
| Utilizes computer system to retrieve patient collection review and patient data review reports, and other information as needed. | ◉ | ○ | ○ | ☑ OW<br>☑ EW<br>☐ N/A |
| Works closely with Pathologist and assists in the handling and processing of surgical specimens. | ○ | ○ | ◉ | ☐ OW<br>☐ EW<br>☑ N/A |

## Unit/Department/Population Specific

**Performance Rating**

**M** - Met
**NM** - Not Met
**N/A** - Not Applicable

**Validation Method**

**OW** - Observation of Work
**EW** - Evidence of Work
**N/A** - Not Applicable

| | Performance Rating | | | | |
|---|---|---|---|---|---|
| | M | NM | N/A | Validation Method | Date |

## Annual Competency Assessment

**Performance Rating**

**M** - Met
**NM** - Not Met

**Validation Method**

**OW** - Observation of Work
**EW** - Evidence of Work
**N/A** - Not Applicable

TJUH001219

N/A - Not Applicable

| | | Performance Rating | | | |
|---|---|---|---|---|---|
| | | M | NM | N/A | Validation Method |
| 1. Enter the competency to the right. | Phlebotomy | ◉ | ○ | ○ | ☑ OW<br>☑ EW<br>☐ N/A |
| 2. Enter the competency to the right. | Accessioning | ◉ | ○ | ○ | ☑ OW<br>☑ EW<br>☐ N/A |
| 3. Enter the competency to the right. | NA | ○ | ○ | ◉ | ☐ OW<br>☐ EW<br>☑ N/A |
| 4. Enter the competency to the right. | NA | ○ | ○ | ◉ | ☐ OW<br>☐ EW<br>☑ N/A |
| 5. Enter the competency to the right. | NA | ◉ | ○ | ○ | ☐ OW<br>☐ EW<br>☑ N/A |

## Progress Towards Previous Goals

**Goals**

**Title:** Quality and Safety One Year Operating Statement
Continuously improve safety precautions and the quality of care across the enterprise. In FY12 we will reduce readmissions by 1% reduce hospital acquired MRSA infections by 10% and improve teamwork as evidenced by an increase in the Pascal Metrics survey Teamwork Score of 3 points.

Rating: Achieves

Individual SMART Goal

Achievement

**Title:** Title: Finance & Operations One Year Operating Statement
Strengthen financial position of clinical enterprise by achieving a Consolidated Operating Margin of >3.5% by year end FY12: evaluate current practices/protocols and implement programs to reduce the variability in processes and cost.

Rating: Achieves

Individual SMART Goal

Achievement

TJUH001220

**Title:** Title: Growth One Year Operating Statement
In order to increase admissions OP Revenue and JUP new patient visits in FY12 the growth initiative will create a business development infrastructure a north/south campus inpatient strategy a regional ambulatory strategy a women's health initiative a personalized medicine program and continue the development and execution of service line strategic initiatives.

Rating: Achieves

Individual SMART Goal

Achievement

**Title:** Title: People One Year Operating Statement
By year end we will have incorporated the SCOR values into the Performance Management process and continue our commitment to two way communication and rewards and recognition that will result in measurable increased satisfaction and engagement of our workforce. The HR assessment will be completed and by year end we will be prepared to implement a renewed HR model designed to support Jefferson's Leadership Systems.

Rating: Achieves

Individual SMART Goal

Achievement

**Title:** Title: Service One Year Operating Statement
Foster a culture of continuous improvement and learning and provide an exceptional experience to every customer patient or colleague in every encounter. In FY12 our goal is to achieve 72% (75th Percent Quartile) in HCAHPS Overall Rating of Hospital (% of 9's and 10's) and 85.2 for the Press Ganey ED Overall Mean Score.

Rating: Achieves

Individual SMART Goal

Achievement

## Goals Rating

**Overall Evaluation**

○ **Exceeds**
Performance consistently achieves and frequently exceeds expectations. Makes exceptional contributions to the hospital by demonstrating initiative in addressing issues and developing

TJUH001221

solutions for greater efficiencies and effectiveness.

◉ **Achieves**
Achieves – Performance consistently meets the expectation. Makes important contributions to the overall functioning of the hospital by demonstrating solid performance.

○ **Opportunity for Improvement**
Performance falls below expectations.

## SECTION D: OVERALL PERFORMANCE SUMMARY



Your overall Performance Summary reflects your success at demonstrating the Jefferson SCOR Values and the outcome of achieving your Goals.

Managers: To complete the Performance Evaluation, select the appropriate category below. **Your selection MUST reflect the Values and Goals ratings** as they correspond to the graph above.

TJUH001222

○ **Role Model** = Exceeds in both Goals and Values

○ **Excellent** = Exceeds on either Goals and Values and Achieves on the other

◉ **Highly Valued** = Achieves on both Goals and Values

○ **Opportunity for Improvement** = Achieves on either Goals or Values with Opportunity for Improvement on the other

○ **Unsatisfactory** = Contributions in both Goals and Values are Opportunity for Improvement

## Improvement Action Plan

**To be used if overall score is Unsatisfactory**

**Title:**                                                                 **Due:**

## Career/Professional Development Plan

**Self:** N/A

**Title: Accessioning**                                               **Due:**

Going forward Dywanna will have more receiving training so she is able to cover in that area when needed

**Employee Acknowledgement**

Click the hyperlink to review the employee acknowledgements statement and confirm review below.

## Employee Comments

## Evaluator Comments

Dyawnna is an excellent phlebotomist. Dywanna is professional and polite to everyone she comes in contact with. Dywanna follows procedures and will ask questions if she is not sure of something. Dywanna has become an important part of our clinical lab team.

TJUH001223

| Employee: | Dywanna Michelle Broadnax D.B. (electronic signature for the evaluation of Dywanna Michelle Broadnax) |
|---|---|
| Date: | 08/12/2012 06:34 PM |

TJUH001224

| Manager: | Joyce A Zagacki J.Z. (electronic signature for the evaluation of Dywanna Michelle Broadnax) |
|---|---|
| Date: | 08/14/2012 07:16 AM |

TJUH001225

| 2nd Level Manager: | George Marrone G.M. (electronic signature for the evaluation of Dywanna Michelle Broadnax) |
|---|---|
| Date: | 08/14/2012 01:23 PM |

TJUH001226



## PERFORMANCE EVALUATION
### Employees of Thomas Jefferson University Hospitals

## Employee Identification

**Name:** Dywanna Broadnax

**Job Title:** Lab Assistant

**Department:** OUTPATIENT LABORATORY

**Salary Grade:** 05

**Job Number:** 005985

**Employer:** TJH

**Division:** OUTPATIENT LABORATORY

**FLSA Status:** Non-Exempt

## Evaluation Period

**From:** July 1, 2012
**To:** June 30, 2013

## SECTION A: PERFORMANCE EVALUATION

## Annual Requirements

**M** - Meets
**NM** - Does Not Meet
**N/A** - Not Applicable

|  | M | NM | N/A |
|---|---|---|---|
| Health Stream Training | ● | ○ | ○ |
| PPD | ● | ○ | ○ |
| FIT Testing (if required by position) | ● | ○ | ○ |
| Licenses/Certifications (ongoing compliance) | ● | ○ | ○ |
| Flu Shot or Declination | ● | ○ | ○ |

TJUH001199

## Attendance &Punctuality

| | |
|---|---|
| Number of occurrences of unscheduled absences during review period (exclude FMLA) | 5 |
| Number of occurrences of lateness during review period | 0 |

## Disciplinary Action

**Any disciplinary action taken during review period?**
If yes, describe below:

- ◯ Yes
- ◉ No

**Is disciplinary action resolved?**
If yes, describe below:

- ◯ Yes
- ◉ No

## Safety Goals

**Performance Rating**

**M** - Met
**NM** - Not Met
**N/A** - Not Applicable

| | Performance Rating | | | |
|---|---|---|---|---|
| | M | NM | N/A | Comments: |
| NATIONAL PATIENT SAFETY GOALS - Ensures departmental compliance with applicable goals | ◉ | ◯ | ◯ | |

## SECTION B: VALUES

TJUH has its SCOR values which guide our day-to-day behaviors. To further promote a consistent interpretation of the values and the expected behaviors, TJUH has defined specific behavioral anchors for each of the SCOR values.

**Instructions**

**EMPLOYEE:**
Self Evaluation- Click on the blue hyperlink to view the Behavioral Anchors associated with the Value. Choose an anchor and provide a specific example of how you demonstrated the Value. Select a rating (Exceeds, Achieves, Opportunity for Improvement) as an Overall Values Rating.

TJUH001200

**MANAGER:**
Click on the blue hyperlink to view the Behavioral Anchors associated with the Value. Choose an anchor and provide a specific example of how the employee demonstrated the Value. Select a rating (Exceeds, Achieves, Opportunity for Improvement) as an Overall Values Rating. The Comment Helper is available to assist in writing your comments.

## Values

### Service Excellence

We provide an exceptional experience to every customer (patient or colleague) in every encounter.

| Self: |
|---|
| **Provide specific example tied to Behavorial Anchor:** Behavioral Anchor: Patient/Customer Relations<br><br>Exceeds: Takes extra measures to ensure patients/customers are responded to quickly for an exceptional experience; models focus on safety of patients, co-workers and self. |

### Collaboration

Engages all members of the TJUH community by promoting opportunities to work together.

| Self: |
|---|
| **Provide specific example tied to Behavorial Anchor:** Behavioral Anchor: Willingness to Listen<br><br>Achieves: Actively listens to others by clarifying points and asking probing questions. |

### Ownership

Evaluates the work environment and develops and implements achievable recommendations to improve delivery of services

| Self: |
|---|
| **Provide specific example tied to Behavorial Anchor:** Behavioral Anchor: Accountability<br><br>Achieves: Accepts personal responsibility for completion of job duties/goals in expected timeframe |

### Respect

Professionally interacts with others (i.e., staff, patients, visitors) as demonstrated by a consistently open-minded and compassionate approach; understands and appreciates others.

| Self: |
|---|

TJUH001201

**Provide specific example tied to Behavorial Anchor:** Behavioral Anchor: Professionalism

Achieves: Consistently demonstrates competence, good judgment and polite behavior in alignment with TJUH values, policies and procedures

## Values Rating

### Overall Evaluation

○ **Exceeds**
Performance consistently achieves and frequently exceeds expectations. Makes exceptional contributions to the hospital by demonstrating initiative in addressing issues and developing solutions for greater efficiencies and effectiveness.

◉ **Achieves**
Achieves – Performance consistently meets the expectation. Makes important contributions to the overall functioning of the hospital by demonstrating solid performance.

○ **Opportunity for Improvement**
Performance falls below expectations.

