**DYWANNA BROADNAX v. THOMAS JEFFERSON UNIVERSITY HOPSTIAL, INC.**
**U.S. District Court, Eastern District of Pennsylvania 21-CV-04662-JMY**

# PLAINTIFF

# DYWANNA BROADNAX'S

# EXHIBITS

# For Statement of Material Facts

# Set 2 of 2

# Exhibits 008-005

# Broadnax
# Exhibit 8

**From:** u=E Hix/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7D6673E9FB6B4279BB6F6763E04F9325-EXH162_1BB1

**Sent:** Mon, 4 Jun 2018 14:25:48 -0400 (EDT)

**To:** aberthea@pa.gov

**Subject:** Michelle Broadnax v. Thomas Jefferson University Hospitals, Inc.

---

I have just been handed your letter of May 22, 2018 requesting additional materials to be provided to you for your investigation. The due date is Friday, June 8, 2018. I am involved in depositions this week on another matter that will limit the amount of time I will be able to have to respond to the requests. Since I have just received the letter, I am requesting additional time to respond to these requests.

By the way, please note that my name is E. Jane Hix (note Jane E. Hix, that I am Senior Counsel (not Associate Counsel) and that my address is 834 Chestnut Street, Suite 400, Philadelphia, PA 19107. I would appreciate it if you could update that information in your system.

E. Jane Hix
Senior Counsel
Office of Legal Affairs
**Jefferson (Philadelphia University + Thomas Jefferson University)**
834 Chestnut Street, Philadelphia, PA 19107
T 215-955-9491
jane.hix@jefferson.edu
Jefferson.edu



| From: | E Hix <E.Hix@jefferson.edu> |
|---|---|
| Sent: | Mon, 4 Jun 2018 14:25:48 -0400 (EDT) |
| To: | "aberthea@pa.gov" <aberthea@pa.gov> |
| Subject: | Michelle Broadnax v. Thomas Jefferson University Hospitals, Inc. |

I have just been handed your letter of May 22, 2018 requesting  additional materials to be provided to you for your investigation.  The due date is Friday, June 8, 2018.  I am involved in depositions this week on another matter that will limit the amount of time I will be able to have to respond to the requests.  Since I have just received the letter, I am requesting additional time to respond to these requests.

By the way, please note that my name is E. Jane Hix (note Jane E. Hix, that I am Senior Counsel (not Associate Counsel) and that my address is 834 Chestnut Street, Suite 400, Philadelphia, PA 19107. I would appreciate it if you could update that information in your system.

E. Jane Hix
Senior Counsel
Office of Legal Affairs
Jefferson (Philadelphia University + Thomas Jefferson University)
834 Chestnut Street, Philadelphia, PA 19107
T 215-955-9491
jane.hix@jefferson.edu
Jefferson.edu



The information contained in this transmission contains privileged and confidential information. It is intended only for the use of the person named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or c

CAUTION: Intended recipients should NOT use email communication for emergent or urgent health care matters.

TJUH001343

# Broadnax
# Exhibit 9

**From:**    Dywanna Broadnax <Dywanna.Broadnax@jefferson.edu>
**Sent:**    Thu, 20 Jun 2019 15:46:19 -0400 (EDT)
**To:**    Suzana Hamza <Suzana.Hamza@jefferson.edu>
**Subject:**    Fw: Out Patients

---

**From:** Dywanna Broadnax
**Sent:** Thursday, June 20, 2019 3:45 PM
**To:** Joyce Zagacki
**Cc:** George Marrone; Joyce Zagacki
**Subject:** Out Patients

Hi. I am sending this email because I have many concerns about how things are being done in the out patient laboratory.  I know that I am a per diem employee and my opinion may not matter but, I have been working here for many years and I have always followed all instructions & rules. I have never been written up nor suspended.  If this job went on senority, I would be the lead phlebotomist here because I am considered a 5star employee even if I am not/never recognized for it thru out the year by my department heads or on my yearly evaluation.  There has never been a complaint about me from Methodist staff nor patients in 14 years, other than my co workers.  And my co workers complain about me because I do my job accurately, efficiently,  and professionally at all times.  My professional/accurate job skills here @Methodist came from the training by lab professionals and supervisors that were with Methodist for 20years or more when I started here in 2005. I say that to give a understanding why my work ethics and skills may differ from my co workers.

In the most recent months I have felt under minded many times by both my supervisor and co workers.  I come in work during 2nd shift, which means the ladies on 1st shift have different methods than I do in terms of how they run the out patient area.  So when I  come in and I see a co worker doing something 'different' than the way I was trained many years ago, I try to show them the right way and there is always a problem.  I take it to my supervisor, and instead of telling them I am doing it correctly, she will give us a option of doing it how we feel comfortable.  I would like to share examples that bothered me very bad recently.

We have a new employee, she had not been signed off on order entry, I tried to help her and let her know she was ordering the test incorrectly.  Her reaction to me was very defensive, and she said this is how they did it in the morning. I was trained by EPIC on 4/1/2016 on how to order labs.  We were instructed to order the test, go draw the patient, then come back to the computer and collect and receive the specimen in.  Well, the new employee, ordered the test, then pressed collect, then receive then she went to stick the patient. I let her know that was wrong and she argued with me so bad, she told me to meet her outside when she clocks out.  (That was a threat for me to meet her outside to fight).  I plainly said that, wen you order, collect and receive, before sticking the patient, that's falsifying time.  The next day instead of my supervisor telling them I was correct, she told us via email to do it either way. Had I trained the new girl on order entry that would've never happened.

 Another time, the new employee had a script that said "blood cultures", I told her to order 2 sets.  Janet told her only order one set, so she deleted the 2nd set I told her to order.  Janet called Ron, he said 1 set, she told Joyce she said 1 set. (Iknow I have been drawing this test for 20 years, and a physician never orders 1 set unless, the 1st set has been collected by someone else.  Other than that, 2 sets are always ordered from 2 different sites).  I decided to call the physician office to confirm what I already knew, and they said draw 2 sets.  Joyce said ok, just document who I spoke with (I always do). Then 1 minute later Joyce called back and asked me did I know I had to stick the patient two times.  At that moment I felt so humiliated because she knows I knew that but I felt she needed to embarrass me because everyone else was wrong and I was right. So the new girl had to order the second set again. Had the new girl not been told that my opinion doesn't matter that would've never happened.

