**CERTIFICATE OF SERVICE**

I hereby certify that on the date below, the foregoing PLAINTIFF'S RESPONSE TO

DEFENDANT'S MOTION FOR SUMMARY JUDGMENT has been electronically filed and is

available for viewing and downloading.


Respectfully submitted,


/s/ Faye Riva Cohen, Esq.
FAYE RIVA COHEN, ESQUIRE
LAW OFFICE OF FAYE RIVA COHEN, P.C.
2047 Locust Street
Philadelphia, PA 19103
215-563-7776


Dated:  10/3/22