# Exhibit 52

**From:** Teresa Heavens <Teresa.Heavens@jefferson.edu>
**Sent:** Tue, 31 Oct 2017 16:01:56 -0400 (EDT)
**To:** MHD-Key_Personnel_and_Department_Heads<MHD-Key_Personnel_and_Department_Heads@jefferson.edu>
**Cc:** Michael Molta <Michael.Molta@jefferson.edu>; "Bernard.Moran@aus.com"<Bernard.Moran@aus.com>; Ralph Farah <ralph.farah@jefferson.edu>; John Duca<John.Duca@jefferson.edu>; Joyce Zagacki <Joyce.Zagacki@jefferson.edu>; Lorraine Weikel <Lorraine.Weikel@jefferson.edu>; Anthony Peel<Anthony.Peel@jefferson.edu>; Samuel Przybylski<Samuel.Przybylski@jefferson.edu>; Francis Smith<Francis.Smith@jefferson.edu>; Carole Harvey <Carole.Harvey@jefferson.edu>; Cory Fiamingo <Cory.Fiamingo@jefferson.edu>; Angela Merkh<Angela.Merkh@jefferson.edu>; Andrea DelMastro<Andrea.DelMastro@jefferson.edu>; Robert Dunmire<Robert.Dunmire@jefferson.edu>; Angela Miller <Angela.Miller@jefferson.edu>; Carolbeth Chromiak <Carolbeth.Chromiak@jefferson.edu>; Carol Harris<Carol.Harris@jefferson.edu>
**Subject:** Service Excellence Training-2017 – Support & Ancillary Services

---

**Hello!  Below are the names of those staff members who will be attending Service training with me on Wednesday, November 1, 2017, and Tuesday, November 7, 2017 in the Morgan Conference Center.**
**If you do have any other staff who plan to attend, please email me their names.  Thank you!  Terri Heavens**

### Service Excellence Training-2017 – Support & Ancillary Services

| | Wednesday, November 1 | 9:30 a.m. until 11 a.m. |
|---|---|---|
| Oscar Chan (Storeroom) | | |
| Richard Moore (Linen) | | |
| Natacha Fils-Aime (B3 Surgery) | | |
| Carolyn Pinkney (B5) | | |
| Zaahid Holloman (EVS) | | |
| Antonio Bautro (EVS) | | |
| Nicholas Carter (EVS) | | |

| | | |
|---|---|---|
| Fred Coppola (Facilities) | | |
| Rich Stella (Facilities) | | |
| Rich Durbano (Facilities) | | |
| Angela Merkh (Facilities) | | |
| Anthony Cascardo (Security) | | |
| Nasiybah Sayfullah (Security) | | |
| Alina Kotyakov (B6) | | |
| Aqueelah White (EVS) | | |

| | |
|---|---|
| Hugh Nugent (Lab) | |

| | | |
|---|---|---|
| Kathleen Rucker (Access) | | |
| Jean Claude Philipe (CPD) | | |
| Deja Burry (Security) | | |
| Michael Chism (Security) | | |
| Drew Faulls (Storeroom) | | |
| Michael Leonard (Storeroom) | | |
| John Pielacha (Linen) | | |
| James Saunders (Transport) | | |

| Attendee | Date | Time |
|---|---|---|
| | Tuesday, November 7 | 8 a.m. – 9:30 a.m. |
| Rochelle Crump (EVS) | | |
| David Torriero (Storeroom) | | |
| Crystal Taylor (Lab) | | |
| Brandon Wesley (EVS) | | |
| Cecelia Middleton (EVS) | | |
| Darrell Way (EVS) | | |
| Rita Machette (EVS) | | |
| Dywanna Broadnax (Lab) | | |
| Gabriela Avila Ventura (Surgery) | | |
| Michelina Zuccarini (Food) | | |
| Olivia Garris (Surgery) | | |
| Victoria Martino (Lab) | | |
| Grace Manfoundou (B5) | | |

| | | |
|---|---|---|
| Stephen Leonetti (EVS) | | |
| Jada White (B5) | | |

TJUH000627

| | | |
|---|---|---|
| Sabrina Holloman (EVS) | | |
| Boaz (EVS) | | |
| Marquan Trippett (EVS) | | |
| | | |
| Carl Green (Facilities) | | |
| Janai McDaniels (ED Reg.) | | |
| Glennesha Childress (Food) | | |
| Natisha Thomas (Food) | | |
| Gary Cammisa (EVS) | | |
| Cassandra Forrest (B5) | | |
| Dixie Patel (Lab) | | |
| Arlene Shaw (B5) | | |
| Charlie Pinto (EVS) | | |
| George Hutchful (EVS) | | |
| Joseph Smith (EVS) | | |
| Rochelle Newsuan (EVS) | | |
| Verona Downer (EVS) | | |
| Miguel Calero (Security) | | |
| Nicholas Klumph (Security) | | |
| Charles Sport (Security) | | |
| Thomas Van Horn (Security) | | |

**Terri Heavens, BA, CLSS, CPXP**
Director, Service Excellence & Volunteer Services
Jefferson's Methodist Hospital
Office of Patient & Families Experience
2301 South Broad Street
Suite 1319
Philadelphia, PA  19148
Teresa.heavens@jefferson.edu
Office:  215.952.1698
Cell:  610.761.5220



**The patient should be at the center of everything  we do here at Jefferson.**

The information contained in this transmission contains privileged and confidential information. It is intended only for the use of the person named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or

CAUTION: Intended recipients should NOT use email communication for emergent or urgent health care matters.

TJUH000628