# Exhibit 53

**Service Excellence Training-2017 – Support & Ancillary Services**

**Morgan Conference Room**

**Attendance  Schedule**

| Attendee | Date | Time |
| --- | --- | --- |
| | Monday,  September 25 | 4:30 pm – 6 pm (TLH) |
| | | |
| Mark Collins (Transport) | Attended | |
| Kisha Dandridge (EVS) | Attended | |
| Rochelle Crump (EVS) | Did not Attend | |
| Slim Mack (EVS) | Attended | |
| Henrietta Johnson (B5) | Attended | |
| Joyce B. Smalls (B5) | Attended | |
| | | |
| | Wednesday,  September 27 | 3 pm – 4:30 pm (CH) |
| Janet Bruno (Lab) | | |
| Danielle Dipopolo (Surgery) | | |
| Jasmine Santana (Surgery) | | |
| Gabriela Avila Ventura (Surgery) | | |
| Andrea DelMastro (Surgery) | | |
| Danielle Guerriero (Supply Chain) | | |
| Rick Jones (Supply Chain) | | |
| Linda Owen (APU) | | |
| Cordell Williams (Transport) | | |
| Angela Paolone (EVS) | Attended 9/25 | |
| Lisa Cujdik (EVS) | | |
| Moss White (EVS) | | |
| Mohammed Islam (Transport) | | |
| Catherine Pollnow (B5) | | |
| | | |
| | | |
| | | |
| | | |

TJUH000075

| Attendee | Date | Time |
|---|---|---|
|  | **Friday,  September 29** | **7:30 am – 9 am (MM)** |
| Yoshi Seng (Transport) |  |  |
| Anthony Laimo (APU) |  |  |
| Curtis (Parking) |  |  |
| David Torriero (Storeroom) |  |  |
| Crystal Taylor (Lab) |  |  |
| Brandon Wesley (EVS) |  |  |
| Cecelia Middleton (EVS) |  |  |
| Rita Machette (EVS) |  |  |
|  | **Monday, October 2** | **4 p.m. – 5:30 p.m. (TLH)** |
| Brittany Edwards (B6/B2) |  |  |
| Fateemah Harry (B5) |  |  |
| Darrell Way (EVS) |  |  |
| Michael Goosby (EVS) |  |  |
| Joseph Boyer (EVS) |  |  |
| Aaron Brown (EVS) |  |  |
| Maria De la Paz (APU) |  |  |
| Dominick Buccieri (Storeroom) |  |  |
| Dywanna Broadnax (Lab) |  |  |
|  |  |  |
|  | **Wednesday, October 4** | **10 a.m. – 11:30 a.m.(MM)** |
| Paula McDermott (B2 UC) |  |  |
| Sierra McGuigan (Transport) |  |  |
| Laura Donaldson (APU) |  |  |
| Michael Haines (Storeroom) |  |  |
| Dawn Giordano (EVS) |  |  |
| Dominique Burbage (EVS) |  |  |
| Leashea Rogers (EVS) |  |  |
| Shontai Whitaker (EVS) |  |  |
| Maria Rosa (B3 Surgery) |  |  |
| Cheryl Howell (B3 Surgery) |  |  |
| Gaynita Scruggs (B3 Surgery) |  |  |
| Maria Perilli (Surgery) |  |  |
| Olivia Garris (Surgery) |  |  |
| Victoria Martino (Lab) |  |  |
| Alma Wilson (Lab) |  |  |
| Victoria Ferriabough (B5) |  |  |
|  |  |  |

