# Exhibit 54

| | |
|---|---|
| **From:** | JeffSMART Team <noreply@Jefferson.edu> |
| **Sent:** | Thu, 28 Jun 2018 05:05:59 -0400 (EDT) |
| **To:** | "jxz199@jefferson.edu" <jxz199@jefferson.edu> |
| **Subject:** | 2018 Performance Appraisal Process - Direct Reports With Past Due Tasks |

Dear Joyce Zagacki,
At least one of your direct reports has a self-evaluation that is past due as a part of the 2018 Performance Evaluation process.  You will continue to be notified until the task is completed.

Following is a list of the direct reports with at least one past due task:

Dywanna Broadnax
Alonda Saunders
Hugh Nugent

As a reminder, all FY18 performance appraisals were due on <u>August 31st, 2018</u>.

Please access the JeffSMART system via the Employee tab of the Hospital Intranet, and click on "All Tasks" to get the most up-to-date information on your direct reports' progress with performance evaluations.

Should you require further assistance, please contact: HR Service Center at 215-503-4772 or e-mail <u>HRQuestions@Jefferson.edu</u>.

Thank you.

TJUH001011

**From:**         hr.selfservice@jefferson.edu
**Sent:**         Thu, 21 Nov 2019 09:24:28 -0500 (EST)
**To:**         jxz199@jefferson.edu
**Subject:**         An employee has been terminated

---

An Employee has just been terminated.

Name:  Dywanna Broadnax
Emplid:  000021635
Rcd#:  0
Termination Date:  11/18/2019

This e-mail message has been brought to you by PeopleSoft workflow technology.
Terminate Workforce - Notification - Supervisor
The information contained in this transmission contains privileged and confidential information. It is intended only for the use of the person named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

CAUTION: Intended recipients should NOT use email communication for emergent or urgent health care matters.

TJUH001012

**From:**      jxz199@jefferson.edu
**Sent:**      Thu, 21 Nov 2019 09:24:28 -0500 (EST)
**To:**         jxz199@jefferson.edu
**Subject:**   Saved - Termination - Broadnax,Dywanna Michelle - Your request was saved

---

Your request successfully saved to the database:

Transaction Name:  Termination
Employee Name:  Broadnax,Dywanna Michelle
Employeee Id:  000021635

https://nam01.safelinks.protection.outlook.com/?url=https%3A%2F%2Fmyhr.jefferson.edu%2Fpsp%2Fhcmp%2FEMPLOYEE%2FHRMS%2Fc%2FEL_MANAGER_FL.HR_MSS_CT_VW.GBL%3FAction%3DU%26ACTION_DT_SS%3D2019-11-19%26EFFSEQ%3D1%26EMPLID%3D000021635%26EMPL_RCD%3D0&amp;data=02%7C01%7CJoyce.Zagacki%40jefferson.edu%7C54514b0a97a549f54d5f08d76e8e8635%7C55a89906c710436bbc444c590cb67c4a%7C0%7C0%7C637099430737302444&amp;sdata=2cCM16Gt1NYb5edZYj28q2lxefiQyftkjlYVfL3WAH0%3D&amp;reserved=0

This communication was sent via Oracle Workflow Technology.  Please do not reply to this email.
The information contained in this transmission contains privileged and confidential information. It is intended only for the use of the person named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

CAUTION: Intended recipients should NOT use email communication for emergent or urgent health care matters.

TJUH001013

**From:**   u=Joyce Zagacki/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=8FB949D2867840269639E4241FC558D4-JXZ199_D1EA

**Sent:**   Tue, 5 Mar 2013 13:39:00 -0500 (EST)

**To:**   "Margarita Robles" <margarita.robles@jeffersonhospital.org>; "Victoria Martino" <Victoria.Martino@jefferson.edu>; "Crystal A Taylor" <Crystal.A.Taylor@jefferson.edu>; "Dywanna Broadnax" <Dywanna.Broadnax@jefferson.edu>; Geniece Carroll/TJUH; "Blondzell Skinner" <Blondzell.Skinner@jefferson.edu>; "Lisa Hall" <Lisa.Hall@jefferson.edu>; "Lauren McGraw" <lauren.mcgraw@jeffersonhospital.org>; "Alonda Saunders" <Alonda.Saunders@jefferson.edu>; "Erica Perry" <Erica.Perry@jefferson.edu>; "Naeemah Gadson" <Naeemah.Gadson@jefferson.edu>; "Ron Addes" <Ron.Addes@jefferson.edu>; "Janet Bruno" <Janet.Bruno@jefferson.edu>; "Denise D'Ilario" <denise.d'ilario@jeffersonhospital.org>

