# Exhibit 55

**From:** u=Joyce Zagacki/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=8FB949D2867840269639E4241FC558D4-JXZ199_D1EA

**Sent:** Mon, 11 Nov 2013 07:20:00 -0500 (EST)

**To:** "Dywanna Broadnax" <Dywanna.Broadnax@jefferson.edu>

**Subject:** Re: Phlebotomy supplies B-3

---

Dywanna,

   I am sorry you had to come down for your supplies however since in the past I have had a problem with some of the girls stocking from the supply closets on the floor it has to be this way. I did send an email out to all of you awhile ago after Maureen Pisano complained. My suggestion next time is maybe you can call down and whomever is at the window would bring them to you. Sorry for the inconvenience. Although I don't think you should have had to come down in this case, It has to be this way. We will have bigger carts when we go to collection manger, you will be able to stock more. Next time you are in I will show you one of them. Thanks

Joyce Zagacki
Outpatient and Histology Supervisor
Methodist Division, Thomas Jefferson University Hospital
2301 South Broad Street
Philadelphia, PA 19148
215 952 9115 (office)
215 952 1298 (fax)

 Jefferson University

-----Dywanna Broadnax/TJUH wrote: -----
To: Joyce Zagacki/TJUH@TJUH
From: Dywanna Broadnax/TJUH
Date: 11/10/2013 04:18PM
Subject: Phlebotomy supplies B-3

On Friday evening 11/8/13, I went to do my 7-9pm rounds. I started on B-5, by the time I got to B-3, I had already collected 3 sets of blood cultures on previous patients. So I needed blood cultures on rm#326, and rm#115. I got off the elevator and went into the supply closet to get the culture bottles, only to be told by Maureen Pisano the nurse manager that I had to put them back because she has emails from you stating we are not allowed in their supply closets. I tried to explain to her That I did come upstairs prepared however, I used all 12 bottles already. She insisted that I stopped my run to go down stairs to get more culture bottles then come back up and collect rm#326 blood cultures. Thankfully, a nurse had already collected rm326 and 115 so I did not have to make the trip downstairs to get the bottles and come back up. I understand the rule about taking supplies, but is this what you want us to do in a situation like this? (stop our run to come to the phlebotomy room to reload supplies)? She was very condescending, where as other nurses would had allowed me to use the bottles on their patient. I apologize if I didn't understand the rule.

 Jefferson University