# Exhibit 56

**From:** u=Joyce Zagacki/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=8FB949D2867840269639E4241FC558D4-JXZ199_D1EA

**Sent:** Sun, 9 Nov 2014 11:58:10 -0500 (EST)

**To:** "Dywanna Broadnax" <Dywanna.Broadnax@jefferson.edu>

**Subject:** RE: saturday 11/8/14 Lisa threatend me

---

Dywanna,

I did find out from Victoria on Wednesday that Michele McBride during the mock inspection was throwing things out for the out patient area. I was not there. As far as the holiday goes I do the schedule, no one else . Today when I came in I went into the out patient area and found no food . I am sure it was there and was taken out before I could find it. I will give you money for your CCP cup. Perhaps you can buy another one. I am sorry that it is gone however you need to let it go and stop questioning your fellow workers about it. As far as the remainder of this email. I need to know if there were any witnesses to the interchange between you and Lisa. This is a serious accusation and it should go to George Marrone and perhaps HR.


-----Original Message-----
From: Dywanna Broadnax
Sent: Saturday, November 08, 2014 14:26
To: Joyce Zagacki
Subject: saturday 11/8/14 Lisa threatend me

Hi Mrs. Joyce. Yesterday when I came to work a few things happened. First I was not formaly introduced to the new young lady Shannon, I ignored her for almost 20 minutes because I thought she was a student until she introduced herself to me and that moment I still did not realize she was our new coworker. Then I asked Lisa did she see my CCP cup and immediatley she became defensive telling me to go talk to Nursing Supervisor Michelle on B4. I said "why she said because thats who threw your cup away. I said, thats strange becasue Mrs. Joyce admitted that shes the one that did it. So I didntfeel comfortable at all approaching a Nursing Supervisor about something from the Lab. So I went to Donna. Then I texted you later that evening to show you that everyone has food in OP'S and why wasnt their things thrown out. Before Lisa left yesterday she looked on the schedule and said, "I dont know Joyce is going to do the holiday because now that Shannon is here she has to do your Christmas since your Per Diem and shes Full Time. I said I dont think so, I dont think Mrs. Joyce would take my holiday, Lisa walked out.

When I came in today at 8:30 AM, Vickie was still on the floor so I couldnt start yet. So I decided to ask Crystal had she seen my cup. Lisa chimed in and said, why you syill talkin bout that? I said I can talk about it all I want till its replaced, and I wasnt talkin to you I was talking to Crystal. Lisa said, "you shouldnt had brought it up to her"... I then left to go on the floor for my 8 patients. When I came down, Lisa continued to utter subliminal things to herself and Crystal about job duties, and how some people do more work than others. I ignored her. Then I said " oh yea Lisa, yesterday when you said Shannon would take my holiday you were wrong". Lisa said. "shut up!, all u do is talk!,your all talk!, outside of here (Methodist Hospital) you wont do blank... I immediatley asked her was that a threat, she walked out the OP lab continuing to utter negative things.

Yes I do take that as a threat. I was instructed by family to have security escort me to my car going foward. Since 3/15/05 I started working with this hospital,I have never felt threatened by aemployee or patient. I do hope this can all be resolved and my CCP water bottle can be replaced. It may not be thatnice to you but I earned a Associates degree in Science from that school, considering you said that you will replace it with a nicer one. If the rule applied to me and my belongings were thrown away, it should go across the board for everyone else. They all keep beverages and food everywhere.
The information contained in this transmission contains privileged and confidential information. It is intended

TJUH001034

only for the use of the person named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

CAUTION: Intended recipients should NOT use email communication for emergent or urgent health care matters.

TJUH001035