# Exhibit 57

**From:**      Dywanna Broadnax <Dywanna.Broadnax@jefferson.edu>
**Sent:**      Sat, 8 Nov 2014 13:59:40 -0500 (EST)
**To:**        George Marrone <George.Marrone@jefferson.edu>
**Subject:**   Saturday 11/8/14

---

Hello George, I am sending this email because on Saturday 11/814, in my eyes Lisa Hall threatened me. This is deriven from the incident in reference to, my CCP cup being thrown away. On Monday 10/27/14 I left my tall Blue CCP water bottle in the OP lab. When I came to work on Friday 10/31/14, my water bottle was no where to be found. I wrote a note for the AM staff the was coming in on Saturday 11/1/14. The note politeley asked had anyone seen my CCP cup, and I also said it would be very up setting to know that it was thrown away, because noone has that right to do that besides Mrs. Joyce. So I alos texted Mrs. Joyce to ask her if she had seen it, and she replied no. But she will check it out on 11/1/14. So when I came to work on Monday 11/3/14, Mrs. Joyce said that she now remembered that she threw it away because she didnt know who it belonged to. Chrysendra and I are the only 2 CCP students taht are Phlebotomist. And she even apologized and said she would replace it with a "better one". (I was extremely insulted by that comment, because I graduated from CCP this past May with my Associates in Science, so what better cup can she replace for me other than my school?) She then gave me $4.00 to purchase a hot cup of tea.

So as I came to work yesterday on Friday 11/7/14, I saw Lisa and I asked Lisa had she seen my cup. And her instant response was defensive. She told me to go talk to the Nursing Supervisor from B4 by the name of Michelle. I said why should I talk to her? She said, "because thats who threw your cup away". I said, "wow why would she do that"? Lisa said, "becasue she was doing Mock inspections". I then said, "thats funny because Mrs. Joyce admitted to doing it, and she didnt tell me anything about a nursing supervisor"... Now this is the 3rd story, the 1st was Crystal was seen throwing things away that she thought belonged to Chrysendra, then Mrs. Joyce admitted to throwing it away, and lastly now Lisa is saying Michelle from Nursing did it. Its evident that someone is being covered up for.

Well after I came down from doing 9am rounds today, I remained in OP lab, Lisa continued to utter subliminal insults to herself and Crystal which I continued to ignore. But, then I said to Lisa, "Oh yeah Lisa, yesterday(11/7/14) you told me that the new hire "Shannon" was going to take my holiday because she is full time and I'm Per Diem, thats not correct information". Lisa said, "shut up!, I dont care!, all you do is talk!, your all talk!, because outside of here (Methodist) you wont do blank!!!. I immediatley asked her, "was that a threat"? and she walked out. I never said anything else to her for the duration of the day.

Following the argument, she reached for something out of the cabinet above my head and slammed them close with out excusing herself. She came back a second time to reach over my head and reach into the cabinet, this time I got up and said "please let me get of your way". Prior to my cup going missing, Lisa and I were in a okay place as coworkers. However, since the cup became missing, her attitude has shifted to a negative direction towards me. I do now feel threatned, since she made reference to "outside of Methodist", which my family said its best to have security escort me to my car going forward.

I have been working here since March 15, 2005 and I have never felt threatend by a patient or employee. I hope this can be resolved considering the precautionary measures Im taking by emailing you, thank you.

The information contained in this transmission contains privileged and confidential information. It is intended only for the use of the person named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

CAUTION: Intended recipients should NOT use email communication for emergent or urgent health care matters.

TJUH000065