# Exhibit 58

**From:** u=Zene Colt/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=1815C7D9E8A94905A8294D4F5A93F520-ZCC001_8826

**Sent:** Sun, 15 Feb 2015 21:49:23 -0500 (EST)

**To:** "Shannon Torelli" <Shannon.Torelli@jefferson.edu>

**Subject:** RE: Reguarding issues with a coworker

---

My pleasure.

Thanks,

Zene Colt, MBA, SPHR
Manager, Human Resources
Thomas Jefferson University Hospitals
Office:  (215)952-9591
Cell:  (215)554-4525
Fax:  (215)952-9014
E-mail:  zene.colt@jefferson.edu

HR Service Center - We're here to help!
Call 3-HRSC or e-mail HRquestions@jefferson.edu
www.jeffersonhr.org


-----Original Message-----
From: Shannon Torelli
Sent: Saturday, February 14, 2015 7:03 AM
To: Zene Colt
Subject: RE: Reguarding issues with a coworker

Zene,

Thank you.

-Shannon Torelli

---

From: Zene Colt
Sent: Friday, February 13, 2015 11:25 AM
To: Shannon Torelli
Cc: Joyce Zagacki
Subject: RE: Reguarding issues with a coworker

Hi Shannon,

I spoke with Joyce today regarding the situation with you and Crystal.  My understanding is that Joyce has addressed the situation and it sounds like there was a plan put in place to ensure more positive interactions going forward.  If you have any additional questions or concerns, please feel free to let Joyce or myself know. Thanks and have a nice weekend.

Thanks,

TJUH000531

Zene Colt, MBA, SPHR
Manager, Human Resources
Thomas Jefferson University Hospitals
Office:  (215)952-9591
Cell:  (215)554-4525
Fax:  (215)952-9014
E-mail:  zene.colt@jefferson.edu

HR Service Center - We're here to help!
Call 3-HRSC or e-mail HRquestions@jefferson.edu www.jeffersonhr.org

-----Original Message-----
From: Shannon Torelli
Sent: Wednesday, February 11, 2015 8:52 AM
To: Zene Colt; Joyce Zagacki
Subject: Reguarding issues with a coworker

Hello Zene and Joyce,

Unfortunately I have to email you about a negative work experience(s) and not something neutral or positive, but the issue with this coworker of mine is an ongoing problem. My coworker Crystal who works here in the lab with me has had many inappropriate outbursts towards me and/or about me. I had come to Joyce my supervisor on every occasion that this has happened. I feel as though this needs to address to HR, as I had explained to Joyce when the second outburst had occurred via email and verbally. The email I had attached will explain the first 2 outburst that I had emailed Joyce about.

The third outburst occurred on a Saturday that I was working alongside Joyce in the Outpatient lab. Once more, I received my bloods in the outpatient that I had drawn on the floors. I was about to bring my specimens around to the main lab for testing, Joyce asked me to bring around 2 specimens to the main lab for Crystal to receive. I entered Crystal was sitting at the receiving window and did not have any work in front of her. I placed the 2 specimens next to her and said "Can you receive these specimens in please?" I then continued to deliver my specimens to the different departments in the lab and exited. I went directly back to assist Joyce back in the outpatient lab. A few mins later, Crystal comes storming in the outpatient lab yelling at Joyce saying "I am tired of this shit. I am going to put my two weeks in if this continues". Joyce said lower your voice and asked her what she was talking about. Crystal replied "Shannon came into the lab and gave me 2 specimens and said "Can you receive these in please". Joyce asked her "what was wrong with what I had said?" Crystal did not reply back. Joyce had told her to talk with her in her office. I would like to point out that this is the only time that she came in outpatient lab acting and speaking inappropriately and there was not a patient present, although there could have been a patient(s) present and this would have made it occasion number 3 that she had an outburst in front of a patient(s). I told Joyce once more that this is an ongoing problem and that if this continues I will have to go to HR about it.

Today is Wednesday, February 11th, 2015. Crystal had approached me in the phlebotomy room telling me that a tech in the lab was questioning a sample I had drawn a mins before. I said, "thank you, I am going to go ask the tech directly to ask what was going. So I have a better understanding" she continued to get upset that she was not addressing the issue and followed me rage fully down the hallway to the main lab. I went to Stacy who was the tech. questioning my sample. Stacy just said that I had missed the mg and pho. I replied to Stacy "not a problem I will put it in right away". As I walked to log in and put the test I needed to in for Stacy, Crystal continued to get frantic and follow me telling me "see that is what I was going to tell you", I replied saying "I understand that but I wanted to talk directly to the tech who was questioning it". She came up to me again in a louder manner and said "if you have a problem with me then to tell her" I replied "You are the one with the problem with me and if you have an issue you need to address it to an supervisor. Go tell Joyce" She then

TJUH000532

started walking around in the lab yelling "this little girl always has an attitude, fuck this" and continued to say "this little girl..I am tired of her" again and again. She said it right in front of the 3rd shift supervisor Dan and Michelle who works in blood bank. Michelle continued to tell her to lower her voice. Out of frustration, I said back to her "I am not a little girl, I am a grown women and you need to respect me how I respect you" She then went stormed yelling in the hall way walking down to the supervisors office. She spoke to Donna and Linda supervisors of the lab. I got called into their office after they spoke to her. They spoke to me and told me that they would address this to Joyce.

Crystal not only has inappropriate out burst with me, but with many other coworkers. She seems to have a persona that she needs to look over everyone else's work including her own supervisors, needs to constantly correct people instead of going to her supervisor about issues regarding her coworkers and acts as though she is competition with her fellow coworkers. There is no competition and we are supposed to work as a team. Her inappropriate behavior is something that needs something done.

Sincerely,

Shannon Torelli
(215)827-7424

The information contained in this transmission contains privileged and confidential information. It is intended only for the use of the person named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

CAUTION: Intended recipients should NOT use email communication for emergent or urgent health care matters.

TJUH000533