# Exhibit 59

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DYWANNA BROADNAX,

    Plaintiff,

    v.

THOMAS JEFFERSON UNIVERSITY
HOSPITAL, INC.,

    Defendant.

CIVIL ACTION NO. 21-CV-04662-JMY

## SUPPLEMENTAL AFFIDAVIT OF DENNIS DELISLE

COMMONWEALTH OF PENNSYLVANIA

                         :SS

COUNTY OF PHILADELPHIA

I, Dennis Delisle, declare the following to be true and correct under penalty of perjury and pursuant to 18 U.S.C. Sections 1623 and 1621:

1.     My name is Dennis Delisle.  I am more than eighteen (18) years of age, am competent to testify in a court of law, and have personal knowledge of the facts stated herein.

2.     I provide this Supplemental Affidavit in further support of Defendant's Motion for Summary Judgment and the accompanying brief and reply brief ("Motion").

3.     As I said in my prior Affidavit in support of Defendant's Motion, I received a Security Case Report about a physical altercation that occurred in a hospital hallway on November 18, 2019, between Dywanna Broadnax and Crystal Taylor, two Lab Assistants at MHD.

4.     I also understand that Ms. Broadnax, Ms. Taylor and a witness – Loretta Ward – wrote statements for Security shortly after the altercation.

10207521.v1

5.     I never received, requested or read those statements, as I was not the one who had the authority to decide the appropriate discipline for Ms. Broadnax and Ms. Taylor.

6.     For my information, Joyce Zagacki did share with me that the witness statement said the witness saw Ms. Broadnax and Ms. Taylor "fist fighting." This statement was sufficient for me to inform Ms. Zagacki that I would support the decision to terminate both employees.

7.     My support for this decision was only further reinforced when I learned from Aaron Sniderman after his review that he, also, recommended that both employees be terminated.

8.     I affirm under the penalties of perjury that I have read the foregoing and the facts and representations contained therein are true.

Dated: 6/7/2022

Dennis Delisle

10207521.v1