## CERTIFICATE OF SERVICE

I, Lee Moylan, Esquire, hereby certify that, on October 11, 2022, I caused a true and correct copy of the foregoing Defendant Thomas Jefferson University Hospitals Inc.'s Reply Brief in Support of Defendant's Motion for Summary Judgment, and the accompaniments thereto, to be served on the following via ECF:

Faye Riva Cohen, Esquire
Matthew C. Smith, Esquire
2047 Locust Street
Philadelphia, PA 19103
frc@fayerivacohen.com
mcs@fayerivacohen.com
Attorneys for Plaintiff

/s/ Lee D. Moylan
Lee D. Moylan

10211173.v2