## CERTIFICATE OF SERVICE

I hereby certify that on the date below, the foregoing PLAINTIFF'S SUR-REPLY IN

SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY

JUDGMENT has been electronically filed and is available for viewing and downloading.


Respectfully submitted,



/s/ Faye Riva Cohen, Esq.
FAYE RIVA COHEN, ESQUIRE
LAW OFFICE OF FAYE RIVA COHEN, P.C.
2047 Locust Street
Philadelphia, PA 19103
215-563-7776


Dated: 10/18/22

1