# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DYWANNA M. BROADNAX, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 21-4662 |
| | : | |
| THOMAS JEFFERSON | : | |
| UNIVERSITY HOSPITALS, INC., | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 25th day of January, 2023, upon consideration of Defendant Thomas Jefferson University Hospitals, Inc.'s ("Thomas Jefferson") Motion for Summary Judgment (ECF No. 14), all papers in support thereof and opposition thereto, and for the reasons set forth in the accompanying Memorandum filed by the Court, it is hereby **ORDERED** that Defendant Thomas Jefferson's Motion for Summary Judgment (ECF No. 14) is **GRANTED.**

**THIS ACTION IS DISMISSED WITH PREJUDICE.** The Clerk of Court shall mark this matter **CLOSED**.

**IT IS SO ORDERED.**

BY THE COURT:

_/s/ John Milton Younge_
**JUDGE JOHN MILTON YOUNGE**