## SECTION C: PERFORMANCE

## JOB DUTIES/PERFORMANCE EXPECTATIONS

**Performance Rating**

**M** - Met
**NM** - Not Met
**N/A** - Not Applicable

**Validation Method**

**OW** - Observation of Work
**EW** - Evidence of Work
**N/A** - Not Applicable

| | Performance Rating | | | |
|---|---|---|---|---|
| | M | NM | N/A | Validation Method |
| Answers phones in a prompt and courteous manner, determining nature of business, directing calls to appropriate personnel, or taking messages. | ◉ | ○ | ○ | ☑ OW ☑ EW ☐ N/A |
| Attaches draft surgical pathology to requisitions for review. | ○ | ○ | ◉ | ☐ OW ☐ EW |

TJUH001202

| | | | | |
|---|---|---|---|---|
| | | | | ☑ N/A |
| Checks incomplete work reports to coincide with Reference lab lists. | ○ | ○ | ◉ | ☐ OW<br>☐ EW<br>☑ N/A |
| Checks lab request from patient's doctor, collecting appropriate specimen in proper container. | ◉ | ○ | ○ | ☑ OW<br>☑ EW<br>☐ N/A |
| Collects specimens for Glucose Tolerance tests on outpatients. | ◉ | ○ | ○ | ☑ OW<br>☑ EW<br>☐ N/A |
| Completes mandatory inservices on an annual basis. | ◉ | ○ | ○ | ☑ OW<br>☑ EW<br>☐ N/A |
| Conducts in-service education programs of assigned personnel. | ◉ | ○ | ○ | ☑ OW<br>☑ EW<br>☐ N/A |
| Cooperates with laboratory divisions and nursing personnel to ensure proper collection of adequate and appropriate specimens for testing. Communicates essential information to laboratory sections regarding specimens, ordering information and priorities. | ◉ | ○ | ○ | ☑ OW<br>☑ EW<br>☐ N/A |
| Files and organizes slides and blocks. | ○ | ○ | ◉ | ☐ OW<br>☐ EW<br>☑ N/A |
| Follows standard precautions when there is a likelihood of an exposure to blood or bodily fluids. | ◉ | ○ | ○ | ☑ OW<br>☑ EW<br>☐ N/A |
| Handles preparation of specimens for Reference Laboratory. | ○ | ○ | ◉ | ☐ OW<br>☐ EW<br>☑ N/A |
| Informs supervisor immediately if an untoward reaction occurs with a patient. | ◉ | ○ | ○ | ☑ OW<br>☑ EW<br>☐ N/A |
| Keeps abreast of new trends and developments in field by participating in continuing education programs such as seminars, workshops, and conferences. | ◉ | ○ | ○ | ☑ OW<br>☑ EW<br>☐ N/A |

TJUH001203

| Duty | | | | Assessment |
|---|---|---|---|---|
| Labels all specimens, delivering them to proper laboratory for testing. Communicates essential information to laboratory sections. | ◉ | ○ | ○ | ☑ OW<br>☑ EW<br>☐ N/A |
| Maintains all files in department, ensuring confidentiality of all patient information. | ◉ | ○ | ○ | ☑ OW<br>☑ EW<br>☐ N/A |
| Maintains cytology and histology correlation as requested by pathologists. | ◉ | ○ | ○ | ☐ OW<br>☐ EW<br>☑ N/A |
| Orders appropriate tests for the following specimen sources: private physician offices, Home Health, and Bove Center. | ◉ | ○ | ○ | ☑ OW<br>☑ EW<br>☐ N/A |
| Other duties as assigned by supervisor. | ◉ | ○ | ○ | ☑ OW<br>☑ EW<br>☐ N/A |
| Participates in Laboratory Safety Program. | ◉ | ○ | ○ | ☑ OW<br>☑ EW<br>☐ N/A |
| Participates in the department's performance improvement program. | ◉ | ○ | ○ | ☑ OW<br>☑ EW<br>☐ N/A |
| Performs IV bleeding as directed. | ○ | ○ | ◉ | ☐ OW<br>☐ EW<br>☑ N/A |
| Performs capillary punctures on children under age two or when a suitable vein is not located on a patient over the age of two; checks puncture site before leaving patient. | ○ | ○ | ◉ | ☐ OW<br>☐ EW<br>☑ N/A |
| Performs contract registration for Wyeth and orders appropriate tests. | ○ | ○ | ◉ | ☐ OW<br>☐ EW<br>☑ N/A |
| Performs duties in a professional and courteous manner, being sensitive to patient's concerns and apprehensions about procedures. | ◉ | ○ | ○ | ☑ OW<br>☑ EW<br>☐ N/A |
| Performs venipuncture when requested, using proper techniques, and checking venipuncture site before leaving patient. Always confirms patient identification prior | ◉ | ○ | ○ | ☑ OW |

TJUH001204

| | | | | |
|---|---|---|---|---|
| to performing venipuncture. | | | | ☑ EW<br>☐ N/A |
| Prints and files. | ◉ | ○ | ○ | ☑ OW<br>☑ EW<br>☐ N/A |
| Prints physician and contract summaries daily. | ◉ | ○ | ○ | ☑ OW<br>☑ EW<br>☐ N/A |
| Pulls slides and blocks from files or storage for slide send out consults. Prints reports for slide send outs. | ○ | ○ | ◉ | ☐ OW<br>☐ EW<br>☑ N/A |
| Pulls slides, sending them to appropriate physician, hospital, or lab for review. Documents the process for sending and receiving slides and tissue blocks. | ○ | ○ | ◉ | ☐ OW<br>☐ EW<br>☑ N/A |
| Receives outpatients, orders appropriate tests as prescribed by the physician's notes. Demonstrates professional demeanor when dealing with patients, medical staff and other personnel. Maintains patient confidentiality and demonstrates professional behavior at all times. | ◉ | ○ | ○ | ☑ OW<br>☑ EW<br>☐ N/A |
| Researches previous cases for Pathologist. | ○ | ○ | ◉ | ☐ OW<br>☐ EW<br>☑ N/A |
| Responsible for daily maintenance and trouble shooting of printers including changing paper, ribbons, toner, routine cleaning and other duties related to daily operation. | ◉ | ○ | ○ | ☑ OW<br>☑ EW<br>☐ N/A |
| Retrieves, numbers and tabulates specimens from Operating Room as designated by the Pathologist or a Histology Supervisor. Independently prepares specimens, frozen sections, fine needle aspirations and gross specimens. | ○ | ○ | ◉ | ☐ OW<br>☐ EW<br>☑ N/A |
| Sorts, distributes, and mails all outpatient results to appropriate referring/ordering physician. | ◉ | ○ | ○ | ☑ OW<br>☑ EW<br>☐ N/A |
| Stains and coverslips slides. | ○ | ○ | ◉ | ☐ OW<br>☐ EW<br>☑ N/A |
| Trains other personnel in proper phlebotomy techniques. | ◉ | ○ | ○ | ☑ OW<br>☑ EW |

TJUH001205

| | M | NM | N/A | |
|---|---|---|---|---|
| | | | | ☐ N/A |
| Utilizes computer system to retrieve patient collection review and patient data review reports, and other information as needed. | ⦿ | ○ | ○ | ☑ OW<br>☑ EW<br>☐ N/A |
| Works closely with Pathologist and assists in the handling and processing of surgical specimens. | ○ | ○ | ⦿ | ☐ OW<br>☐ EW<br>☑ N/A |

## Unit/Department/Population Specific

**Performance Rating**

**M** - Met
**NM** - Not Met
**N/A** - Not Applicable

**Validation Method**

**OW** - Observation of Work
**EW** - Evidence of Work
**N/A** - Not Applicable

| | Performance Rating | | | | |
|---|---|---|---|---|---|
| | M | NM | N/A | Validation Method | Date |

## Annual Competency Assessment

**Performance Rating**

**M** - Met
**NM** - Not Met
**N/A** - Not Applicable

**Validation Method**

**OW** - Observation of Work
**EW** - Evidence of Work
**N/A** - Not Applicable

| | | Performance Rating | | | |
|---|---|---|---|---|---|
| | | M | NM | N/A | Validation Method |
| 1. Enter the competency to the right. | Phlebotomy | ⦿ | ○ | ○ | ☑ OW<br>☑ EW<br>☐ N/A |
| 2. Enter the competency to the right. | Out Patient | ⦿ | ○ | ○ | ☑ OW<br>☑ EW<br>☐ N/A |
| 3. Enter the competency to the right. | Accessioning | ⦿ | ○ | ○ | ☑ OW<br>☑ EW<br>☐ N/A |
| 4. Enter the competency to the | | ○ | ○ | ⦿ | ☐ OW |

TJUH001206

| | | | | | |
|---|---|---|---|---|---|
| right. | | | | | ☐ EW |
| | | | | | ☑ N/A |
| 5. Enter the competency to the right. | | ○ | ○ | ◉ | ☐ OW |
| | | | | | ☐ EW |
| | | | | | ☑ N/A |

## Progress Towards Previous Goals

### Goals

**Title:** Growth
We will developement key clinical programs, new partnerships, and facilities to expand and improve service offerings

Rating: Achieves

Individual SMART Goal

Participate in laboratory continuing education programs, keep informed of new and emerging technologies within the department. Become profocient in new technologies MHD along with TJUH has invested in

Achievement

**Title:** Service
We will provide exceptional service to every customer, in every encounter

Rating: Exceeds

Individual SMART Goal

Practice service excellence models with co-workers, fellow employees, patients and their families.

Achievement

## Goals Rating

### Overall Evaluation

○ **Exceeds**
Performance consistently achieves and frequently exceeds expectations. Makes exceptional contributions to the hospital by demonstrating initiative in addressing issues and developing solutions for greater efficiencies and effectiveness.

◉ **Achieves**
Achieves – Performance consistently meets the expectation. Makes important contributions to the overall functioning of the hospital by demonstrating solid performance.

TJUH001207

○ **Opportunity for Improvement**
Performance falls below expectations.

## SECTION D: OVERALL PERFORMANCE SUMMARY



Your overall Performance Summary reflects your success at demonstrating the Jefferson SCOR Values and the outcome of achieving your Goals.

## OVERALL PERFORMANCE                          Rating:  Highly Valued

## Improvement Action Plan

**To be used if overall score is Unsatisfactory**

**Title:**                                                                 **Due:**

TJUH001208

## Career/Professional Development Plan

### Self: Title:

**Title: Collection manager**                                    **Due: 03/03/2014**

Dywanna will train in collection manager

**Employee Acknowledgement**

Click the hyperlink to review the employee acknowledgements statement and confirm review below.

## Employee Comments

## Evaluator Comments

Dywanna is an excellent phlebotomist. Dywanna continues to maintain professionalism at all times. Dywanna treats all patients with a respectful and caring attitude. Dywanna remains an important asset to the clinical lab team.

| Employee: | Dywanna Michelle Broadnax D.B. (electronic signature for the evaluation of Dywanna Michelle Broadnax) |
|---|---|
| Date: | 08/12/2013 03:52 PM |

TJUH001210

| Manager: | Joyce A Zagacki J.Z. (electronic signature for the evaluation of Dywanna Michelle Broadnax) |
| Date: | 08/12/2013 04:00 PM |

TJUH001211

| 2nd Level Manager: | George Marrone G.M. (electronic signature for the evaluation of Dywanna Michelle Broadnax) |
|---|---|
| Date: | 08/15/2013 03:37 PM |

TJUH001212



## PERFORMANCE EVALUATION
### Employees of Thomas Jefferson University Hospitals

## Employee Identification

**Name:** Dywanna Broadnax

**Job Title:** Lab Assistant

**Department:** OUTPATIENT LABORATORY

**Salary Grade:** 05

**Job Number:** 005985

**Employer:** TJH

**Division:** OUTPATIENT LABORATORY

**FLSA Status:** Non-Exempt

## Evaluation Period

**From:** July 1, 2013    **To:** June 30, 2014

## SECTION A: PERFORMANCE EVALUATION

## Annual Requirements

**M** - Meets
**NM** - Does Not Meet
**N/A** - Not Applicable

| | M | NM | N/A |
|---|---|---|---|
| Health Stream Training | ◉ | ○ | ○ |
| Licenses/Certifications (ongoing compliance) | ◉ | ○ | ○ |

## SECTION B: VALUES

TJUH has its **SCOR** values which guide our day-to-day behaviors. To further promote a consistent interpretation of the values and the expected behaviors, TJUH has defined specific behavioral anchors for each of the **SCOR** values.

TJUH001187

**Instructions**

**EMPLOYEE:**
Self Evaluation -- Click on the blue hyperlink to view the Behavioral Anchors associated with the Value. Choose an anchor and provide a specific example of how you demonstrated the Value. Select a rating (Exceeds, Achieves, Opportunity for Improvement) as a Value Rating.