I witnessed the student from CCP labeling specimens after the patient had already left.  I asked Janet what was  the student doing. She should have been trained to label the specimens in front of the patient while the patient holds pressure. Janet proceeded to tell the student.  I sad at that moment 'its no point telling her now, she is done her 100 sticks

TJUH000005

already".  Had I trained the student, that would've never happened.

Another new girl who started a few months ago, had to work the infusion center one day.  She called me and told me she was sending a patient to me.  When the patient arrived they had two tubes of blood in their hand that our phlebotomist drew.  I am unclear why she sent the patient across the street with blood specimens in his hand , but she said another co worker taught her to do that.  So I took the blood from the patient, ordered it and properly labeled it. I told the phlebotomist regardless of who told you to do that, never do that again.  Patients should never handle their own specimens unless they are bringing them from home. I told Joyce and she said she would look in to it.

Now to my most recent concern.  Because of all the things I have been witnessing with the new staff.  I decided to start checking script orders again.  I had taken a break from it because I had a medical scare some months back.  Now I feel cognitively confident enough to do this job duty again.  I felt it was necessary.  And since I have started checking scripts again, there are at least 3-6 mistakes a day.   The phlebotomist are missing test which means patients have to be called back if we don't have enough blood to add the test that was missed on.  Not only are they missing test, but they are also writing on the scripts.  They are using a highlighter to highlight the test to make sure they ordered it, or sometime they write check marks to make sure they ordered the test.  I graduated as a certified MA in 1999, been working every since.  I was taught in school that scripts are legal documents and no writing should be on them other than a error with the initials of the person who corrected the error.  Because the phlebotomist are writing on them for order verification, it confuses me when I have to look for errors because of so much writing. (They can point with a pen when ordering like I was taught here by Carol Delaney the supervisor proceeding Joyce).  I checked four days of scripts yesterday and there were more than 10 errors.  So I kindly made a small note for the girls regarding order entry and writing on scripts.  When I got here today the note was gone, there was no email from Joyce explaining anything I said pertaining to out patients, and all the scripts today are covered in highlighter and check marks.

At this point I am honestly fed up.  I have shown dedication to Methodist and the care I truly have for patient care.  But it has become so draining being a good employee that's never recognized, get thrown under the bus for trying to do my job right, and I am never defended by my boss.  In fact, I feel my boss makes them feel its ok to not adhere to my help.  I understand that I am not supervisor, however my supervisor wears many hats and can't focus on the out patient area at all times.  Without me things would be terrible and ran how the ladies want to do it, which is all wrong.

Sorry for being so straight forward, but I have had enough.  I am the only Phlebotomist here that has a associates degree in science.  Any test that needs collection in out patients on the floor I have drawn before, and if I haven't, I know how to look up collection requirements or call the dr for test verification.  Something that the other ladies won't do.  They send patients back to their doctors when they can't understand the script or if they don't have diagnosis codes.  I never send patients home.  They also tell patients we close at 4:00 instead of 4:30 mon thru Friday, then they tell themwe close on Saturdays at 11:30 instead of 12:00 when they call.

At this point I don't know what else I should do.  If we were still being scored by the Service and Operational Committee, we would fail monthly with this staff. Unlike in the years of 2007 and 2008 when we were awarded plaques for our high scores, when it was myself and 3other ladies that left over 10years ago.  And here I am still abiding by the service excellence standards, but creating enemies with my co workers and being continuously under minded by my supervisor for doing so.  I have been feeling this way for years.

TJUH000006

# Broadnax
# Exhibit 10

| | |
|---|---|
| **From:** | "Zene Colt" <Zene.Colt@jefferson.edu> |
| **Sent:** | Wed, 11 Feb 2015 09:51:09 -0500 (EST) |
| **To:** | "Joyce Zagacki" <Joyce.Zagacki@jefferson.edu> |
| **Subject:** | Fwd: Reguarding issues with a coworker |
| **Attachments:** | ATT00001.htm;Email to Joyce.rtf |

Hi Joyce,

I will give you a call to discuss.

Thanks,

Zene

Sent from my iPhone

Begin forwarded message:

**From:** Shannon Torelli <Shannon.Torelli@jefferson.edu>
**Date:** February 11, 2015 at 8:52:17 AM EST
**To:** Zene Colt <Zene.Colt@jefferson.edu>, Joyce Zagacki <Joyce.Zagacki@jefferson.edu>
**Subject: Reguarding issues with a coworker**

Hello Zene and Joyce,

Unfortunately I have to email you about a negative work experience(s) and not something neutral or positive, but the issue with this coworker of mine is an ongoing problem. My coworker Crystal who works here in the lab with me has had many inappropriate outbursts towards me and/or about me. I had come to Joyce my supervisor on every occasion that this has happened. I feel as though this needs to address to HR, as I had explained to Joyce when the second outburst had occurred via email and verbally. The email I had attached will explain the first 2 outburst that I had emailed Joyce about.

The third outburst occurred on a Saturday that I was working alongside Joyce in the Outpatient lab. Once more, I received my bloods in the outpatient that I had drawn on the floors. I was about to bring my specimens around to the main lab for testing, Joyce asked me to bring around 2 specimens to the main lab for Crystal to receive. I entered Crystal was sitting at the receiving window and did not have any work in front of her. I placed the 2 specimens next to her and said "Can you receive these specimens in please?" I then continued to deliver my specimens to the different departments in the lab and exited. I went directly back to assist Joyce back in the outpatient lab. A few mins later, Crystal comes storming in the outpatient lab yelling at Joyce saying "I am tired of this shit. I am going to put my two weeks in if this continues". Joyce said lower your voice and asked her what she was talking about. Crystal replied "Shannon came into the lab and gave me 2 specimens and said "Can you receive these in please". Joyce asked her "what was wrong with what I had said?" Crystal did not reply back. Joyce had told her to talk with her in her office. I would like to point out that this is the only time that she came in outpatient lab acting and speaking inappropriately and there was not a patient present, although there could have been a patient(s) present and this would have made it occasion number 3 that she had an outburst in front of a patient(s). I told Joyce once more that this is an ongoing problem and that if this continues I will have to go to HR about it.