TJUH000076

| Attendee | Date | Time |
|---|---|---|
| | **Friday, October 6** | **4:30 p.m. – 6 p.m. (TLH)** |
| Richard Merlo (Transport) | | |
| Margwen Watson (APU) | | |
| Grace Manfoundou (B5) | | |
| Patricia Codrington (EVS) | | |
| Sheena Jones (EVS) | | |
| Catherine Barretta (EVS) | | |
| Stephen Leonetti (EVS) | | |
| | **Wednesday, October 11** | **7:30 a.m. – 9 a.m. (MM)** |
| Andrea Gianitsos (Supply Chain) | | |
| Carol Morrone (Supply Chain) | | |
| Keith Davis (Storeroom) | | |
| Ashford Lewis (Storeroom) | | |
| Patrick Barnes  (Parking) | | |
| Charles Hardy (Transport) | | |
| Jenni McCall (APU) | | |
| Jada White (B5) | | |
| Sabrina Holloman (EVS) | | |
| Antoinette Klein (EVS) | | |
| Boaz (EVS) | | |
| Marquan Trippett (EVS) | | |
| | | |
| | **Thursday, October 13** | **9 a.m. – 10:30 a.m. (CH)** |
| | | |
| Josephine Stokes (Access) | | |
| Blanche Fantauzzi (Access) | | |
| Tina Marie Condo (Access) | | **2:30 p.m. – 4 p.m. (CH)** |
| Donna Salvator Ippolito (Access) | | |
| | | |
| | **Monday, October 16** | **7:30 a.m. – 9 a.m. (CH)** |
| Kenny Johnson (Storeroom) | | |
| Pam Pascaul (B2 NA) | | |
| Rose Bation (B2 NA) | | |
| Fareed Khabeer (Transport) | | |
| Mary Lockwood (APU/Surgical Waiting) | | |
| Cassandra Forrest (B5) | | |

TJUH000077

| Attendee | Date | Time |
|---|---|---|
| Dixie Patel (Lab) | | |
| Audrey Farmer (EVS) | | |
| Candace Burno-Cross (EVS) | | |
| Freddie Day (EVS) | | |
| Gary Cammisa (EVS) | | |
| | **Tuesday, October 17** | **8 a.m. – 9:30 a.m. (CH)** |
| Crystianet Aponte (Access) | | |
| Darlene Young Roundtree (Access) | | |
| Angela DiMucci (Access) | | |
| | **Wednesday, October 18** | **6 a.m. – 7:30 a.m. (TLH)** |
| Jason Van Leer (Linen) | | |
| Arlene Shaw (B5) | | |
| Robyn Coston (B3 Surgery) | | |
| Stanley Brothers (EVS) | | |
| Aqueelah White (EVS) | | |
| Rose Kirkley (EVS) | | |
| Janice Pyle (Access) | | **8 a.m. – 9:30 a.m. (CH)** |
| Marie Conti (Access) | | **9:30 a.m. – 11 a.m. (CH)** |
| Joanne Banecker (Access) | | **9:30 a.m. – 11 a.m. (CH)** |
| | | |
| | **Friday, October 20** | **9-10:30 a.m. (CH)** |
| Kathleen Rucker (Access) | | |
| | | **1 p.m. – 2:30 p.m. (CH)** |
| Helen Braccia (Access) | | |
| Susan Tremoglie (Access) | | |
| | | **2:30 p.m.  – 4 p.m. (CH)** |
| Samantha Weikel (Access) | | |
| | | |
| | **Sunday, October 22** | **10 a.m. – 11:30 a.m. (TLH)** |
| Jim Lutz (Storeroom) | | |
| Angelo Moore (Transport) | | |
| Loida Fermo (B5) | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

TJUH000078

| Attendee | Date | Time |
|---|---|---|
|  | **Thursday, October 26** | **8 a.m. – 9:30 a.m. (TLH)** |
| Oscar Chan (Storeroom) |  |  |
| Richard Moore (Linen) |  |  |
| Natacha Fils-Aime (B3 Surgery) |  |  |
| Carolyn Pinkney (B5) |  |  |
| Zaahid Holloman (EVS) |  |  |
| Antonio Bautro (EVS) |  |  |
| Nicholas Carter (EVS) |  |  |
|  | **Monday, October 30** | **7:30 a.m. – 9 a.m. (CH)** |
| Drew Faulls (Storeroom) |  |  |
| Michael Leonard (Storeroom) |  |  |
| John Pielacha (Linen) |  |  |
| James Saunders (Transport) |  |  |
| Rosaline Evans (APU) |  |  |
| Charlie Pinto (EVS) |  |  |
| George Hutchful (EVS) |  |  |
| Joseph Smith (EVS) |  |  |
| Rochelle Newsuan (EVS) |  |  |
| Verona Downer (EVS) |  |  |
|  |  |  |

TJUH000079