**Cc:**   "Lindsey D'Elia" <lindsey.d'elia@jeffersonhospital.org>

**Subject:** Meetings

---

HI all,
   I think the meeting today was very productive.  Going forward I will try to have a huddle every other Wednesday to address any issues we may have.  This will be from 11 Am until 11:30 Am every other Wednesday so things do not build up or get out of hand. Thank you

Joyce Zagacki
Outpatient and Histology Supervisor
Methodist Division, Thomas Jefferson University Hospital
2301 South Broad Street
Philadelphia, PA 19148
215 952 9115 (office)
215 952 1298 (fax)

TJUH001014

**From:** u=Joyce Zagacki/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=8FB949D2867840269639E4241FC558D4-JXZ199_D1EA

**Sent:** Wed, 17 Apr 2013 12:09:00 -0400 (EDT)

**To:** "Blondzell Skinner" <Blondzell.Skinner@jefferson.edu>; "Alonda Saunders" <Alonda.Saunders@jefferson.edu>; "Naeemah Gadson" <Naeemah.Gadson@jefferson.edu>; "Dywanna Broadnax" <Dywanna.Broadnax@jefferson.edu>

**Subject:** Healhstream

---

If you have received this message you have not yet completed your Healthstream.  The deadline is April 30, 2013.  Please complete by this date in order to remain compliant.  Thanks

Joyce Zagacki
Outpatient and Histology Supervisor
Methodist Division, Thomas Jefferson University Hospital
2301 South Broad Street
Philadelphia, PA 19148
215 952 9115 (office)
215 952 1298 (fax)

TJUH001015

**From:** u=Joyce Zagacki/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=8FB949D2867840269639E4241FC558D4-JXZ199_D1EA

**Sent:** Fri, 17 May 2013 16:30:00 -0400 (EDT)

**To:** "Dywanna Broadnax" <Dywanna.Broadnax@jefferson.edu>

**Cc:** "Lindsey D'Elia" <lindsey.d'elia@jeffersonhospital.org>

---

Lindsey mentioned that you are interested in coming in earlier on Friday, Saturday and Sunday.  That would be helpful.  Let me know prior to that Friday and weekend so that I can document this on the work breakdown.  We can do this week by week in case your schedule changes.  Thanks

Joyce Zagacki
Outpatient and Histology Supervisor
Methodist Division, Thomas Jefferson University Hospital
2301 South Broad Street
Philadelphia, PA 19148
215 952 9115 (office)
215 952 1298 (fax)

TJUH001016

|         |                                                                                                      |
|---------|------------------------------------------------------------------------------------------------------|
| **From:** | u=Joyce Zagacki/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=8FB949D2867840269639E4241FC558D4-JXZ199_D1EA |
| **Sent:** | Tue, 18 Jun 2013 15:53:00 -0400 (EDT)                                                               |
| **To:**   | "Cassandra Wright" <Cassandra.Wright@jefferson.edu>                                                 |
| **Subject:** | Re: *Confidential: Employee Information - Time Sensitive Request                                 |

---

Dywanna Broadnax is pool.  She normally works about 35 hours a pay period.  Since April 1, 2013 to date she worked 206.50 hours.

Joyce Zagacki
Outpatient and Histology Supervisor
Methodist Division, Thomas Jefferson University Hospital
2301 South Broad Street
Philadelphia, PA 19148
215 952 9115 (office)
215 952 1298 (fax)

-----Cassandra Wright/TJUH wrote: -----
To: Joyce Zagacki/TJUH@TJUH
From: Cassandra Wright/TJUH
Date: 06/18/2013 12:53PM
Subject: *Confidential: Employee Information - Time Sensitive Request

Joyce...Could you confirm the current employment status of Dywanna Broadmax (Lab Assistant).  Is she pool or part time?  Has she been working?  If so, please provide a total of the hours she has worked for the last 6 pay periods.

My apologies for the time constraints but I need this information today.