**MANAGER:**
Click on the blue hyperlink to view the Behavioral Anchors associated with the Value. Choose an anchor and provide a specific example of how the employee demonstrated the Value. Select a rating (Exceeds, Achieves, Opportunity for Improvement) as a Value Rating. The Comment Helper is available to assist in writing your comments.

| **Values** | **Score: 2.3 / 3.0** |
|---|---|

**Service Excellence**

Provides exceptional service to our customers, including students, patients, families and fellow employees.

○ **Exceeds**
Performance consistently achieves and frequently exceeds expectations. Makes exceptional contributions to the hospital by demonstrating initiative in addressing issues and developing solutions for greater efficiencies and effectiveness.

◉ **Achieves**
Performance consistently meets the expectation. Makes important contributions to the overall functioning of the hospital by demonstrating solid performance.

○ **Opportunity for Improvement**
Performance falls below expectations.

| **Self:** N/A |
|---|

**Provide specific example tied to Behavorial Anchor:** Behavioral Anchor: Professionalism

Achieves: Consistently demonstrates competence, good judgment and civility.

---

**Collaboration**

Works effectively with others across the Jefferson community to achieve a common purpose and create value.

○ **Exceeds**
Performance consistently achieves and frequently exceeds expectations. Makes exceptional contributions to the hospital by demonstrating initiative in addressing issues and developing solutions for greater efficiencies and effectiveness.

TJUH001188

◉ **Achieves**
Performance consistently meets the expectation. Makes important contributions to the overall functioning of the hospital by demonstrating solid performance.

○ **Opportunity for Improvement**
Performance falls below expectations.

**Self:** N/A

**Provide specific example tied to Behavorial Anchor:**
Behavioral Anchor: Engages Others

Achieves: Takes initiative to involve appropriate stakeholders to achieve results.

---

## Ownership

Takes responsibility for achieving excellent results.

○ **Exceeds**
Performance consistently achieves and frequently exceeds expectations. Makes exceptional contributions to the hospital by demonstrating initiative in addressing issues and developing solutions for greater efficiencies and effectiveness.

◉ **Achieves**
Performance consistently meets the expectation. Makes important contributions to the overall functioning of the hospital by demonstrating solid performance.

○ **Opportunity for Improvement**
Performance falls below expectations.

**Self:** N/A

**Provide specific example tied to Behavorial Anchor:**
Behavioral Anchor: Accountability

Achieves: Accepts personal responsibility for individual actions, job performance and organizational outcomes.

---

## Respect

Demonstrates a consistently open-minded, courteous and compassionate approach to all.

◉ **Exceeds**
Performance consistently achieves and frequently exceeds expectations. Makes exceptional contributions to the hospital by demonstrating initiative in addressing issues and developing solutions for greater efficiencies and effectiveness.

○ **Achieves**

TJUH001189

Performance consistently meets the expectation. Makes important contributions to the overall functioning of the hospital by demonstrating solid performance.

○ **Opportunity for Improvement**
Performance falls below expectations.

| | |
|---|---|
| **Self:** N/A | |

**Provide specific example tied to Behavorial Anchor:** Behavioral Anchor: Integrity

Exceeds: Models the highest ethical standards in each and every encounter.

# SECTION C: PERFORMANCE

## JOB DUTIES/PERFORMANCE EXPECTATIONS

Answers phones in a prompt and courteous manner, determining nature of business, directing calls to appropriate personnel, or taking messages.

Attaches draft surgical pathology to requisitions for review.

Checks incomplete work reports to coincide with Reference lab lists.

Checks lab request from patient's doctor, collecting appropriate specimen in proper container.

Collects specimens for Glucose Tolerance tests on outpatients.

Completes mandatory inservices on an annual basis.

Conducts in-service education programs of assigned personnel.

Cooperates with laboratory divisions and nursing personnel to ensure proper collection of adequate and appropriate specimens for testing. Communicates essential information to laboratory sections regarding specimens, ordering information and priorities.

Files and organizes slides and blocks.

Follows standard precautions when there is a likelihood of an exposure to blood or bodily fluids.

Handles preparation of specimens for Reference Laboratory.

Informs supervisor immediately if an untoward reaction occurs with a patient.

Keeps abreast of new trends and developments in field by participating in continuing education programs such as seminars, workshops, and conferences.

Labels all specimens, delivering them to proper laboratory for testing. Communicates essential information to laboratory sections.

Maintains all files in department, ensuring confidentiality of all patient information.

Maintains cytology and histology correlation as requested by pathologists.

Orders appropriate tests for the following specimen sources: private physician offices, Home Health, and Bove Center.

TJUH001190

| |
|---|
| Other duties as assigned by supervisor. |
| Participates in Laboratory Safety Program. |
| Participates in the department's performance improvement program. |
| Performs IV bleeding as directed. |
| Performs capillary punctures on children under age two or when a suitable vein is not located on a patient over the age of two; checks puncture site before leaving patient. |
| Performs contract registration for Wyeth and orders appropriate tests. |
| Performs duties in a professional and courteous manner, being sensitive to patient's concerns and apprehensions about procedures. |
| Performs venipuncture when requested, using proper techniques, and checking venipuncture site before leaving patient. Always confirms patient identification prior to performing venipuncture. |
| Prints and files. |
| Prints physician and contract summaries daily. |
| Pulls slides and blocks from files or storage for slide send out consults. Prints reports for slide send outs. |
| Pulls slides, sending them to appropriate physician, hospital, or lab for review. Documents the process for sending and receiving slides and tissue blocks. |
| Receives outpatients, orders appropriate tests as prescribed by the physician's notes. Demonstrates professional demeanor when dealing with patients, medical staff and other personnel. Maintains patient confidentiality and demonstrates professional behavior at all times. |
| Researches previous cases for Pathologist. |
| Responsible for daily maintenance and trouble shooting of printers including changing paper, ribbons, toner, routine cleaning and other duties related to daily operation. |
| Retrieves, numbers and tabulates specimens from Operating Room as designated by the Pathologist or a Histology Supervisor. Independently prepares specimens, frozen sections, fine needle aspirations and gross specimens. |
| Sorts, distributes, and mails all outpatient results to appropriate referring/ordering physician. |
| Stains and coverslips slides. |
| Trains other personnel in proper phlebotomy techniques. |
| Utilizes computer system to retrieve patient collection review and patient data review reports, and other information as needed. |
| Works closely with Pathologist and assists in the handling and processing of surgical specimens. |

## Job Duties / Performance Expectations

**Performance Rating**       **Validation Method**

**M** - Met                  **OW** - Observation of Work
**NM** - Not Met             **EW** - Evidence of Work
**N/A** - Not Applicable     **N/A** - Not Applicable

| | Performance Rating | | | |
|---|---|---|---|---|
| | M | NM | N/A | Validation Method |

TJUH001191

| Job duties as listed above. | ⊙ | ○ | ○ | ☐ OW ☐ EW ☐ N/A |

## Unit/Department/Population Specific

**Performance Rating**

**M** - Met
**NM** - Not Met
**N/A** - Not Applicable

**Validation Method**

**OW** - Observation of Work
**EW** - Evidence of Work
**N/A** - Not Applicable

| | | Performance Rating | | | |
| --- | --- | --- | --- | --- | --- |
| | | M | NM | N/A | Validation Method |

## Annual Competency Assessment

**Performance Rating**

**M** - Met
**NM** - Not Met
**N/A** - Not Applicable

**Validation Method**

**OW** - Observation of Work
**EW** - Evidence of Work
**N/A** - Not Applicable

| | | Performance Rating | | | |
| --- | --- | --- | --- | --- | --- |
| | | M | NM | N/A | Validation Method |
| 1. Enter the competency to the right. | Phlebotomy | ⊙ | ○ | ○ | ☑ OW ☑ EW ☐ N/A |
| 2. Enter the competency to the right. | Out patient ordering | ⊙ | ○ | ○ | ☑ OW ☑ EW ☐ N/A |
| 3. Enter the competency to the right. | Accessioning | ⊙ | ○ | ○ | ☑ OW ☑ EW ☐ N/A |
| 4. Enter the competency to the right. | | ○ | ○ | ⊙ | ☐ OW ☐ EW ☑ N/A |
| 5. Enter the competency to the right. | | ○ | ○ | ⊙ | ☐ OW ☐ EW |

TJUH001192

☑ N/A

## Progress Towards Previous Goals                    Score: 2.3 / 3.0

### Goals

**Title:** Quality & Safety



We will excel and be widely recognized as a leader in quality and patient safety.
How we measure our success:
- Readmissions
- Mortality
- Infections
- Safety Teamwork Climate

Rating: Achieves

Individual SMART Goal

Practice universal precautions and foster a safe work environment for self and coworkers. Work efficiently to complete patient testing without compromise. Follow established laboratory safety policies and procedures when handling/processing patient specimens. Maintain compliance with Healthstream training programs. Adhere to all HIPPA regulations including patient and employees. Perform assigned tasks in an accurate and efficient manner.

Achievement

**Title:** People



We will become the most desirable place to work in greater Philadelphia.
How we measure our success:
- Employee engagement
- Retention
- Productivity

Rating: Exceeds

Individual SMART Goal

Treat coworkers with respect at all times. Interact effectively with others in a friendly , courteous, respectful/professional manner, remaining calm in difficult interactions, assisting others and valuing diversity. Participate as a member of the lab team. Participate in laboratory/hospital employee forums. Reading email and other communication on a timely basis (at least once each day). Maintaining professionalism and respect for management at all times. Utilizing the Jeffsmart performance journal during the course of the year.

Achievement

TJUH001193

Dywanna is always friendly and courteous to the patients. I have gone into the out patient area and have observed Dywanna going above and beyond to ease fear and anxiety.

---

**Title:** Service



We will provide exceptional service to every customer, in every encounter.
How we measure our success:
- Patient Satisfaction (HCAHPS)

Rating: Achieves

Individual SMART Goal

Practice Service excellence models with coworkers, fellow employees , patients and their families. This includes taking the initiative to complete work tasks, following the CAP regulated policies and procedures, and working without close supervision. Being reliable and accountable for completing work activities. Willingness to accept schedule changes or additional work that is required for departmental operations to provide better service for patient care. Following direction from immediate supervisor along with established procedures. Strive to complete in patient phlebotomy in a timely and accurate manner.

Achievement

## SECTION D: OVERALL PERFORMANCE SUMMARY

Your overall Performance Summary reflects your success at demonstrating the Jefferson SCOR Values and the outcome of achieving your Goals.

## OVERALL PERFORMANCE                                    Rating:  Achieves

## Improvement Action Plan

**To be used if overall score is Unsatisfactory**

**Title:**                                                              **Due:**

## Career/Professional Development Plan

**Self:** N/A

**Title: Collection manager**                                **Due: 09/30/2014**

**Employee Acknowledgement**

TJUH001194

Click the hyperlink to review the employee acknowledgements statement and confirm review below.