TJUH000524

Today is Wednesday, February 11th, 2015. Crystal had approached me in the phlebotomy room telling me that a tech in the lab was questioning a sample I had drawn a mins before. I said, "thank you, I am going to go ask the tech directly to ask what was going. So I have a better understanding" she continued to get upset that she was not addressing the issue and followed me rage fully down the hallway to the main lab. I went to Stacy who was the tech. questioning my sample. Stacy just said that I had missed the mg and pho. I replied to Stacy "not a problem I will put it in right away". As I walked to log in and put the test I needed to in for Stacy, Crystal continued to get frantic and follow me telling me "see that is what I was going to tell you", I replied saying "I understand that but I wanted to talk directly to the tech who was questioning it". She came up to me again in a louder manner and said "if you have a problem with me then to tell her" I replied "You are the one with the problem with me and if you have an issue you need to address it to an supervisor. Go tell Joyce" She then started walking around in the lab yelling "this little girl always has an attitude, fuck this" and continued to say "this little girl..I am tired of her" again and again. She said it right in front of the 3rd shift supervisor Dan and Michelle who works in blood bank. Michelle continued to tell her to lower her voice. Out of frustration, I said back to her "I am not a little girl, I am a grown women and you need to respect me how I respect you" She then went stormed yelling in the hall way walking down to the supervisors office. She spoke to Donna and Linda supervisors of the lab. I got called into their office after they spoke to her. They spoke to me and told me that they would address this to Joyce.

Crystal not only has inappropriate out burst with me, but with many other coworkers. She seems to have a persona that she needs to look over everyone else's work including her own supervisors, needs to constantly correct people instead of going to her supervisor about issues regarding her coworkers and acts as though she is competition with her fellow coworkers. There is no competition and we are supposed to work as a team. Her inappropriate behavior is something that needs something done.

Sincerely,

Shannon Torelli
(215)827-7424

The information contained in this transmission contains privileged and confidential information. It is intended only for the use of the person named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

CAUTION: Intended recipients should NOT use email communication for emergent or urgent health care matters.

TJUH000525

Sent:                    Thursday, January 15, 2015 9:13 AM

To:                      Joyce Zagacki

Attachments:

Hello Joyce,

Weeks ago, I came to you about a problem that occurred with Crystal. A few weeks ago I came off the floor from drawing blood someone was using the computer in the Phleb. room, so I went to the outpatient lab (OP) to accession my bloods in. I arrived at OP around 0710, Crystal was there on the computer browsing the internet for personal matters. There were 3 patients' bloods sitting on the desk that she drew but did not accession in yet. It took me about 15 minutes to accession in my bloods, and then I brought them around to the main lab for testing. When I returned 2 patient walked in to get their blood drawn and Crystal was leaving. I drew the patients, more came in, and it was a busy morning. As I was processing patients waiting for blood draws, I noticed that Crystal had left the 3 patient bloods for me to process. I called her over in send outs, I told her I am very busy with patients and she had left her work here for me to do. She replied saying she was busy and had to run back and forth to the window at the main lab that why it didn't get done. I knew that was a lie because I saw her browsing the internet the last 15-20mins she was in OP. So I just sucked it up and whenever I got a break in between patients waiting, I would process the ones left. I noticed that is now about 0735 and the specimens she left were drawn around 0630. I was once more drawing a patient's blood, Crystal came storming in OP said "I am sick of this shit" right in front of the patient I was drawing, grabbed the on specimen bag that she left and I did not yet process on the desk and left. This came off to me as totally unacceptable, so I had went to you about the situation. From my understanding you spoke to her.

Today, Thursday, January 15th 2015, I came in to OP after drawing my bloods on the floor. A patient came in and sat in the waiting area (I have marked his paper work with a red * on the top left hand corner). At 0725 Crystal was about to leave OP and I noticed she left a patient blood once more on the desk, I said "Crystal you left your work. She turned around and replied loudly and rudely "you have to do it", I then said, "Excuse me?" and then she replied again louder and rudely "you have to do it" then left OP. All along the Patient is sitting right in front of me with his paper work that I am about to process. He was shocked and asked me if I was okay. I told him not to worry and apologized for the inconvenience. As he left, he said "I hope your day gets better". This incident once more was one of many totally unacceptable things Crystal has done not only to me but to others in my dept.

I hope something can be done about this matter and about Crystals inappropriate behavior towards others in her dept. Please make sure she knows not to approach me about the situation because she has proven to be rude and unreasonable. Please insure her if there are any problems reguarding my work ethic to go to you. If these situations continue to occur with Crystal's inappropiate behavior, I will have to bring it to Human resources.

Thank you,

Shannon Torelli

TJUH000526

# Broadnax
# Exhibit 11

 Jefferson.

Print Form

# EMPLOYEE DISCIPLINARY ACTION

**DIRECTIONS:**   1. The manager/supervisor must complete the form, listing pertinent facts about the incident and provide copies to Employee and Human Resources.

2. All terminations must be reviewed with Human Resources prior to issuance.

3. Attach additional sheets as necessary.

**EMPLOYEE:**   Crystal Taylor

**DEPARTMENT:** Clinical Lab

**EMPLOYEE NUMBER:** *000029101*

☐ **BARGAINING UNIT EMPLOYEE**

## REASON FOR ACTION:

☐ Attendance

☐ Unsatisfactory Work Performance

☐ Safety Violation

☒ Violation of Service Standards/Code of Conduct/Core Values

☐ Other Misconduct

**DATE OF INCIDENT:** 01/04/2016

## SPECIFICS PERTINENT TO INCIDENT:

Coworker (Shannon Torelli) said she was singing and Crystal slammed her phone down and screamed for her to be quiet. Crystal was brought in to my office. There was no resolution. Crystal at one point did try to apologize however it was in a sarcastic tone.
I did follow up the following day and Crystal admitted that "she was out of line" and it would not happen again offering a true apology to Shannon.

List Witnesses:   Shannon Torelli

## STATEMENT OF HOW BEHAVIOR/PERFORMANCE DEVIATES FROM EXPECTATIONS:

Behavior not consistent with TJUH Code of Coduct. Please see attached Policy No 200.13. Respect for co workers and supervisor.