Thank you,

**Cassandra Wright**
Director, Human Resources - Methodist
Thomas Jefferson University Hospitals
215.952.9992 (office)
Cassandra.Wright@jeffersonhospital.org

TJUH001017

| **From:** | u=Joyce Zagacki/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=8FB949D2867840269639E4241FC558D4-JXZ199_D1EA |
|---|---|
| **Sent:** | Fri, 28 Jun 2013 09:26:00 -0400 (EDT) |
| **To:** | "Margarita Robles" <margarita.robles@jeffersonhospital.org>; "Victoria Martino" <Victoria.Martino@jefferson.edu>; "Crystal A Taylor" <Crystal.A.Taylor@jefferson.edu>; "Dywanna Broadnax" <Dywanna.Broadnax@jefferson.edu>; Geniece Carroll/TJUH; "Blondzell Skinner" <Blondzell.Skinner@jefferson.edu>; "Lisa Hall" <Lisa.Hall@jefferson.edu>; "Alonda Saunders" <Alonda.Saunders@jefferson.edu>; "Erica Perry" <Erica.Perry@jefferson.edu>; "Naeemah Gadson" <Naeemah.Gadson@jefferson.edu>; "Ron Addes" <Ron.Addes@jefferson.edu>; "Janet Bruno" <Janet.Bruno@jefferson.edu>; "Denise D'Ilario" <denise.d'ilario@jeffersonhospital.org> |
| **Cc:** | "Lindsey D'Elia" <lindsey.d'elia@jeffersonhospital.org> |
| **Subject:** | Time off |

Hi all,

   If someone needs to leave during your shift for an appointment you must now fill out a time off sheet and it must be approved by myself or Lindsey according to staffing.  It is difficult to remember schedules for 15 lab assistants unless it is documented somewhere.  This will help.  I do appreciate the fact that occasionally there may be an emergency however it is best practice to make your appointments on your off days or after your shift.  As always thank you for your cooperation with this.

Joyce Zagacki
Outpatient and Histology Supervisor
Methodist Division, Thomas Jefferson University Hospital
2301 South Broad Street
Philadelphia, PA 19148
215 952 9115 (office)
215 952 1298 (fax)

TJUH001018

**From:** u=Joyce Zagacki/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=8FB949D2867840269639E4241FC558D4-JXZ199_D1EA

**Sent:** Wed, 17 Jul 2013 11:13:00 -0400 (EDT)

**To:** "Margarita Robles" <margarita.robles@jeffersonhospital.org>; "Chryshenda Bradley" <Chryshenda.Bradley@jefferson.edu>; "Victoria Martino" <Victoria.Martino@jefferson.edu>; "Crystal A Taylor" <Crystal.A.Taylor@jefferson.edu>; "Dywanna Broadnax" <Dywanna.Broadnax@jefferson.edu>; Geniece Carroll/TJUH; "Blondzell Skinner" <Blondzell.Skinner@jefferson.edu>; "Lisa Hall" <Lisa.Hall@jefferson.edu>; "Alonda Saunders" <Alonda.Saunders@jefferson.edu>; "Erica Perry" <Erica.Perry@jefferson.edu>; "Naeemah Gadson" <Naeemah.Gadson@jefferson.edu>; "Ron Addes" <Ron.Addes@jefferson.edu>; "Janet Bruno" <Janet.Bruno@jefferson.edu>; "Denise D'Ilario" <denise.d'ilario@jeffersonhospital.org>

**Cc:** "Lindsey D'Elia" <lindsey.d'elia@jeffersonhospital.org>

**Bcc:** "Linda Dutch" <Linda.Dutch@jefferson.edu>; "Donna M Tavella" <Donna.M.Tavella@jefferson.edu>

**Subject:** vacation

---

Hi all,
 I will be on vacation from July 19th returning July 29,2013.  I completed the daily assignments and have given them to Lindsey.  Please be mindful that Lindsey may need to make changes due to workload or staffing issues.  Also if requesting a full week off please submit that at least 2 months prior to schedule.  It was very difficult doing the August schedule due to all of the late ETO request.  Thank you to those who are switching shifts to help out. Lindsey will be in charge along with Donna and Linda for any issues while I am gone.  Thanks is advance for your cooperation.
Joyce Zagacki
Outpatient and Histology Supervisor
Methodist Division, Thomas Jefferson University Hospital
2301 South Broad Street
Philadelphia, PA 19148
215 952 9115 (office)
215 952 1298 (fax)