## Employee Comments

## Evaluator Comments

Dywanna is an excellent phlebotomist. is detail oriented. Dywanna is always respectful to patients and co workers. Dywanna is an asset to our lab team.

| Employee: | Dywanna Michelle Broadnax D.B. (electronic signature for the evaluation of Dywanna Michelle Broadnax) |
|---|---|
| Date: | 08/18/2014 04:50 PM |

TJUH001196

| Manager: | Joyce A Zagacki J.Z. (electronic signature for the evaluation of Dywanna Michelle Broadnax) |
| --- | --- |
| Date: | 08/21/2014 08:39 AM |

TJUH001197

| 2nd Level Manager: | George Marrone G.M. (electronic signature for the evaluation of Dywanna Michelle Broadnax) |
| --- | --- |
| Date: | 08/21/2014 12:33 PM |

TJUH001198



## PERFORMANCE EVALUATION
### Employees of Thomas Jefferson University Hospitals

## Employee Identification

**Name:** Dywanna Broadnax

**Job Title:** Lab Assistant

**Department:** OUTPATIENT LABORATORY

**Salary Grade:** 06

**Job Number:** 005985

**Employer:** TJH

**Division:** OUTPATIENT LABORATORY

**FLSA Status:** Nonexempt

## Evaluation Period

**From:** July 1, 2014 **To:** June 30, 2015

## SECTION A: PERFORMANCE EVALUATION

## Annual Requirements

**M** - Meets
**NM** - Does Not Meet
**N/A** - Not Applicable

| | M | NM | N/A |
|---|---|---|---|
| Health Stream Training | ◉ | ○ | ○ |
| Licenses/Certifications (ongoing compliance) | ◉ | ○ | ○ |

## SECTION B: VALUES

Thomas Jefferson University & Hospitals' **iSCORE** values include behaviors our employees demonstrate daily to patients, students, and fellow staff, which enable Jefferson to continue with its mission. Jefferson's values define who we are as an organization, what we stand for and how we continue the work of helping others that began here nearly two centuries ago. To promote a consistent interpretation of the iSCORE values and the expected behaviors, we have defined specific behavioral anchors for each of the **iSCORE** values.

**Instructions**

TJUH001174

**EMPLOYEE:**

Self Evaluation -- Click on the blue hyperlink to view the Behavioral Anchors associated with the Value. Choose an anchor and provide a specific example of how you demonstrated the Value. Select a rating (Exceeds, Achieves, Opportunity for Improvement) as a Value Rating.

**MANAGER:**

Click on the blue hyperlink to view the Behavioral Anchors associated with the Value. Choose an anchor and provide a specific example of how the employee demonstrated the Value. Select a rating (Exceeds, Achieves, Opportunity for Improvement) as a Value Rating. The Comment Helper is available to assist in writing your comments.

| **Values** | **Score: 2.67 / 3.00** |
| --- | --- |

**Innovation**

Renew, change or create ideas, services, technologies and/or ways of doing things that provide organizational value.

- ◉ **Exceeds**
  Performance consistently achieves and frequently exceeds expectations. Makes exceptional contributions to the hospital by demonstrating initiative in addressing issues and developing solutions for greater efficiencies and effectiveness.

- ◯ **Achieves**
  Performance consistently meets the expectation. Makes important contributions to the overall functioning of the hospital by demonstrating solid performance.

- ◯ **Opportunity for Improvement**
  Performance falls below expectations.

**Self:** Last December I was taken off of weekends to avoid a particular coworker or any issues with that coworker when my supervisor isnt at work. I now work Monday Wednesday and Fridays. I accepted this change with ease, and had no complaints.

**Provide specific example tied to Behavioral Anchor:** Dywanna has shown the phlebotomist how to create a list prior to their phlebotomy pick up which captures all of the unreceived specimens from the day.

---

**Service Excellence**

Provide exceptional service to our customers, including students, patients, families and fellow employees.

- ◉ **Exceeds**
  Performance consistently achieves and frequently exceeds expectations. Makes exceptional contributions to the hospital by demonstrating initiative in addressing issues and developing solutions for greater efficiencies and effectiveness.

- ◯ **Achieves**
  Performance consistently meets the expectation. Makes important contributions to the overall functioning of the hospital by demonstrating solid performance.

TJUH001175

○ **Opportunity for Improvement**
Performance falls below expectations.

**Self:** Each patient I encounter I do AIDET & demonstarte empathy and professionalism. After I draw patients in the Out Patient lab, I give them a card wih my nmae on it and I attacth a footie to it. This card conatins our hours and days we are open, my name is there so he patient will remember which Phlebotomist they had and the footie is on the card so the patient sees their name birthday he time they came in and the date. I have found this to be very useful for the patient for follow up care.

**Provide specific example tied to Behavioral Anchor:** There are patient in the afternoon that come when they know Dywanna is on duty in the out patient area

---

## Collaboration

Work effectively with others across the Jefferson community to achieve a common purpose and create value.

○ **Exceeds**
Performance consistently achieves and frequently exceeds expectations. Makes exceptional contributions to the hospital by demonstrating initiative in addressing issues and developing solutions for greater efficiencies and effectiveness.

◉ **Achieves**
Performance consistently meets the expectation. Makes important contributions to the overall functioning of the hospital by demonstrating solid performance.

○ **Opportunity for Improvement**
Performance falls below expectations.

**Self:** Recently I had a patient on a very hot 90+ degree day. This patient had fasted all day and asked fro juice and crackers. In the past in this situation, I would go to B-1 and get the patient the juice & crackers, so this is what I attempted to do this day. As I walked to the refrgerator, I saw the charge nurse of that unit, and asked her permissioin was it ok. She told me it wasnot ok, so I then called my boss. My boss told me I had to tell the patient we did not have any. I did. But the patient wanted to know he charge nurses name, I gave it to her so she would not think I wasnt telling her the truth. I then went to ask the RN if she minded to come tell the patient why she said no. The RN told me why she could not tell the patient, so I went back to explain it to the patient the best way I could.

**Provide specific example tied to Behavioral Anchor:**

---

## Ownership

TJUH001176

Take responsibility for achieving excellent results.

○ **Exceeds**
Performance consistently achieves and frequently exceeds expectations. Makes exceptional contributions to the hospital by demonstrating initiative in addressing issues and developing solutions for greater efficiencies and effectiveness.

◉ **Achieves**
Performance consistently meets the expectation. Makes important contributions to the overall functioning of the hospital by demonstrating solid performance.

○ **Opportunity for Improvement**
Performance falls below expectations.

| **Self:** | |
| --- | --- |
| **Provide specific example tied to Behavioral Anchor:** | |

---

## Respect

Demonstrate a consistently open-minded, courteous and compassionate approach to all.

◉ **Exceeds**
Performance consistently achieves and frequently exceeds expectations. Makes exceptional contributions to the hospital by demonstrating initiative in addressing issues and developing solutions for greater efficiencies and effectiveness.

○ **Achieves**
Performance consistently meets the expectation. Makes important contributions to the overall functioning of the hospital by demonstrating solid performance.

○ **Opportunity for Improvement**
Performance falls below expectations.

| **Self:** | I always demonstartae high ethical standards and remain in Code of Conduct at all times. When we get new hires, I try my best to show them structured duties, down to sterization techniques. Some Phlebotomist use supplies that are not always sterile, (Hanging butterflies, strips of tape on carts, gauze not staying packacged). Sterikity is important in a Laboratory, so I use bleach 2x a day on the days I work as a decontaminate, as well as the alcohol wipes |
| --- | --- |
| **Provide specific example tied to Behavioral Anchor:** | Dywanna is respectful and goes above and beyond for patients |

---

## Empowerment

Take action to control work and decision making to affect positive outcomes.

○ **Exceeds**
Performance consistently achieves and frequently exceeds expectations. Makes exceptional contributions to the hospital by demonstrating initiative in addressing issues and developing solutions for greater efficiencies and effectiveness.

○ **Achieves**
Performance consistently meets the expectation. Makes important contributions to the overall functioning of the hospital by demonstrating solid performance.

○ **Opportunity for Improvement**
Performance falls below expectations.

| Self: |
|---|
| **Provide specific example tied to Behavioral Anchor:** One of Dywanna's duties is to check the out patient notes for errors. Her personal commitment to this has been very helpful. If Dywanna finds a missing test it can be corrected immediately therefore the pateint does not need to return. |

## SECTION C: PERFORMANCE

## JOB DUTIES/PERFORMANCE EXPECTATIONS

| |
|---|
| Answers phones in a prompt and courteous manner, determining nature of business, directing calls to appropriate personnel, or taking messages. |
| Attaches draft surgical pathology to requisitions for review. |
| Checks incomplete work reports to coincide with Reference lab lists. |
| Checks lab request from patient's doctor, collecting appropriate specimen in proper container. |
| Collects specimens for Glucose Tolerance tests on outpatients. |
| Completes mandatory inservices on an annual basis. |
| Conducts in-service education programs of assigned personnel. |
| Cooperates with laboratory divisions and nursing personnel to ensure proper collection of adequate and appropriate specimens for testing. Communicates essential information to laboratory sections regarding specimens, ordering information and priorities. |
| Files and organizes slides and blocks. |
| Follows standard precautions when there is a likelihood of an exposure to blood or bodily fluids. |
| Handles preparation of specimens for Reference Laboratory. |
| Informs supervisor immediately if an untoward reaction occurs with a patient. |
| Keeps abreast of new trends and developments in field by participating in continuing education programs such as seminars, workshops, and conferences. |

TJUH001178

Labels all specimens, delivering them to proper laboratory for testing. Communicates essential information to laboratory sections.

Maintains all files in department, ensuring confidentiality of all patient information.

Maintains cytology and histology correlation as requested by pathologists.

Orders appropriate tests for the following specimen sources: private physician offices, Home Health, and Bove Center.

Other duties as assigned by supervisor.

Participates in Laboratory Safety Program.

Participates in the department's performance improvement program.

Performs IV bleeding as directed.

Performs capillary punctures on children under age two or when a suitable vein is not located on a patient over the age of two; checks puncture site before leaving patient.

Performs contract registration for Wyeth and orders appropriate tests.

Performs duties in a professional and courteous manner, being sensitive to patient's concerns and apprehensions about procedures.

Performs venipuncture when requested, using proper techniques, and checking venipuncture site before leaving patient. Always confirms patient identification prior to performing venipuncture.

Prints and files.

Prints physician and contract summaries daily.

Pulls slides and blocks from files or storage for slide send out consults. Prints reports for slide send outs.

Pulls slides, sending them to appropriate physician, hospital, or lab for review. Documents the process for sending and receiving slides and tissue blocks.

Receives outpatients, orders appropriate tests as prescribed by the physician's notes. Demonstrates professional demeanor when dealing with patients, medical staff and other personnel. Maintains patient confidentiality and demonstrates professional behavior at all times.

Researches previous cases for Pathologist.

Responsible for daily maintenance and trouble shooting of printers including changing paper, ribbons, toner, routine cleaning and other duties related to daily operation.

Retrieves, numbers and tabulates specimens from Operating Room as designated by the Pathologist or a Histology Supervisor. Independently prepares specimens, frozen sections, fine needle aspirations and gross specimens.

Sorts, distributes, and mails all outpatient results to appropriate referring/ordering physician.

Stains and coverslips slides.

Trains other personnel in proper phlebotomy techniques.

Utilizes computer system to retrieve patient collection review and patient data review reports, and other information as needed.

Works closely with Pathologist and assists in the handling and processing of surgical specimens.