## HISTORY OF PRIOR DISCIPLINARY ACTION TAKEN:

☐ First Written Warning (Verbal Warning/Documented Discussion)     Date:

☐ Second Written Warning     Date:

☐ Suspension/Final Warning     Dates from:     to:

☐ Indefinite Suspension Pending Investigation

☐ Action Plan on Employee Appraisal

TJUH000010

| ACTION TAKEN: | DATE ACTION TAKEN: 01/04/2016 |
|---|---|

☐ First Written Warning (Verbal Warning/Documented Discussion)

☐ Second Written Warning

☐ Suspension/Final Warning      Dates from:      to:

☐ Indefinite Suspension Pending Investigation

☐ Termination (with the approval of Human Resources)

## STATEMENT OF FUTURE EXPECTATIONS FOR EMPLOYEE AND SUPERVISOR:

☒ Adherence to Policy

Show behavior that is consistent with the Code of Coduct policy 200.13.

If an incident occurs again, Employee will receive:

☐ Further discipline, as appropriate

☒ Written Warning

☐ Suspension

☐ Termination

Issued by:

Name: Joyce Zagacki      _Joyce Zagacki_      Date: 01/04/2016
     Signature

Title: Lab supervisor

Witness (if applicable):      Signature      Date:

Director Approval (if required):      Signature      Date:

Acknowledgment of Receipt:

Name: Crystal Taylor (refused to sign)      Signature      Date: 01/04/2016

**PLEASE FORWARD TO HUMAN RESOURCES INFORMATION SYSTEMS, SUITE 900, 833 CHESTNUT STREET, WITHIN SEVENTY-TWO (72) HOURS.**

**EMPLOYEES MAY CONTEST THIS ACTION UTILIZING JEFFERSON GRIEVANCE POLICY # 200.27.**

TJUH000011

 **Jefferson.**

Print Form

# EMPLOYEE DISCIPLINARY ACTION

**DIRECTIONS:**  1. The manager/supervisor must complete the form, listing pertinent facts about the incident and provide copies to Employee and Human Resources.

2. All terminations must be reviewed with Human Resources prior to issuance.

3. Attach additional sheets as necessary.

**EMPLOYEE:**  Crystal Taylor

**DEPARTMENT:** Clinical Lab

**EMPLOYEE NUMBER:**  *0000 29101*

☐ **BARGAINING UNIT EMPLOYEE**

**REASON FOR ACTION:**

☐ Attendance

☐ Unsatisfactory Work Performance

☐ Safety Violation

☒ Violation of Service Standards/Code of Conduct/Core Values

☐ Other Misconduct

**DATE OF INCIDENT:**  8/25/2016

**SPECIFICS PERTINENT TO INCIDENT:**

3rd shift very busy night.  Crystal came off of the floor and specimens were left at the window.  Crystal raised her voice reprimanding 3rd shift staff for specimens at window and correcting staff for not putting screen shots away.

List Witnesses:    Henrietta Kearney

**STATEMENT OF HOW BEHAVIOR/PERFORMANCE DEVIATES FROM EXPECTATIONS:**

Behavior not consistent with TJUH Code of Coduct.  Please see attached Policy No 200.13.  Respect for co workers.

**HISTORY OF PRIOR DISCIPLINARY ACTION TAKEN:**

☐ First Written Warning (Verbal Warning/Documented Discussion)    Date:    01/04/2016

☐ Second Written Warning    Date:

☐ Suspension/Final Warning    Dates from:    to:

☐ Indefinite Suspension Pending Investigation

☐ Action Plan on Employee Appraisal

TJUH000012

**ACTION TAKEN:**

**DATE ACTION TAKEN:** 08/26/2016

[X] First Written Warning (Verbal Warning/Documented Discussion)

[ ] Second Written Warning

[ ] Suspension/Final Warning    Dates from: _____    to: _____

[ ] Indefinite Suspension Pending Investigation

[ ] Termination (with the approval of Human Resources)

---

**STATEMENT OF FUTURE EXPECTATIONS FOR EMPLOYEE AND SUPERVISOR:**

[X] Adherence to Policy

Show behavior that is consistent with the Code of Coduct policy 200.13.

---

If an incident occurs again, Employee will receive:

[ ] Further discipline, as appropriate

[X] Written Warning

[ ] Suspension

[ ] Termination

---

Issued by:

Name:  Joyce Zagacki

Title:    Lab supervisor

Signature _____    Date: 08/26/2016

Witness (if applicable): _____    Signature    Date: _____

Director Approval (if required): _____    Signature    Date: _____

---

Acknowledgment of Receipt:

Name:  Crystal Taylor (refused to sign)    _____    Date: 08/26/2016
Signature

---

**PLEASE FORWARD TO HUMAN RESOURCES INFORMATION SYSTEMS, SUITE 900, 833 CHESTNUT STREET, WITHIN SEVENTY-TWO (72) HOURS.**

**EMPLOYEES MAY CONTEST THIS ACTION UTILIZING JEFFERSON GRIEVANCE POLICY # 200.27.**

TJUH000013

 **Jefferson.**

Print Form

## EMPLOYEE DISCIPLINARY ACTION

**DIRECTIONS:**
1. The manager/supervisor must complete the form, listing pertinent facts about the incident and provide copies to Employee and Human Resources.
2. All terminations must be reviewed with Human Resources prior to issuance.
3. Attach additional sheets as necessary.

**EMPLOYEE:** Crystal Taylor

**DEPARTMENT:** Clinical Lab

**EMPLOYEE NUMBER:**

☐ **BARGAINING UNIT EMPLOYEE**

### REASON FOR ACTION:

☐ Attendance

☐ Unsatisfactory Work Performance

☐ Safety Violation

☒ Violation of Service Standards/Code of Conduct/Core Values

☐ Other Misconduct

**DATE OF INCIDENT:** 10/21/2018

### SPECIFICS PERTINENT TO INCIDENT:

Negative comment from patient(see attached)

List Witnesses:    Voice of customer survey(patient)

### STATEMENT OF HOW BEHAVIOR/PERFORMANCE DEVIATES FROM EXPECTATIONS:

Behavior not consistent with TJUH Code of Coduct.  Please see attached Policy No 200.13

### HISTORY OF PRIOR DISCIPLINARY ACTION TAKEN:

☐ First Written Warning (Verbal Warning/Documented Discussion)    Date:

☐ Second Written Warning    Date:

☐ Suspension/Final Warning    Dates from:    to:

☐ Indefinite Suspension Pending Investigation

☐ Action Plan on Employee Appraisal

TJUH000349

| ACTION TAKEN: | DATE ACTION TAKEN: 12/18/2018 |
|---|---|

☒ First Written Warning (Verbal Warning/Documented Discussion)

☐ Second Written Warning

☐ Suspension/Final Warning                    Dates from:                    to:

☐ Indefinite Suspension Pending Investigation

☐ Termination (with the approval of Human Resources)

## STATEMENT OF FUTURE EXPECTATIONS FOR EMPLOYEE AND SUPERVISOR:

☒ Adherence to Policy

Show behavior that is consistent with the Code of Coduct policy 200.13.  No earplugs or any other device while with a patient. Practice AIDET while doing patient care.