TJUH001019

| **From:** | u=Joyce Zagacki/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=8FB949D2867840269639E4241FC558D4-JXZ199_D1EA |
|---|---|
| **Sent:** | Thu, 1 Aug 2013 08:44:00 -0400 (EDT) |
| **To:** | "Chryshenda Bradley" <Chryshenda.Bradley@jefferson.edu>; "Margarita Robles" <margarita.robles@jeffersonhospital.org>; "Victoria Martino" <Victoria.Martino@jefferson.edu>; "Crystal A Taylor" <Crystal.A.Taylor@jefferson.edu>; "Dywanna Broadnax" <Dywanna.Broadnax@jefferson.edu>; Geniece Carroll/TJUH; "Blondzell Skinner" <Blondzell.Skinner@jefferson.edu>; "Lisa Hall" <Lisa.Hall@jefferson.edu>; Lauren.Mcgraw@jefferson.edu; "Alonda Saunders" <Alonda.Saunders@jefferson.edu>; "Erica Perry" <Erica.Perry@jefferson.edu>; "Naeemah Gadson" <Naeemah.Gadson@jefferson.edu>; "Ron Addes" <Ron.Addes@jefferson.edu>; "Janet Bruno" <Janet.Bruno@jefferson.edu>; "Denise D'Ilario" <denise.d'ilario@jeffersonhospital.org> |
| **Cc:** | "Lindsey D'Elia" <lindsey.d'elia@jeffersonhospital.org> |
| **Bcc:** | "Maureen Pisano" <Maureen.Pisano@jefferson.edu> |
| **Subject:** | stocking carts |

Hi all,
  Please do not stock carts from the stock room on the floors.  Our supplies must come from our phlebotomy stock room.  Phlebotomy is a separate budget on my cost center which I monitor so this will cause a problem.  If you run out of supplies while doing your runs please come back down to the lab or call and someone will meet you to give you what is needed.  Thank you in advance for your attention to this.  Also PPD's are due this month.  Please check the schedule to see when healthmark will be in the lab.  All perdiem or part time may need to go to Healthmark if they are not here.  Please be mindful of this responsibility.  Thanks
Joyce Zagacki
Outpatient and Histology Supervisor
Methodist Division, Thomas Jefferson University Hospital
2301 South Broad Street
Philadelphia, PA 19148
215 952 9115 (office)
215 952 1298 (fax)

TJUH001020

**From:** u=Joyce Zagacki/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=8FB949D2867840269639E4241FC558D4-JXZ199_D1EA

**Sent:** Mon, 12 Aug 2013 14:55:00 -0400 (EDT)

**To:** "Chryshenda Bradley" <Chryshenda.Bradley@jefferson.edu>; "Margarita Robles" <margarita.robles@jeffersonhospital.org>; "Victoria Martino" <Victoria.Martino@jefferson.edu>; "Crystal A Taylor" <Crystal.A.Taylor@jefferson.edu>; "Dywanna Broadnax" <Dywanna.Broadnax@jefferson.edu>; Geniece Carroll/TJUH; "Blondzell Skinner" <Blondzell.Skinner@jefferson.edu>; "Lisa Hall" <Lisa.Hall@jefferson.edu>; Lauren.Mcgraw@jefferson.edu; "Alonda Saunders" <Alonda.Saunders@jefferson.edu>; "Erica Perry" <Erica.Perry@jefferson.edu>; "Naeemah Gadson" <Naeemah.Gadson@jefferson.edu>; "Ron Addes" <Ron.Addes@jefferson.edu>; "Janet Bruno" <Janet.Bruno@jefferson.edu>; "Denise D'Ilario" <denise.d'ilario@jeffersonhospital.org>

**Cc:** "Lindsey D'Elia" <lindsey.d'elia@jeffersonhospital.org>

**Subject:** Phlebotomy supplies

---

Please DO NOT go into the nursing supply closets for phlebotomy supplies.  Everyone should have a key to our phlebotomy room.  If you do not have one please let me know.  I ordered and placed the Chlorapreps in our phlebotomy room so there would be no reason to go into the stock closets on the floor.  If you run out of supplies you need to come back to the lab to replenish.  If you notice we are getting low on something let Lindsey or myself know so we can place an order.  It is very important that we all follow this policy.  George approved new wheels.  I will be ordering two at a time.  There are a few new baskets in the phlebotomy room so everyone has there own basket but we must share the wheels until we have enough for all of you.  Thank you

Joyce Zagacki
Outpatient and Histology Supervisor
Methodist Division, Thomas Jefferson University Hospital
2301 South Broad Street
Philadelphia, PA 19148
215 952 9115 (office)
215 952 1298 (fax)

TJUH001021