## Job Duties / Performance Expectations

**Performance Rating**     **Validation Method**

**M** - Met                **OW** - Observation of Work
**NM** - Not Met           **EW** - Evidence of Work
**N/A** - Not Applicable   **N/A** - Not Applicable

| | Performance Rating | | | |
|---|---|---|---|---|
| | M | NM | N/A | Validation Method |
| Job duties as listed above. | ◉ | ○ | ○ | ☑ OW<br>☑ EW<br>☐ N/A |

## Unit/Department/Population Specific

**Performance Rating**

**M** - Met
**NM** - Not Met
**N/A** - Not Applicable

**Validation Method**

**OW** - Observation of Work
**EW** - Evidence of Work
**N/A** - Not Applicable

| | Performance Rating | | | |
|---|---|---|---|---|
| | M | NM | N/A | Validation Method |

## Annual Competency Assessment

**Performance Rating**

**M** - Met
**NM** - Not Met
**N/A** - Not Applicable

**Validation Method**

**OW** - Observation of Work
**EW** - Evidence of Work
**N/A** - Not Applicable

| | | Performance Rating | | | |
|---|---|---|---|---|---|
| | | M | NM | N/A | Validation Method |
| 1. Enter the competency to the right. | **Out patient ordering** | ◉ | ○ | ○ | ☑ OW<br>☑ EW<br>☐ N/A |
| 2. Enter the competency to the right. | **Accessioning** | ◉ | ○ | ○ | ☑ OW<br>☑ EW<br>☐ N/A |

TJUH001180

| | | | | | |
|---|---|---|---|---|---|
| 3. Enter the competency to the right. | | ○ | ○ | ◉ | ☐ OW ☐ EW ☑ N/A |
| 4. Enter the competency to the right. | | ○ | ○ | ◉ | ☐ OW ☐ EW ☑ N/A |
| 5. Enter the competency to the right. | | ○ | ○ | ◉ | ☐ OW ☐ EW ☑ N/A |

## Progress Towards Previous Goals                    Score: 2.67 / 3.00

**Goals**                                                                 **Score**

**Title:** Quality and Safety                                            3.00 / 3.00
We will excel and be widely recongized as a leader in quality and patient safety.
How we measure our success:
- Readmissions
- Mortality
- Infections
- Safety Teamwork Climate

Rating: Exceeds

Individual SMART Goal

Enter your SMART Goal here:
Practice universal precautions and foster a safe work environment for self and coworkers. Work
efficiently to complete patient testing without compromise. Follow established laboratory safety
policies and procedures when handling/processing patient specimens. Maintain compliance with
Healthstream training programs. Adhere to all HIPPA regulations including patient and
employees. Perform assigned tasks in an accurate and efficient manner.

Achievement

Notes being checked to avoid patient return

**Title:** Service                                                       2.00 / 3.00
We will provide exceptional service to every customer, in every encounter.
How we measure our success:
- Patient Satisfaction (HCAHPS)

Rating: Achieves

Individual SMART Goal

Practice Service excellence models with coworkers, fellow employees , patients and their
families. This includes taking the initiative to complete work tasks, following

TJUH001181

the CAP regulated
policies and procedures, and working without close supervision. Being reliable and accountable
for completing work activities. Willingness to accept schedule changes or additional work that is
required for departmental operations to provide better service for patient care. Following direction
from immediate supervisor along with established procedures. Strive to complete in patient
phlebotomy in a timely and accurate manner.

Achievement

---

**Title:** People                                                                 3.00 / 3.00
We will become the most desirable place to work in greater Philadelphia.
How we measure our success:
- Employee engagement
- Retention
- Productivity

Rating: Exceeds

Individual SMART Goal

Treat coworkers with respect at all times. Interact effectively with others in a friendly , courteous,
respectful/professional manner, remaining calm in difficult interactions, assisting others and
valuing diversity. Participate as a member of the lab team. Participate in laboratory/hospital
employee forums. Reading email and other communication on a timely basis (at least once each
day). Maintaining professionalism and respect for management at all times. Utilizing the Jeffsmart
performance journal during the course of the year.

Achievement

Out patients request Dywanna and will come to have lab work done when she is on duty, both out patient and in patient

## SECTION D: OVERALL PERFORMANCE SUMMARY

Your overall Performance Summary reflects your success at demonstrating the Jefferson iSCORE Values and the outcome of achieving your Goals.

## OVERALL PERFORMANCE                                         **Rating:  Achieves**

## Improvement Action Plan

**To be used if overall score is Unsatisfactory**

**Title:**                                                                        **Due:**

TJUH001182

## Career/Professional Development Plan

**Self: Title: Lab Assistant**

I plan on cintinuing classes this fall. Since I already have my Associates in Sciecne/LiberalArts, I have decided to pursue a continuing career as a Lab Technician. Am I aloud to go to Jefferson thru one of their programs?

**Title: MIcrobiology**                                                      **Due: 1/4/16**

Microbiology send outs

## Employee Acknowledgement

Click the hyperlink to review the employee acknowledgements statement and confirm review below.

## Employee Comments

## Evaluator Comments

Dywanna has a personal commitment to excellence. Dywanna is great with the patients both out pateints and those on the floors. Dywanna pays careful attention to detail which yields a positive outcome. It is a pleasure to have Dywanna on our lab team. Going forward I would like to train Dywanna in other areas of the clinical lab so she can be of assistance to the 2nd shift.

TJUH001183

| Employee: | Dywanna Michelle Broadnax D.B. (electronic signature for the evaluation of Dywanna Michelle Broadnax) |
|---|---|
| Date (M/d/yy): | 8/10/15 02:46 PM EDT |

TJUH001184

| | |
|---|---|
| Manager: | Joyce A Zagacki J.Z. (electronic signature for the evaluation of Dywanna Michelle Broadnax) |
| Date (M/d/yy): | 8/10/15 02:53 PM EDT |

| | |
|---|---|
| 2nd Level Manager: | George Marrone G.M. (electronic signature for the evaluation of Dywanna Michelle Broadnax) |
| Date (M/d/yy): | 8/11/15 02:40 PM EDT |

TJUH001186



## PERFORMANCE EVALUATION
### Employees of Jefferson Health

## Employee Identification

**Name:** Dywanna Broadnax

**Job Title:** Lab Assistant

**Department:** OUTPATIENT LABORATORY

**Salary Grade:** 06

**Job Number:** 005985

**Employer:** TJH

**Division:** OUTPATIENT LABORATORY

**FLSA Status:** Nonexempt

## Evaluation Period

**From:** July 1, 2015 **To:** June 30, 2016

## SECTION A: PERFORMANCE EVALUATION

## Annual Requirements

**M** - Meets
**NM** - Does Not Meet
**N/A** - Not Applicable

| | M | NM | N/A |
|---|---|---|---|
| Health Stream Training | ◉ | ○ | ○ |
| Licenses/Certifications (ongoing compliance) | ◉ | ○ | ○ |

## SECTION B: VALUES

Jefferson's **iSCORE** values include behaviors our employees demonstrate daily to patients, students, and fellow staff, which enable Jefferson to continue with its mission. Jefferson's values define who we are as an organization, what we stand for and how we continue the work of helping others that began here nearly two centuries ago. To promote a consistent interpretation of the iSCORE values and the expected behaviors, we have defined specific behavioral anchors for each of the **iSCORE** values.

**Instructions**

**EMPLOYEE:**

TJUH001161

Self Evaluation -- Click on the blue hyperlink to view the Behavioral Anchors associated with the Value. Choose an anchor and provide a specific example of how you demonstrated the Value. Select a rating (Exceeds, Achieves, Opportunity for Improvement) as a Value Rating.

**MANAGER:**

Click on the blue hyperlink to view the Behavioral Anchors associated with the Value. Choose an anchor and provide a specific example of how the employee demonstrated the Value. Select a rating (Exceeds, Achieves, Opportunity for Improvement) as a Value Rating. The Comment Helper is available to assist in writing your comments.

| **Values** | **Score: 2.50 / 3.00** |
| --- | --- |

**Innovation**

Renew, change or create ideas, services, technologies and/or ways of doing things that provide organizational value.

- ○ **Exceeds**
  Performance consistently achieves and frequently exceeds expectations. Makes exceptional contributions to the hospital by demonstrating initiative in addressing issues and developing solutions for greater efficiencies and effectiveness.

- ◉ **Achieves**
  Performance consistently meets the expectation. Makes important contributions to the overall functioning of the hospital by demonstrating solid performance.

- ○ **Opportunity for Improvement**
  Performance falls below expectations.

| **Self:** |
| --- |
| **Provide specific example tied to Behavioral Anchor:** |

**Service Excellence**

Provide exceptional service to our customers, including students, patients, families and fellow employees.

- ◉ **Exceeds**
  Performance consistently achieves and frequently exceeds expectations. Makes exceptional contributions to the hospital by demonstrating initiative in addressing issues and developing solutions for greater efficiencies and effectiveness.

- ○ **Achieves**
  Performance consistently meets the expectation. Makes important contributions to the overall functioning of the hospital by demonstrating solid performance.

- ○ **Opportunity for Improvement**
  Performance falls below expectations.

TJUH001162

**Self:** Adhering to patient needs that come in to be admitted to our Headache clinic. I will ask them is the lighttoo bright then ask them their level of pain from 1-10, if its 8-10, I wll dim the light.

**Provide specific example tied to Behavioral Anchor:** Behavioral Anchor: Professionalism

Exceeds: Consistently demonstrates competence, good judgment and civility and encourages others to do the same.

Dywanna exceeds expectations with patients using AIDET and floor nurses by always helping them to get difficult patients that are not on her run.

---

## Collaboration

Work effectively with others across the Jefferson community to achieve a common purpose and create value.

- ◉ **Exceeds**
  Performance consistently achieves and frequently exceeds expectations. Makes exceptional contributions to the hospital by demonstrating initiative in addressing issues and developing solutions for greater efficiencies and effectiveness.

- ◯ **Achieves**
  Performance consistently meets the expectation. Makes important contributions to the overall functioning of the hospital by demonstrating solid performance.

- ◯ **Opportunity for Improvement**
  Performance falls below expectations.

**Self:**

**Provide specific example tied to Behavioral Anchor:** Behavioral Anchor: Honest Communication

Exceeds: Seeks feedback and responds positively, provides regular positive and constructive feedback to others; settles issues directly and cooperatively.

Dywanna is always willing to train our phlebotomy students by taking the time to show students the safest and effective way to draw blood.

---

## Ownership

Take responsibility for achieving excellent results.

- ◯ **Exceeds**
  Performance consistently achieves and frequently exceeds expectations. Makes exceptional contributions to the hospital by demonstrating initiative in addressing issues and developing solutions for greater efficiencies and effectiveness.

- ◉ **Achieves**
  Performance consistently meets the expectation. Makes important contributions to the overall functioning of the hospital by demonstrating solid performance.

- ◯ **Opportunity for Improvement**
  Performance falls below expectations.

TJUH001163

**Self:** I take pride in doing my job well.

**Provide specific example tied to Behavioral Anchor:**

---

## Respect

Demonstrate a consistently open-minded, courteous and compassionate approach to all.

- ◉ **Exceeds**
  Performance consistently achieves and frequently exceeds expectations. Makes exceptional contributions to the hospital by demonstrating initiative in addressing issues and developing solutions for greater efficiencies and effectiveness.

- ○ **Achieves**
  Performance consistently meets the expectation. Makes important contributions to the overall functioning of the hospital by demonstrating solid performance.

- ○ **Opportunity for Improvement**
  Performance falls below expectations.

**Self:** I'm always kind & professional to staff and patients.

**Provide specific example tied to Behavioral Anchor:** Behavioral Anchor: Integrity

Exceeds: Models the highest ethical standards in each and every encounter.

Dywanna always cordial and willing to help coworkers, students and clients

---

## Empowerment

Take action to control work and decision making to affect positive outcomes.

- ○ **Exceeds**
  Performance consistently achieves and frequently exceeds expectations. Makes exceptional contributions to the hospital by demonstrating initiative in addressing issues and developing solutions for greater efficiencies and effectiveness.

- ◉ **Achieves**
  Performance consistently meets the expectation. Makes important contributions to the overall functioning of the hospital by demonstrating solid performance.

- ○ **Opportunity for Improvement**
  Performance falls below expectations.

**Self:** I take action by taking the innitaive daily to check physician notes for errors & report them to my supervisor. I take action by taking my time to research all specialty test ordered by physicians, for proper specimen submission. I take action to help my coworkers with accurate

TJUH001164

order entry to avoid order entry errors.