If an incident occurs again, Employee will receive:

☒ Further discipline, as appropriate

☐ Written Warning

☐ Suspension

☐ Termination

Issued by:

Name:  Joyce Zagacki                    *Joye Zagacki*          Date:  12/19/2018
                                        Signature

Title:    Lab supervisor

Witness (if applicable):                Signature                Date:

Director Approval (if required):        Signature                Date:

Acknowledgment of Receipt:
I am acknolyg'ing that ear plays
was hansing around my     Name:   *Cynthle Saylr*    Date: 12-19-18
Neck but not lishing to anything        Signature

**PLEASE FORWARD TO HUMAN RESOURCES INFORMATION SYSTEMS, SUITE 900, 833 CHESTNUT STREET, WITHIN SEVENTY-TWO (72) HOURS.**

**EMPLOYEES MAY CONTEST THIS ACTION UTILIZING JEFFERSON GRIEVANCE POLICY # 200.27.**

TJUH000350

 **Jefferson.**

[ Print Form ]

## EMPLOYEE DISCIPLINARY ACTION

**DIRECTIONS:**  1. The manager/supervisor must complete the form, listing pertinent facts about the incident and provide copies to Employee and Human Resources.

2. All terminations must be reviewed with Human Resources prior to issuance.

3. Attach additional sheets as necessary.

**EMPLOYEE:**    Crystal Hunter Taylor

**DEPARTMENT:** Clinical Lab

**EMPLOYEE NUMBER:**

☐ **BARGAINING UNIT EMPLOYEE**

**REASON FOR ACTION:**

☐ Attendance

☐ Unsatisfactory Work Performance

☐ Safety Violation

☒ Violation of Service Standards/Code of Conduct/Core Values

☐ Other Misconduct

**DATE OF INCIDENT:**  01/30/2019

**SPECIFICS PERTINENT TO INCIDENT:**

Our data shows that while rounding on a patient on B6 the patient stated that after a brief conversation felt uneasy when Crystal stated that she was the patient that got her in trouble for wearing perfume. The patient was upset enough to mention this to the person rounding.

List Witnesses:    Joyce Zagacki

**STATEMENT OF HOW BEHAVIOR/PERFORMANCE DEVIATES FROM EXPECTATIONS:**

When entering a patients room it is our responsibility to make them feel at ease. Our service excellence training outlined best practices when with a patient. The conversation needs to be with the patient's comfort in mind. We are never to engage in a conversation that makes the patient feel uneasy. This behavior is not in compliance with our Jefferson Values and our Code of Conduct.

**HISTORY OF PRIOR DISCIPLINARY ACTION TAKEN:**

☒ First Written Warning (Verbal Warning/Documented Discussion)    Date:        12/18/2018

☐ Second Written Warning    Date:

☐ Suspension/Final Warning    Dates from:            to:

☐ Indefinite Suspension Pending Investigation

☐ Action Plan on Employee Appraisal

TJUH000351

| ACTION TAKEN: | DATE ACTION TAKEN: 02/06/2019 |
|---|---|

☐ First Written Warning (Verbal Warning/Documented Discussion)

☐ Second Written Warning

☒ Suspension/Final Warning        Dates from: 02/07/2019      to: 2/11/2019

☐ Indefinite Suspension Pending Investigation

☐ Termination (with the approval of Human Resources)

## STATEMENT OF FUTURE EXPECTATIONS FOR EMPLOYEE AND SUPERVISOR:

☒ Adherence to Policy

Practice Service Excellence in every encounter with patients.
Jefferson Values
Jefferson Code of Conduct

If an incident occurs again, Employee will receive:

☒ Further discipline, as appropriate

☐ Written Warning

☐ Suspension

☐ Termination

Issued by:

Name: Joyce Zagacki        _Joyce Zagacki._        Date: 02/13/2019
                        Signature

Title: Lab supervisor

Witness (if applicable):        Signature        Date:

Director Approval (if required):        Signature     2/13/19        Date:

Acknowledgment of Receipt:     *Employee refused to sign*

Name: Crystal Hunter Taylor        Signature        Date:

**PLEASE FORWARD TO HUMAN RESOURCES INFORMATION SYSTEMS, SUITE 900, 833 CHESTNUT STREET, WITHIN SEVENTY-TWO (72) HOURS.**

**EMPLOYEES MAY CONTEST THIS ACTION UTILIZING JEFFERSON GRIEVANCE POLICY # 200.27.**

TJUH000352

# Broadnax
# Exhibit 12

**From:** u=Joyce Zagacki/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=8FB949D2867840269639E4241FC558D4-JXZ199_D1EA

**Sent:** Mon, 7 May 2018 10:19:36 -0400 (EDT)

**To:** "Jane Cassidy" <Jane.Cassidy@jefferson.edu>

**Subject:** RE: Phlebotomy Issue 3/24/2018

---

I am not sure which Melissa.  Crystal is out for a week or so due to illness so can we schedule this for next week.  I am usually here by 7A so we can do first thing in the morning if that will work.  Thanks!!

Joyce

---

**From:** Jane Cassidy
**Sent:** Monday, May 07, 2018 9:19 AM
**To:** Joyce Zagacki <Joyce.Zagacki@jefferson.edu>
**Subject:** RE: Phlebotomy Issue 3/24/2018

I spoke with Tatyana this am and she is agreeable to meet. I will check with Melissa(do you know if it is Melissa Sanders or Melissa Sahm-both work the night shift?
Thanks!