**Provide specific example tied to Behavioral Anchor:**

## SECTION C: PERFORMANCE

## JOB DUTIES/PERFORMANCE EXPECTATIONS

| |
|---|
| Answers phones in a prompt and courteous manner, determining nature of business, directing calls to appropriate personnel, or taking messages. |
| Attaches draft surgical pathology to requisitions for review. |
| Checks incomplete work reports to coincide with Reference lab lists. |
| Checks lab request from patient's doctor, collecting appropriate specimen in proper container. |
| Collects specimens for Glucose Tolerance tests on outpatients. |
| Completes mandatory inservices on an annual basis. |
| Conducts in-service education programs of assigned personnel. |
| Cooperates with laboratory divisions and nursing personnel to ensure proper collection of adequate and appropriate specimens for testing. Communicates essential information to laboratory sections regarding specimens, ordering information and priorities. |
| Files and organizes slides and blocks. |
| Follows standard precautions when there is a likelihood of an exposure to blood or bodily fluids. |
| Handles preparation of specimens for Reference Laboratory. |
| Informs supervisor immediately if an untoward reaction occurs with a patient. |
| Keeps abreast of new trends and developments in field by participating in continuing education programs such as seminars, workshops, and conferences. |
| Labels all specimens, delivering them to proper laboratory for testing. Communicates essential information to laboratory sections. |
| Maintains all files in department, ensuring confidentiality of all patient information. |
| Maintains cytology and histology correlation as requested by pathologists. |
| Orders appropriate tests for the following specimen sources: private physician offices, Home Health, and Bove Center. |
| Other duties as assigned by supervisor. |
| Participates in Laboratory Safety Program. |
| Participates in the department's performance improvement program. |
| Performs IV bleeding as directed. |

TJUH001165

Performs capillary punctures on children under age two or when a suitable vein is not located on a patient over the age of two; checks puncture site before leaving patient.

Performs contract registration for Wyeth and orders appropriate tests.

Performs duties in a professional and courteous manner, being sensitive to patient's concerns and apprehensions about procedures.

Performs venipuncture when requested, using proper techniques, and checking venipuncture site before leaving patient. Always confirms patient identification prior to performing venipuncture.

Prints and files.

Prints physician and contract summaries daily.

Pulls slides and blocks from files or storage for slide send out consults. Prints reports for slide send outs.

Pulls slides, sending them to appropriate physician, hospital, or lab for review. Documents the process for sending and receiving slides and tissue blocks.

Receives outpatients, orders appropriate tests as prescribed by the physician's notes. Demonstrates professional demeanor when dealing with patients, medical staff and other personnel. Maintains patient confidentiality and demonstrates professional behavior at all times.

Researches previous cases for Pathologist.

Responsible for daily maintenance and trouble shooting of printers including changing paper, ribbons, toner, routine cleaning and other duties related to daily operation.

Retrieves, numbers and tabulates specimens from Operating Room as designated by the Pathologist or a Histology Supervisor. Independently prepares specimens, frozen sections, fine needle aspirations and gross specimens.

Sorts, distributes, and mails all outpatient results to appropriate referring/ordering physician.

Stains and coverslips slides.

Trains other personnel in proper phlebotomy techniques.

Utilizes computer system to retrieve patient collection review and patient data review reports, and other information as needed.

Works closely with Pathologist and assists in the handling and processing of surgical specimens.

# Job Duties / Performance Expectations

**Performance Rating**

**M** - Met
**NM** - Not Met
**N/A** - Not Applicable

**Validation Method**

**OW** - Observation of Work
**EW** - Evidence of Work
**N/A** - Not Applicable

| | Performance Rating | | | |
|---|---|---|---|---|
| | M | NM | N/A | Validation Method |
| Job duties as listed above. | ◉ | ○ | ○ | ☑ OW<br>☑ EW<br>☐ N/A |

TJUH001166

## Unit/Department/Population Specific

**Performance Rating**

**M** - Met
**NM** - Not Met
**N/A** - Not Applicable

**Validation Method**

**OW** - Observation of Work
**EW** - Evidence of Work
**N/A** - Not Applicable

| | Performance Rating | | | |
|---|---|---|---|---|
| | M | NM | N/A | Validation Method |

## Annual Competency Assessment

**Performance Rating**

**M** - Met
**NM** - Not Met
**N/A** - Not Applicable

**Validation Method**

**OW** - Observation of Work
**EW** - Evidence of Work
**N/A** - Not Applicable

| | | Performance Rating | | | |
|---|---|---|---|---|---|
| | | M | NM | N/A | Validation Method |
| 1. Enter the competency to the right. | **Phlebotomy** | ◉ | ○ | ○ | ☑ OW ☑ EW ☐ N/A |
| 2. Enter the competency to the right. | **Accessioning** | ◉ | ○ | ○ | ☑ OW ☑ EW ☐ N/A |
| 3. Enter the competency to the right. | **Out patient ordering** | ◉ | ○ | ○ | ☑ OW ☑ EW ☐ N/A |
| 4. Enter the competency to the right. | | ◉ | ○ | ○ | ☐ OW ☐ EW ☑ N/A |
| 5. Enter the competency to the right. | | ◉ | ○ | ○ | ☐ OW ☐ EW ☑ N/A |

## Progress Towards Previous Goals                    Score: 2.33 / 3.00

**Goals**                                                                    **Score**

TJUH001167

**Title:** Quality & Safety                                                    3.00 / 3.00



We will excel and be widely recongized as a leader in quality and patient safety.
How we measure our success:
- Readmissions
- Mortality
- Infections
- Safety Teamwork Climate

    Rating: Exceeds

Individual SMART Goal

Practice universal precautions and foster a safe work environment for self and co workers. Follow laboratory safety policies and procedures when handling/processing patient specimens by using proper PPE, lab coats, gloves, shields and any other equipment needed. Work efficiently to complete phlebotomy and accessioning without compromise. Maintain compliance with Health stream training programs. Adhere to all HIPPA regulations including patient and employee. Perform all assigned duties in an accurate and efficient manner with a positive attitude.

Achievement

Dywanna checks the out patient notes from the previous day to assure that the correct test is ordered and if missed could be added to avoid the patient having to return.

**Title:** People                                                              2.00 / 3.00



We will become the most desirable place to work in greater Philadelphia.
How we measure our success:
- Employee engagement
- Retention
- Productivity

    Rating: Achieves

Individual SMART Goal

Treat coworkers and other employees with respect at all times. Interact effectively in a friendly courteous professional manner at accessioning window, at patient care areas and during phone conversations. Remain calm and professional during difficult interactions and seek a supervisors help when needed before a situation escalates. Participate as a member of a lab team and act as such by helping coworkers to achieve better patient care when needed. Read e-mail and other communication at least once per day. Attend lab meetings or sign off on minutes without being reminded. Maintaining professionalism and respect for management at all times.

Achievement

We will provide exceptional service to every customer, in every encounter.
How we measure our success:
- Patient Satisfaction (HCAHPS)

   Rating: Achieves

Individual SMART Goal

Practice service excellence models with every patient you come in contact with by practicing AIDET. Take the initiative to complete work tasks in a timely manner. Follow all of the lab policies including breaks and cell phone usage. Being reliable and accountable for completing all work activities before the next shift and if unable communicate when appropriate in designated communication book in each area. Increase flexibility by accepting schedule changes or additional work that is required to provide better service for patient care. Willingness to cross train in different areas of the lab. Utilize downtime efficiently. Follow direction form immediate supervisor along with established procedures.

Achievement

## SECTION D: OVERALL PERFORMANCE SUMMARY

Your overall Performance Summary reflects your success at demonstrating the Jefferson iSCORE Values and the outcome of achieving your Goals.

## OVERALL PERFORMANCE                        Rating: Achieves

## Improvement Action Plan

**To be used if overall score is Unsatisfactory**

**Title:**                                                       **Due:**

## Career/Professional Development Plan

**Self: Title:**

**Title: Epic**                                              **Due: 4/30/17**

    To become proficient in the new LIS

**Employee Acknowledgement**

Click the hyperlink to review the employee acknowledgements statement and confirm review below.

## Employee Comments

TJUH001169

## Evaluator Comments

Dywanna is enthusiastic, energetic and displays positive behavior. Dywanna has a way of adjusting when unexpected situations arise. Dywanna is an excellent phlebotomist and often helps nursing to obtain blood from difficult patients. When Dywanna closes the out patient area I am confident that the supplies are restocked and the room is left neat for the next shift. Dywanna is wonderful with the patients and has a way of putting them at ease. Dywanna is courteous and knowledgeable and is an asset to the clinical lab team.

| Employee: | Dywanna Michelle Broadnax D.B. (electronic signature for the evaluation of Dywanna Michelle Broadnax) |
|---|---|
| Date (M/d/yy): | 8/3/16 04:13 PM EDT |

TJUH001171

| Manager: | Joyce A Zagacki J.Z. (electronic signature for the evaluation of Dywanna Michelle Broadnax) |
| --- | --- |
| Date (M/d/yy): | 8/3/16 04:55 PM EDT |

TJUH001172

| 2nd Level Manager: | George Marrone G.M. (electronic signature for the evaluation of Dywanna Michelle Broadnax) |
|---|---|
| Date (M/d/yy): | 8/4/16 10:01 AM EDT |

TJUH001173

# Jeff SMART

## PERFORMANCE EVALUATION
## Employees of Jefferson Health

## Employee Identification

**Name:** Dywanna Broadnax      **Job Number:** 005985

**Job Title:** Lab Assistant      **Employer:** TJH

**Department:** OUTPATIENT LABORATORY      **Division:** OUTPATIENT LABORATORY

**Salary Grade:** 06      **FLSA Status:** Nonexempt

## Evaluation Period

**From:** July 1, 2016 **To:** June 30, 2017

## SECTION A: PERFORMANCE EVALUATION

### Annual Requirements

**M** - Meets
**NM** - Does Not Meet
**N/A** - Not Applicable

| | M | NM | N/A |
|---|---|---|---|
| Health Stream Training | ✓ | | |
| Licenses/Certifications (ongoing compliance) | ✓ | | |

## SECTION B: VALUES

Jefferson's **iSCORE** values include behaviors our employees demonstrate daily to patients, students, and fellow staff, which enable Jefferson to continue with its mission. Jefferson's values define who we are as an organization, what we stand for and how we continue the work of helping others that began here nearly two centuries ago. To promote a consistent interpretation of the iSCORE values and the expected behaviors, we have defined specific behavioral anchors for each of the **iSCORE** values.

**Instructions**

**EMPLOYEE:**
Self Evaluation -- Click on the blue hyperlink to view the Behavioral Anchors associated with the Value. Choose an anchor and provide a specific example of how you demonstrated the Value. Select a rating (Exceeds, Achieves, Opportunity for Improvement) as a Value Rating.

TJUH001152

**MANAGER:**
Click on the blue hyperlink to view the Behavioral Anchors associated with the Value. Choose an anchor and provide a specific example of how the employee demonstrated the Value. Select a rating (Exceeds, Achieves, Opportunity for Improvement) as a Value Rating. The Comment Helper is available to assist in writing your comments.

## Values                                                   Score:  2.33 / 3.00

### Innovation

Renew, change or create ideas, services, technologies and/or ways of doing things that provide organizational value.

**Exceeds**
Performance consistently achieves and frequently exceeds expectations. Makes exceptional contributions to the hospital by demonstrating initiative in addressing issues and developing solutions for greater efficiencies and effectiveness.

**Achieves**
Performance consistently meets the expectation. Makes important contributions to the overall functioning of the hospital by demonstrating solid performance.

**Opportunity for Improvement**
Performance falls below expectations.

**Self:** Keep supplies stocked in both Out Patients and the Phlebotomy room. Keep scripts filed by date, neat and counted daily. Bleach down all areas multiple times a day, to minimize germs and generate a aroma of sterility so that patients know that we are a clean lab.

**Provide specific example tied to Behavioral Anchor:** Behavioral Anchor: Embraces Change

Achieves: Accepts change with willingness. Contributes to the implementation of new ideas.

---

### Service Excellence

Provide exceptional service to our customers, including students, patients, families and fellow employees.