*Jane*

**Jane Cassidy, BSN, RN, CRRN**
**Nurse Manager, B5 Nursing Unit**
**Jefferson's Methodist Hospital**
2301 South Broad Street
Philadelphia, PA 19148
Phone: 215.952.9519
Email:  Jane.Cassidy@jefferson.edu

*"Live your life while you have it. Life is a splendid gift. There is nothing small about it."*   *Florence Nightingale*



---

**From:** Joyce Zagacki
**Sent:** Friday, May 04, 2018 3:08 PM
**To:** Jane Cassidy
**Cc:** Angela Miller
**Subject:** RE: Phlebotomy Issue 3/24/2018

Hi Jane,

TJUH000550

After reading this I did speak to Crystal and at that point did not think a meeting was appropriate.  Her version was a bit different however one of my other phlebotomist came to me today and said that some issues are still happening between Crystal and nursing.  I do not want any nurses to feel that they are being spoken to in a disrespectful manner.  I think that a meeting at this point would be beneficial.  Let me know when it is good and if you would like Tatyana to be there.  I was told that there was also a problem between a nurse named Melissa and Crystal.  If you think she needs to be there also that is your call.  My other phlebotomist told me that a few nurses said they have come to me to complain and I have done nothing.  That is not the case.  This was the first I am hearing of this since your email.  There are times when my phlebotomist will come to me with complaints about  an instance with a nurse however I always say to them everyone has an off day but if it continues I will address it.  Apparently this has continued with Crystal  and I was not aware.   We need to work together for patient care.  Thanks and hopefully we can resolve this.

Regards
Joyce

---

**From:** Jane Cassidy
**Sent:** Monday, March 26, 2018 6:16 AM
**To:** Joyce Zagacki <Joyce.Zagacki@jefferson.edu>
**Cc:** Angela Miller <Angela.Miller@jefferson.edu>
**Subject:** FW: Phlebotomy Issue 3/24/2018

Joyce,
I am forwarding this email .We can arrange for this meeting to occur. Tatyana is a 7P shift employee.
Thank you!

*Jane*

**Jane Cassidy, BSN, RN, CRRN**
**Nurse Manager, B5 Nursing Unit**
**Jefferson's Methodist Hospital**
2301 South Broad Street
Philadelphia, PA 19148
Phone: 215.952.9519
Email:  Jane.Cassidy@jefferson.edu

*"Live your life while you have it. Life is a splendid gift.*
*There is nothing small about it."*  *Florence Nightingale*



---

**From:** Tatyana Robinson
**Sent:** Saturday, March 24, 2018 5:41 AM
**To:** Jane Cassidy; Nicole M. Bradley

**Subject:** Phlebotomy Issue 3/24/2018

Hi,

This morning I was called by Crystal from the phlebotomy lab. My patient in room 534 was due for 0400 am labs on 3/24. She called to tell me that she was waiting on my labs because they were listed as STAT and I was late (1 hour and 22 minutes) and did not send them down. I asked her to hold on the phone, while I looked up the orders to make sure the orders were not modified or new because I was not aware of any STAT labs for my patient. In order for a RN to look up 0400 labs due, I had to change the settings from Auto, which the computer chooses who draws them, to Unit, in order to view it correctly. She then accused me of changing the order and told me she is tired of "us" nurses doing this because it is not allowed. I continued to try to explain to her that my labs were routine, they were never ordered stat, and I cannot and do not have the power to change labs. After the conversation was done, Crystal took it upon herself to come up to the nurses station in East and approach me to continue the conversation. This is when I opened my patients chart to show her the orders and how a RN can view them. She told me she does not need to see them because she will not be responsible for drawing my patients labs in 534.

I would like to have a meeting with Nicole or Jane and would appreciate if Crystal is present. If Crystal cannot be present I would appreciate if some re-education can be done with her because follow-up is necessary to ensure the prompt recovery and care of our patients.

Thank you,

Tatyana Robinson BSN, RN

TJUH000552

# Broadnax
# Exhibit 13

**From:**     Naeemah61 Gadson <naeemah61@gmail.com>
**Sent:**     Thu, 4 Apr 2019 12:16:36 -0400 (EDT)
**To:**       Suzana.Hamza@jefferson.edu
**Subject:**  1st Statement

---

**WARNING:  External Email -** This email originated outside of Jefferson.
**DO NOT CLICK** links or attachments unless you recognize the sender and *are expecting* the email.

On August 8th 2018, Crystal Taylor became upset because I ask my coworker Janet if she would be able to go on lunch break with me. Crystal was supposedly upset about something else between herself and Janet, that I wasn't aware of. A patient was checking in while we were talking, I playfully said "oh crystal its cool if you don't want her to go she don't have to go" Crystal voice got loud in she began to used profanity in front of the patient. I was shock she spoke in that way to me, because her and I were friends. After I said Crystal was it that serious to talk to me in that manner. I walked away in went on my lunch break called Joyce's cell and explain to her what had taken place. When I returned back to work, I went to Joyce office to explain to her in person what had happened, she questioned Janet, and she told the truth to what had transpired in the office in front of the patient. Joyce told she could only write up for the incident, I told Joyce to not worry about it, this was the third time in a number of years that she had gotten disrespectful with me, I personally expressed to Joyce that I will keep a distance from her and that I feel that she's is too hostile and disrespectful to continue a friendship with.

TJUH000105

# Broadnax
# Exhibit 14

**From:** Suzana Hamza <Suzana.Hamza@jefferson.edu>
**Sent:** Tue, 4 Jun 2019 19:55:05 -0400 (EDT)
**To:** Aaron Sniderman <Aaron.Sniderman@jefferson.edu>
**Subject:** Naeemah Gadson - Methodist Phlebotomy
**Attachments:** voicemail-1427.m4a;Employee incident;1st Statement;2nd Statment incident on 4-1-19;3rd statement-meeting;RE: Employee incident

---

Hi Aaron,

This is the situation where the above employee, Naeemah Gadson contacted me on 4/3/19 to complaint about one of her co-workers Crystal Hunter (Taylor) as a result of an incident which had occurred on 4/1/19.

Naeemah left early on 4/1, spoke with me on 4/3 followed with email/statements that she sent to me on 4/4. She had called out those days and then we heard from CIGNA that she had filed for a medical leave, which has been approved till 6/30. When I spoke with Naeemah, she told me that she wanted Crystal to treat her respectfully and that she felt that she couldn't work with her anymore. Her expectation was for us to provide a safe working environment. I told her then that we would be looking into this situation further.