**Exceeds**
Performance consistently achieves and frequently exceeds expectations. Makes exceptional contributions to the hospital by demonstrating initiative in addressing issues and developing solutions for greater efficiencies and effectiveness.

**Achieves**
Performance consistently meets the expectation. Makes important contributions to the overall functioning of the hospital by demonstrating solid performance.

**Opportunity for Improvement**
Performance falls below expectations.

**Self:** From the moment I punch the time clock and begin my shift, I demonstrate professionalism ad kindness to all I come in contact with, patients and staff. I hold doors for everyone if necessary, I get wheel chairs to help patients to the lobby, I show respect to all patients families while on the floor. I show patience when phlebotomy students are obtaining their 100 sticks. I show them the same way I was taught, as well as telling them the importance of practicing AIDET.

**Provide specific example tied to Behavioral Anchor:** Behavioral Anchor: Empathy

Exceeds: Actively seeks to understand others perspective in all situations and acts to achieve a positive service experience.
Dywanna has received many compliments from patients for always going above and beyond for them.

---

### Collaboration

TJUH001153

Work effectively with others across the Jefferson community to achieve a common purpose and create value.

### Exceeds
Performance consistently achieves and frequently exceeds expectations. Makes exceptional contributions to the hospital by demonstrating initiative in addressing issues and developing solutions for greater efficiencies and effectiveness.

### Achieves
Performance consistently meets the expectation. Makes important contributions to the overall functioning of the hospital by demonstrating solid performance.

### Opportunity for Improvement
Performance falls below expectations.

**Self:** Work very well with all LAB staff, I also work well with all nursing staff. Sometimes I assist them with IV insertions, by finding and sticking the vein for them. I also never mind doing anything a RN or DR may ask of me while on the floor. such as getting clean linen, ice, juice, supplies etc.

**Provide specific example tied to Behavioral Anchor:** Behavioral Anchor: Engages Others

Achieves: Takes initiative to involve appropriate stakeholders to achieve results.

---

## Ownership

Take responsibility for achieving excellent results.

### Exceeds
Performance consistently achieves and frequently exceeds expectations. Makes exceptional contributions to the hospital by demonstrating initiative in addressing issues and developing solutions for greater efficiencies and effectiveness.

### Achieves
Performance consistently meets the expectation. Makes important contributions to the overall functioning of the hospital by demonstrating solid performance.

### Opportunity for Improvement
Performance falls below expectations.

**Self:** I always want a patient to remember me, I make sure I demonstrate a pleasant bed side manner at all times on the floor & a pleasant greeting demeanor in Out Patients. I take my time and use a gentle touch. Sometimes I have to talk to them to calm down their anxiety and I never mind doing so.

**Provide specific example tied to Behavioral Anchor:** Behavioral Anchor: Accountability

Achieves: Accepts personal responsibility for individual actions, job performance and organizational outcomes.

---

## Respect

Demonstrate a consistently open-minded, courteous and compassionate approach to all.

### Exceeds
Performance consistently achieves and frequently exceeds expectations. Makes exceptional contributions to the hospital by demonstrating initiative in addressing issues and developing solutions for greater efficiencies and effectiveness.

### Achieves
Performance consistently meets the expectation. Makes important contributions to the overall functioning of the hospital by demonstrating solid performance.

TJUH001154

**Opportunity for Improvement**
Performance falls below expectations.

**Self:**

**Provide** Behavioral Anchor: Integrity
**specific**
**example** Exceeds: Models the highest ethical standards in each and every encounter.
**tied to**
**Behavioral** Dywanna has demonstrated on neumorus occasions respect for patients, co workers and supervisors.
**Anchor:** Dywanna has stayed past the out patient closing hours to draw a patient.

---

## Empowerment

Take action to control work and decision making to affect positive outcomes.

### Exceeds
Performance consistently achieves and frequently exceeds expectations. Makes exceptional contributions to the hospital by demonstrating initiative in addressing issues and developing solutions for greater efficiencies and effectiveness.

### Achieves
Performance consistently meets the expectation. Makes important contributions to the overall functioning of the hospital by demonstrating solid performance.

### Opportunity for Improvement
Performance falls below expectations.

**Self:**

**Provide** Behavioral Anchor: Solution Oriented
**specific**
**example** Achieves: Looks for solutions to problems and challenges.
**tied to**
**Behavioral**
**Anchor:**

## SECTION C: PERFORMANCE

## JOB DUTIES/PERFORMANCE EXPECTATIONS

| |
|---|
| Answers phones in a prompt and courteous manner, determining nature of business, directing calls to appropriate personnel, or taking messages. |
| Attaches draft surgical pathology to requisitions for review. |
| Checks incomplete work reports to coincide with Reference lab lists. |
| Checks lab request from patient's doctor, collecting appropriate specimen in proper container. |
| Collects specimens for Glucose Tolerance tests on outpatients. |
| Completes mandatory inservices on an annual basis. |
| Conducts in-service education programs of assigned personnel. |
| Cooperates with laboratory divisions and nursing personnel to ensure proper collection of adequate and appropriate specimens for testing. Communicates essential information to laboratory sections regarding specimens, ordering information and priorities. |
| Files and organizes slides and blocks. |

TJUH001155

Follows standard precautions when there is a likelihood of an exposure to blood or bodily fluids.

Handles preparation of specimens for Reference Laboratory.

Informs supervisor immediately if an untoward reaction occurs with a patient.

Keeps abreast of new trends and developments in field by participating in continuing education programs such as seminars, workshops, and conferences.

Labels all specimens, delivering them to proper laboratory for testing. Communicates essential information to laboratory sections.

Maintains all files in department, ensuring confidentiality of all patient information.

Maintains cytology and histology correlation as requested by pathologists.

Orders appropriate tests for the following specimen sources: private physician offices, Home Health, and Bove Center.

Other duties as assigned by supervisor.

Participates in Laboratory Safety Program.

Participates in the department's performance improvement program.

Performs IV bleeding as directed.

Performs capillary punctures on children under age two or when a suitable vein is not located on a patient over the age of two; checks puncture site before leaving patient.

Performs contract registration for Wyeth and orders appropriate tests.

Performs duties in a professional and courteous manner, being sensitive to patient's concerns and apprehensions about procedures.

Performs venipuncture when requested, using proper techniques, and checking venipuncture site before leaving patient. Always confirms patient identification prior to performing venipuncture.

Prints and files.

Prints physician and contract summaries daily.

Pulls slides and blocks from files or storage for slide send out consults. Prints reports for slide send outs.

Pulls slides, sending them to appropriate physician, hospital, or lab for review. Documents the process for sending and receiving slides and tissue blocks.

Receives outpatients, orders appropriate tests as prescribed by the physician's notes. Demonstrates professional demeanor when dealing with patients, medical staff and other personnel. Maintains patient confidentiality and demonstrates professional behavior at all times.

Researches previous cases for Pathologist.

Responsible for daily maintenance and trouble shooting of printers including changing paper, ribbons, toner, routine cleaning and other duties related to daily operation.

Retrieves, numbers and tabulates specimens from Operating Room as designated by the Pathologist or a Histology Supervisor. Independently prepares specimens, frozen sections, fine needle aspirations and gross specimens.

Sorts, distributes, and mails all outpatient results to appropriate referring/ordering physician.

Stains and coverslips slides.

Trains other personnel in proper phlebotomy techniques.

Utilizes computer system to retrieve patient collection review and patient data review reports, and other information as needed.

Works closely with Pathologist and assists in the handling and processing of surgical specimens.

## Job Duties / Performance Expectations

TJUH001156

Halogen Software

**Performance Rating**

**M** - Met
**NM** - Not Met
**N/A** - Not Applicable

**Validation Method**

**OW** - Observation of Work
**EW** - Evidence of Work
**N/A** - Not Applicable

| | Performance Rating | | | |
|---|---|---|---|---|
| | M | NM | N/A | Validation Method |
| Job duties as listed above. | ∗ | | | ✔ OW |
| | | | | ✔ EW |
| | | | | N/A |

## Annual Competency Assessment

**Performance Rating**

**M** - Met
**NM** - Not Met
**N/A** - Not Applicable

**Validation Method**

**OW** - Observation of Work
**EW** - Evidence of Work
**N/A** - Not Applicable

| | | Performance Rating | | | |
|---|---|---|---|---|---|
| | | M | NM | N/A | Validation Method |
| 1. Enter the competency to the right. | **Phlebotomy** | ∗ | | | ✔ OW |
| | | | | | ✔ EW |
| | | | | | N/A |
| 2. Enter the competency to the right. | **Receiving** | ∗ | | | ✔ OW |
| | | | | | ✔ EW |
| | | | | | N/A |
| 3. Enter the competency to the right. | **Out patient ordering** | ∗ | | | ✔ OW |
| | | | | | ✔ EW |
| | | | | | N/A |
| 4. Enter the competency to the right. | | | | ∗ | OW |
| | | | | | EW |
| | | | | | ✔ N/A |
| 5. Enter the competency to the right. | | | | ∗ | OW |
| | | | | | EW |
| | | | | | ✔ N/A |

## Progress Towards Previous Goals        Score: 2.00 / 3.00

| Goals | Score |
|---|---|
| **Title:** People | 2.00 / 3.00 |

TJUH001157



We will become the most desirable place to work in greater Philadelphia.
How we measure our success:
- Internal Brand Awareness
- Retention
- Productivity

    Rating: Achieves

        Individual SMART Goal
Treat coworkers and other employees with respect at all times. Interact effectively in a friendly courteous professional manner at accessioning window, at patient care areas and during phone conversations. Remain calm and professional during difficult interactions and seek a supervisors help when needed before a situation escalates. Participate as a member of a lab team and act as such by helping coworkers to achieve better patient care when needed. Read e-mail and other communication at least once per day. Attend lab meetings or sign off on minutes without being reminded. Maintaining professionalism and respect for management at all times.

Achievement

---

**Title:**
Quality & Safety



2.00 / 3.00



We will excel and be widely recognized as a leader in quality and safety, for our patients, our students, and ourselves.
How we measure our success:
- Readmissions
- Mortality
- Infections
- Safety Teamwork Climate
- Lab Safety
- Minimizing campus safety hazards

    Rating: Achieves

        Individual SMART Goal
Practice universal precautions and foster a safe work environment for self and co workers. Follow laboratory safety policies and procedures when handling/processing patient specimens by using proper PPE, lab coats, gloves, shields and any other equipment needed. Work efficiently to complete phlebotomy and accesssiong without compromise. Maintain compliance with Health stream training programs. Adhere to all HIPPA regulations including patient and employee. Perform all assigned duties in an accurate and efficient manner with a positive attitude.

Achievement

---

**Title:**
Growth

2.00 / 3.00



We will implement key programs, new partnerships, technologies and facilities to expand and improve service offerings to the communities we serve.
How we measure our success:
- Volume growth in outpatient surgeries, urgent care centers, physician office visits and inpatient admissions.
- Integration
- New Academic Programs
- Innovation
- Grant Submissions

    Rating: Achieves

        Individual SMART Goal

TJUH001158

Epic
Attend all classes as required.
Familiarize yourself in the practice area especially when the workload allows.
Check Email daily for any Epic updates.
Complete all competencies within the required time frame.

Achievement

## SECTION D: OVERALL PERFORMANCE SUMMARY

Your overall Performance Summary reflects your success at demonstrating the Jefferson iSCORE Values and the outcome of achieving your Goals.

## OVERALL PERFORMANCE

**Rating:** Achieves

## Improvement Action Plan

**To be used if overall score is Unsatisfactory**

**Title:**                                                                **Due:**

## Career/Professional Development Plan

**Self: Title:**

**Title: Epic training**                                              **Due:** 2/1/18

Training in the send out area of micro

## Employee Acknowledgement

Click the hyperlink to review the employee acknowledgements statement and confirm review below.