I followed up with the supervisor, Joyce and George Marrone, however I didn't speak with Crystal or other employees. You will see from Joyce's note that she counseled both Naeemah and Crystal and that they needed to be professional and respectful to each other in the work setting.

Attached you will find the correspondence I received on this matter. Please let me know if you would like to discuss about this further.

Thank you,
Suzana

**Suzana Hamza, MS, SHRM-CP**
Human Resources Business Partner
Thomas Jefferson University & Jefferson Health
Office phone: 215-955-7686
Suzana.Hamza@jefferson.edu

JEFFERSON EMPLOYEES: Click here to connect with colleagues & access information at myJeffHub
**Jefferson.edu** | **JeffersonHealth.org**



TJUH000103

**From:** Joyce Zagacki <Joyce.Zagacki@jefferson.edu>
**Sent:** Tue, 2 Apr 2019 12:01:26 -0400 (EDT)
**To:** Suzana Hamza <Suzana.Hamza@jefferson.edu>
**Cc:** George Marrone <George.Marrone@jefferson.edu>
**Subject:** Employee incident

---

04/01/2019

I heard Naeemah Gadson in the hallway at the receiving window speaking very loudly.  I came out of my office and Crystal  was going down the hall back to the outpatient area.  Naeemah was very upset and told me that she was talking to Lauren McGraw at the window and Crystal reached over her to give the bag of specimens to Lauren and Naeemah said "you don't say excuse me".  Crystal rolled her eyes and walked away.  Naeemah was at that point becoming more and more upset and said she was going to HR because she is tired of the way she acts toward her.  Naeemah was becoming a little aggressive so I took the time to talk to her and calm her down.  This was out of character for Naeemah.  Naeemah went back to 1300 Wolf Infusion where she works in my phlebotomy station there.  I then spoke to Crystal to see if she would like to have a conversation with Naeemah in my office.  I told her that if we do this they both need to stay calm so it would be productive.  I called Naeemah and asked her the same.  She did also agree.  The meeting did not go well.  They both were accusing each other of lying and who was playing the victim and they brought up things in the past.  They were both becoming aggressive and at that point I stopped the meeting and told them that when they are working there needs to be a mutual respect for each other.  Naeemah at that point said that she does not need to talk to Crystal in work or outside and Crystal on her way out said that they can talk outside if they need to.  Naeemah at that point said to me should I call the cops or security.  Naeemah returned to her station and then called me and asked if she could leave early because her anxiety was really bad and she has lots going on.  Today she called out with the same reason.  I think they both over reacted to the situation and that there is  a personal past with the two of them that should be left outside of work.  As a side note Crystal came to me after and said that she thinks Naeemah is doing this to get her fired knowing that she is on the chopping block.  These were Crystal's exact words.  I responded to her saying that the only way anyone would know your disciplinary history is if you told them yourself.  All disciplinary action is kept confidential.

Joyce

TJUH000104

# Broadnax Exhibit 15

 **Penn Medicine**

*Referrals*

**Family Medicine PMUC**
3737 Market St
9th Fl
Philadelphia, PA  19104-2640
Phone: 215-662-8777    Fax: 215-243-4601

## Patient Information

| Patient Name | Sex | DOB |
|---|---|---|
| Broadnax, Dywanna M (005431275) | Female | 11/30/1978 |

## Patient Demographics

| Address | Phone | E-mail Address |
|---|---|---|
| PO Box 5335 | 999-999-9999 (Home) | DYWANNAB@GMAIL.COM |
| PHILADELPHIA PA 19142-0335 | 302-983-0909 (Mobile) *Preferred* | |

CSN: **240060612**   Patient UID: **1001071633**
Department ID: **989**  Auth Provder NPI: **1255493607**

================================================================

| **CT HEAD WO IV CONTRAST [IMGCT0043] (Order 417492822)** Imaging | Ordering: **Kurash, Laura, MD** Authorizing: **Baylson, Margaret E Johnson, MD** | Date and Time: **11/20/2019 10:27 AM** Ordering Department: **Family Medicine PMUC** |
|---|---|---|

## Priority and Order Details

| Priority | Class |
|---|---|
| STAT | Ancillary |
| | Performed |

## CPT Code

CPT Code
70450

## Allergies

**Not Specified:** Fluconazole
Low: Shellfish-derived Products

## Future Order Information

Expires
1/20/2021

## Associated Diagnoses

**Traumatic injury of head, initial encounter** [S09.90XA]  - Primary

## Order Questions

| Question | Answer | Comment |
|---|---|---|
| **Is patient pregnant?** | **No** | |
| **Responsible Party Account Type** | **Personal/Family** | |
| Note:  Choose guarantor. Use Comments for Corp Acct Num only. | | |

## Quantity

Ordering Quantity
1

## Comments

## Comments (continued)

History of CVA in 2/2019. In an altercation 2 days ago, hit head, no LOC. Still with confusion, spots in her vision

## Scheduling Instructions

You have a Scheduling Ticket for this order. When you visit mypennmedicine.org to schedule your CT you will find the Scheduling Ticket option under the Appointments tab at the top of the page.

To allow time for us to obtain insurance authorization, appointments scheduled through myPennMedicine will not be available within the next 7 days. If your study is of a more urgent nature, please call 267-758-4800 to schedule.

## Primary Visit Coverage

| Payer | Plan | Sponsor Code | Group Number | Group Name |
|---|---|---|---|---|
| MEDICARE | MEDICARE PART A & B | | | |

## Primary Visit Coverage Subscriber

| Subscriber ID | Subscriber Name | Subscriber SSN | Subscriber Address |
|---|---|---|---|
| 4CV1WH8WR90 | BROADNAX,DYWANNA M | xxx-xx-6006 | PO Box 5335<br><br>PHILADELPHIA, PA 19142-0335 |

**Electronically signed by Baylson, Margaret E Johnson, MD on Nov 20, 2019 at 10:27 AM**

# AFTER VISIT SUMMARY

 Penn Medicine

**Dywanna M. Broadnax**  DoB: 11/30/1978      📅 11/20/2019  8:25 AM   📍 Family Medicine PMUC 215-662-8777

---

## Instructions from Laura Kurash, MD

 **Imaging ordered today**
CT HEAD WO IV CONTRAST
Complete as directed

---

## Today's Visit

You saw Laura Kurash, MD on Wednesday November 20, 2019 for: ER Discharge and Headache. The following issue was addressed: Traumatic injury of head, initial encounter.

| ❤ Blood Pressure **118/83** | 🧍 BMI **25.15** | ⚖ Weight **142 lb** | 📏 Height **5' 3"** |
|---|---|---|---|
| ❤ Pulse **75** | 🧑 Respiration **16** | | |

## What's Next

You currently have no upcoming appointments scheduled.