## Employee Comments

## Evaluator Comments

Dywanna projects a professional and dignified demeanor in all interactions with both colleagues and patients. Dywanna is an excellent phlebotomist and is always willing to expand her knowledge. Dywanna has embraced the new LIS and is working toward mastering it. Dywanna is a valued member of our lab team.

TJUH001159

Halogen Software

| Employee: | Dywanna Michelle Broadnax D.B. (electronic signature for the evaluation of Dywanna Michelle Broadnax) |
|---|---|
| Date (M/d/yy): | 9/29/17 03:03 PM EDT |

| Manager: | Joyce A Zagacki J.Z. (electronic signature for the evaluation of Dywanna Michelle Broadnax) |
|---|---|
| Date (M/d/yy): | 10/2/17 06:32 AM EDT |

Electronic confirmation:      25ed3fcbbd72c08977dc3d6052cd76e9

TJUH001160

# Broadnax Exhibit 3

# monthly schedule, re-training in sendouts, micro, hand helds.

Dywanna Broadnax

Fri 7/18/2014 5:56 PM

To:Joyce Zagacki <Joyce.Zagacki@jefferson.edu>;

Hi Mrs. Joyce,  do you mind please making my shift (8) same as everyone elses on our monthly schedules?  You have me down as 2-7, 12-4, etc. instead of regualr shift number identifiers like everyone else.  Three difffent lab assistants inquired why does my schedule have so little hours.  And two of the assistants told me that you told them that I had to reduce my hours because I can only work a small amount a week.  That hurt my feelings very bad & I was embarassed. I didnt want to tell you in the beginning because I have had issues in the past when my info that I shared with you got out to my coworkers. Since I needed that letter from you, I had to tell you.  I just didnt thnkmy coworkers were going to find out. I think when you changed my (8) to times, it made it obvious. Now the other staff is aware of my hour deductions and why Ihad to reduce.  Once again I feel violated and humiliated by my job.

I also wanted to know am I too getting a raise next month?  And why was I not told to report to Healthmark last month for the fit test?  And the hand held training, micro, send outs.  I am the least usuable amongst yourstaff but have been here the longest.  I try not to bug you, but as I have told you in the past, since I have been back, I have yet to be retrained.  And sometimes I run into issues that I cant answer, and that would not happen if I was re-trained. I have more knowledge and skills than phlebotomy. You have your new hires in Micro, Sendouts, accessioning, Ifusion Center, utilizing the hand helds etc...All I do is phlebotomy, I just hope we can fix it very soon. I dont seem equal to your lab assistants, its not a warm welcomng enviroment for me right now. I feel as though I just got out of school, and this is my first job in the field. Not like I have been a phlebotomist for you since 2005.

Lastly, if you are still going to write me a reccomendation letter for nursing school, I need it by August 15th, if you dont mind, thank you.

Broadnax_0025

3/7/2018

# Broadnax
# Exhibit 4

**From:** u=Joyce Zagacki/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=8FB949D2867840269639E4241FC558D4-JXZ199_D1EA

**Sent:** Mon, 2 Oct 2017 15:21:15 -0400 (EDT)

**To:** "Teresa Heavens" <Teresa.Heavens@jefferson.edu>

Hi Terry,

   Dywanna Broadnax will not be able to attend the class today from 4 to 530Pm.  I had a few call outs and have no one to cover her in the department.  Sorry for the short notice.  I was trying to get someone however no luck.  I will try to reschedule her.  Thanks

TJUH001051

**From:** Teresa Heavens <Teresa.Heavens@jefferson.edu>
**Sent:** Tue, 31 Oct 2017 16:01:56 -0400 (EDT)
**To:** MHD-Key_Personnel_and_Department_Heads<MHD-Key_Personnel_and_Department_Heads@jefferson.edu>
**Cc:** Michael Molta <Michael.Molta@jefferson.edu>; "Bernard.Moran@aus.com"<Bernard.Moran@aus.com>; Ralph Farah <ralph.farah@jefferson.edu>; John Duca<John.Duca@jefferson.edu>; Joyce Zagacki <Joyce.Zagacki@jefferson.edu>; Lorraine Weikel <Lorraine.Weikel@jefferson.edu>; Anthony Peel<Anthony.Peel@jefferson.edu>; Samuel Przybylski<Samuel.Przybylski@jefferson.edu>; Francis Smith<Francis.Smith@jefferson.edu>; Carole Harvey <Carole.Harvey@jefferson.edu>; Cory Fiamingo <Cory.Fiamingo@jefferson.edu>; Angela Merkh<Angela.Merkh@jefferson.edu>; Andrea DelMastro<Andrea.DelMastro@jefferson.edu>; Robert Dunmire<Robert.Dunmire@jefferson.edu>; Angela Miller <Angela.Miller@jefferson.edu>; Carolbeth Chromiak <Carolbeth.Chromiak@jefferson.edu>; Carol Harris<Carol.Harris@jefferson.edu>
**Subject:** Service Excellence Training-2017 – Support & Ancillary Services

Hello!  Below are the names of those staff members who will be attending Service training with me on Wednesday, November 1, 2017, and Tuesday, November 7, 2017  in the Morgan Conference Center.
 If you do have any other staff who plan to attend, please email me their names.  Thank you!  Terri Heavens

### Service Excellence Training-2017 – Support & Ancillary Services

| | Wednesday, November 1 | 9:30 a.m. until 11 a.m. |
|---|---|---|
| Oscar Chan (Storeroom) | | |
| Richard Moore (Linen) | | |
| Natacha Fils-Aime (B3 Surgery) | | |
| Carolyn Pinkney (B5) | | |
| Zaahid Holloman (EVS) | | |
| Antonio Bautro (EVS) | | |
| Nicholas Carter (EVS) | | |
| | | |
| Fred Coppola (Facilities) | | |
| Rich Stella (Facilities) | | |
| Rich Durbano (Facilities) | | |
| Angela Merkh (Facilities) | | |
| Anthony Cascardo (Security) | | |
| Nasiybah Sayfullah (Security) | | |
| Alina Kotyakov (B6) | | |
| Aqueelah White (EVS) | | |
| | | |
| Hugh Nugent (Lab) | | |
| | | |
| Kathleen Rucker (Access) | | |
| Jean Claude Philipe (CPD) | | |
| Deja Burry (Security) | | |
| Michael Chism (Security) | | |
| Drew Faulls (Storeroom) | | |
| Michael Leonard (Storeroom) | | |
| John Pielacha (Linen) | | |
| James Saunders (Transport) | | |
| **Attendee** | **Date** | **Time** |
| | Tuesday, November 7 | 8 a.m. – 9:30 a.m. |
| Rochelle Crump (EVS) | | |
| David Torriero (Storeroom) | | |
| Crystal Taylor (Lab) | | |
| Brandon Wesley (EVS) | | |
| Cecelia Middleton (EVS) | | |
| Darrell Way (EVS) | | |
| Rita Machette (EVS) | | |
| Dywanna Broadnax (Lab) | | |
| Gabriela Avila Ventura (Surgery) | | |
| Michelina Zuccarini (Food) | | |
| Olivia Garris (Surgery) | | |
| Victoria Martino (Lab) | | |
| Grace Manfoundou (B5) | | |
| | | |
| Stephen Leonetti (EVS) | | |
| Jada White (B5) | | |

TJUH000627

| | | |
|---|---|---|
| Sabrina Holloman (EVS) | | |
| Boaz (EVS) | | |
| Marquan Trippett (EVS) | | |

| | | |
|---|---|---|
| Carl Green (Facilities) | | |
| Janai McDaniels (ED Reg.) | | |
| Glennesha Childress (Food) | | |
| Natisha Thomas (Food) | | |
| Gary Cammisa (EVS) | | |
| Cassandra Forrest (B5) | | |
| Dixie Patel (Lab) | | |
| Arlene Shaw (B5) | | |
| Charlie Pinto (EVS) | | |
| George Hutchful (EVS) | | |
| Joseph Smith (EVS) | | |
| Rochelle Newsuan (EVS) | | |
| Verona Downer (EVS) | | |
| Miguel Calero (Security) | | |
| Nicholas Klumph (Security) | | |
| Charles Sport (Security) | | |
| Thomas Van Horn (Security) | | |

**Terri Heavens, BA, CLSS, CPXP**
Director, Service Excellence & Volunteer Services
Jefferson's Methodist Hospital
Office of Patient & Families Experience
2301 South Broad Street
Suite 1319
Philadelphia, PA  19148
Teresa.heavens@jefferson.edu
Office:  215.952.1698
Cell:  610.761.5220



**The patient should be at the center of everything  we do here at Jefferson.**

The information contained in this transmission contains privileged and confidential information. It is intended only for the use of the person named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or d

CAUTION: Intended recipients should NOT use email communication for emergent or urgent health care matters.

TJUH000628

# Broadnax
# Exhibit 5

## Re: geneice

**Joyce Zagacki**

Tue 10/1/2013 7:41 AM

To:Dywanna Broadnax <Dywanna.Broadnax@jefferson.edu>;

Dywanna,
   I would be happy to address this issue but I am a bit confused and I need to get the facts.  Lisa was not here on Saturday and Geniece was scheduled to leave at 12 on Sunday. I will check Genieces time card to see when she left. Please give me the correct timeline so I can address the issues.  These are serious accusations and I cannot question anyone until I have the facts.  Also were there any witnesses?

Joyce Zagacki
Outpatient and Histology Supervisor
Methodist Division, Thomas Jefferson University Hospital
2301 South Broad Street
Philadelphia, PA 19148
215 952 9115 (office)
215 952 1298 (fax)



-----Dywanna Broadnax/TJUH wrote: -----
To: Joyce Zagacki/TJUH@TJUH
From: Dywanna Broadnax/TJUH
Date: 09/30/2013 08:05PM
Subject: geneice

Mrs. Joyce I wanted to speak to you earlier but we weren't alone.  But on Saturday when I was centrifuging my noon specimens, Geneice was talking to Lisa, and as she spoke to Lisa she began to clap her hands in Lisa's face imitating the same way Chrysendra clapped in my face calling me "dog".  When Geneice clapped in Lisa face she kept repeating "hurry up Lisa, Hurry up Lisa".  I sat right there and watched her subliminal antagonizing behavior.  I could have approached her and said I know your being sarcastic, but I chose to tell you.  Please speak to her, because I dont want another encounter w/her or the other two ladies.  Anything else I will report her and anyone to HR for harassment.

Broadnax_0013
5/7/2018

# Broadnax
# Exhibit 6

# Phlebotomy supplies B-3

**Dywanna Broadnax**

Sun 11/10/2013 4:18 PM

To:Joyce Zagacki <Joyce.Zagacki@jefferson.edu>;

On Friday evening 11/8/13, I went to do my 7-9pm rounds. I started on B-5, by the time I got to B-3, I had already collected 3 sets of blood cultures on previous patients. So I needed blood cultures on rm#326, and rm#115. I got off the elevator and went into the supply closet to get the culture bottles, only to be told by Maureen Pisano the nurse manager that I had to put them back because she has emails from you stating we are not allowed in their supply closets. I tried to explain to her That I did come upstairs prepared however, I used all 12 bottles already. She insisted that I stopped my run to go down stairs to get more culture bottles then come back up and collect rm#326 blood cultures. Thankfully, a nurse had already collected rm326 and 115 so I did not have to make the trip downstairs to get the bottles and come back up. I understand the rule about taking supplies, but is this what you want us to do in a situation like this? (stop our run to come to the phlebotomy room to reload supplies)? She was very condescending, where as other nurses would had allowed me to use the bottles on their patient. I apologize if I didn't understand the rule.



5/7/2018

Broadnax_0015

# Broadnax
# Exhibit 7