## You Were Seen At

FAMILY MEDICINE PMUC
A Facility of Penn Presbyterian Medical Center

---

## myPenn Medicine Sign Up

View your After Visit Summary and more online at **https://secure.mypennmedicine.org/MyPennMedicine/**.

Broadnax_0082

Name: Dywanna M Broadnax | DOB: 11/30/1978 | MRN: 005431275 | PCP: David Ganetzky, MD

# Letter Details

Penn Medicine

_____ **Penn Family Care**

## Penn Medicine University City

## <u>WORK EXCUSE</u>

To whom it may concern:

Dywanna M Broadnax is under my care. She had a doctor's appointment 11/20/2019. She was diagnosed with a concussion after a head trauma and is still recovering. Please excuse from work until 11/25/19.

If you have any questions, please call our office at 215-662-8777.

Sincerely,

Laura Kurash, MD
11/21/2019  1:41 PM
Penn Family Care
_____

| 3737 Market Street, 9th Floor | Philadelphia, PA, 19104 | 215-662-8777 | Fax: 215.243.4601                    Penn©hart

_This letter was initially viewed by Dywanna M Broadnax at 11/23/2019 12:21 PM._

MyChart® licensed from Epic Systems Corporation © 1999 - 2018

Broadnax_0085

## Penn Medicine

November 29, 2019

RE: Dywanna M Broadnax
DOB: 11/30/1978

DOV: 11/29/2019

To Whom It May Concern:

This is to certify that Dywanna M Broadnax was treated in our office on 11/29/2019.
Patient presents today for a history of traumatic head injury with concussion without loss
of consciousness. There are no ocular manifestations from the trauma seen upon
examination today. Ms. Broadnax was refracted today in clinic and a new glasses
prescription was given in clinic today.

Regards,

*[signature]*

Charles Nichols, MD

Scheie Eye Institute at Penn Presbyterian Medical Center - 51 North 39th Street | Philadelphia, PA 19104 |
215-662-8100
Scheie Eye Institute at Perelman - 3400 Civic Center Boulevard | Philadelphia, PA 19104 | 215-614-4100
Scheie Eye Institute at Radnor - 250 King of Prussia Road | Radnor, PA 19087 | 610-902-2020
Scheie Eye Institute at Media - 601 West State Street | Media, PA 19037 | 610-565-6863
Scheie Eye Institute at Mercy Fitzgerald - 1501 Lansdowne Avenue | Darby, PA 19023 | 610-583-6921
Scheie Eye Institute at Ralston House - 3615 Chestnut Street | Philadelphia, PA 19104 | 215-662-2600
Penn@hart

Broadnax_0087

# Your Medication List as of November 29, 2019 4:57 PM

ⓘ Always use your most recent med list

**acetaminophen** 325 mg tablet
Commonly known as: TYLENOL

Take 2 tablets by mouth every 6 hours as needed (pain).

---

**ALPRAZolam** 0.5 MG tablet
Commonly known as: XANAX

Take 1 tablet by mouth daily as needed (anxiety). Please schedule follow-up appointment

---

**aspirin** 81 MG tablet
Commonly known as: BAYER

Take 1 tablet by mouth daily.

---

**atorvaSTATin** 80 MG tablet
Commonly known as: LIPITOR

Take 1 tablet by mouth daily.

---

**hydrochlorothiazide** 12.5 MG tablet
Commonly known as: HYDRODIURIL

Take 1 tablet by mouth daily.

---

**hydrocortisone** 2.5% cream
Commonly known as: HYTONE

Apply 1 application to affected area 2 times a day as needed (itching).

---

**mupirocin** 2% topical ointment
Commonly known as: BACTROBAN

Apply 1 application to affected area every 8 hours.

---

**mycophenolate mofetil** 500 MG tablet
Commonly known as: CELLCEPT

Take 1 tablet by mouth every 12 hours.

---

**NIFEdipine** 60 MG ER tablet
Commonly known as: PROCARDIA XL

Take 1 tablet by mouth daily.

---

**omeprazole** 40 MG DR capsule
Commonly known as: PRILOSEC

Take 1 capsule by mouth daily.

---

**PLAQUENIL** 200 MG tablet
Generic drug: hydroxyCHLOROQUINE

Take 2 tablets by mouth daily.

---

**traZODone** 50 MG tablet
Commonly known as: DESYREL

Take 1 tablet by mouth daily at bedtime.

---

*Penn Medicine needs your feedback! If you receive a survey about your experience today in the mail, please take a few minutes to fill it out and return it. Thank you for choosing Penn Medicine.*

**Care Everywhere ID**
PEN-936-9101

**Billing Activity**

## Patient Information

| Patient Name | Sex | DOB | SSN |
|---|---|---|---|
| Broadnax, Dywanna M | Female | 11/30/1978 | xxx-xx-6006 |

## Visit Information

| | Provider | Department |
|---|---|---|
| 11/29/2019 | Charles Nichols, MD | Ophthalmology Perelman |

## Visit Disposition

Dispositions
- Return for CWN appt as scheduled.

## Visit Diagnosis

| | Codes | Comments |
|---|---|---|
| **History of traumatic head injury** - Primary | Z87.828 | |
| **Myopia of both eyes with astigmatism** | H52.13, H52.203 | |
| **Concussion without loss of consciousness, sequela (CMS-HCC)** | S06.0X0S | |

## Orders with Associated Diagnoses and Order Class

There are no orders to display.

## Level of Service

Level of Service
**EYE EXAM, EST PATIENT,COMPREHESV [92014]**

## Payment Information

Total Fee:              $_____
Co-Pay Amount Due:      $_____
Amount Paid:            $_____
Cash/Credit/Check #     $_____
Employee                $_____

Broadnax, Dywanna M (MR # 005431275) DOB: 11/30/1978 Printed at 11/29/19  4:57 PM                Page 1 of 1

Broadnax_0091